1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  SHOP IRONWORKERS LOCAL 790            Case No.: C07-2500 JL
13  PENSION TRUST; et al.,
                                          **PROOF OF SERVICE**
14         Plaintiffs,

15  v.

16  COFAB STEEL CORPORATION,
    ARCMATIC INTEGRATED SYSTEMS,
17  INC.; CHARLES A. BOCK AND IRMA
    BOCK,
18
           Defendants.
19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**Case No.: C07-2500 JL**

C:\Documents and Settings\vanessa\Desktop\V\LEGAL\POS\Proof of Service .DOC

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| MICHELE R. STAFFORD (SBN 172509)   (415) 882-7900 SALTZMAN & JOHNSON LAW CORPORATION 120 HOWARD STREET, #520 SAN FRANCISCO, CA 94105 | |
| ATTORNEY FOR **PLAINTIFFS** | |

| COURT |
|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

| SHORT NAME OF CASE |
|---|
| Shop Ironworkers Local 790 Pension Trust, et al. vs. Cofab Steel Corp., et al. |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07 2500 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, ECF Registration Information Handout, and Welcome to the U.S. District Court San Francisco.

**Name: Charles Bock**

**Date of Delivery:** 5/11/07
**Time of Delivery:** 2:00 p.m.

**Place of Service:** 1971 Broadway Street
Vallejo, CA 94589

**Manner of Service:** Personal service by hand delivering documents to Charles Bock.

| ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23) | I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed on: May 14th, 2007 at: San Francisco, CA |
|---|---|
| [x] Registered: San Francisco    Number: 952 | |
| **Theresa's Messenger Service** P.O. Box 190543 San Francisco, CA 94119 (415) 760-2188 | Signature: _____ Name: Michele Swiggers Title: Registered Process Server |

## PROOF OF SERVICE

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| MICHELE R. STAFFORD (SBN 172509) | (415) 882-7900 |

SALTZMAN & JOHNSON LAW CORPORATION
120 HOWARD STREET, #520
SAN FRANCISCO, CA 94105

ATTORNEY FOR **PLAINTIFFS**

COURT
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
Shop Ironworkers Local 790 Pension Trust, et al. vs. Cofab Steel Corp., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07 2500 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, ECF Registration Information Handout, and Welcome to the U.S. District Court San Francisco.

**Name: Irma Bock**

**Date of Delivery:** 5/11/07
**Time of Delivery:** 2:40 p.m.

**Place of Service:**   100 Tartan Way
Fairfield, CA 94534

**Manner of Service:** Personal service by hand delivering documents to Irma Bock.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[x] Registered: San Francisco
Number: 952

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed
on: **May 14th, 2007**
at: San Francisco, CA

Signature: _____
Name: Michele Swiggers
Title: Registered Process Server

# PROOF OF SERVICE

| ATTORNEY NAME<br>MICHELE R. STAFFORD (SBN 172509)<br><br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105<br><br>ATTORNEY FOR **PLAINTIFFS** | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Shop Ironworkers Local 790 Pension Trust, et al. vs. Cofab Steel Corp., et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2500 |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, ECF Registration Information Handout, and Welcome to the U.S. District Court San Francisco.

## Name: Cofab Steel Corporation

**Date of Delivery:** 5/11/07
**Time of Delivery:** 2:00 p.m.

**Place of Service:**     1971 Broadway Street
                         Vallejo, CA 94589

**Manner of Service:** Personal service by hand delivering documents to Charles Bock, agent for service of process for Cofab Steel Corporation.

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[x] Registered: San Francisco
    Number: 952

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed
on: **May 14th, 2007**
at: San Francisco, CA

Signature: _____
Name: Michele Swiggers
Title: Registered Process Server

## PROOF OF SERVICE

| ATTORNEY NAME<br>MICHELE R. STAFFORD (SBN 172509)<br><br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105<br><br>ATTORNEY FOR **PLAINTIFFS** | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Shop Ironworkers Local 790 Pension Trust, et al. vs. Cofab Steel Corp., et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2500 |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, ECF Registration Information Handout, and Welcome to the U.S. District Court San Francisco.

**Name: Arcmatic Integrated Systems, Inc.**

**Date of Delivery:** 5/11/07
**Time of Delivery:** 2:00 p.m.

**Place of Service:** 1971 Broadway Street
Vallejo, CA 94589

**Manner of Service:** Personal service by hand delivering documents to Charles Bock, agent for service of process for Arcmatic Integrated Systems, Inc.

| ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23) | I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed |
|---|---|
| [x] Registered: San Francisco<br>Number: 952 | on: **May 14th, 2007**<br>at: San Francisco, CA |

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Michele Swiggers
Title: Registered Process Server

**PROOF OF SERVICE**