Richard C. Johnson, Esq. (SBN: 40881)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com

Attorneys for Plaintiff
SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.;<br><br>    Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK AND IRMA BOCK,<br><br>    Defendants. | Case No.: C07-2500 JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 21, 2007                    Respectfully submitted,
                                        SALTZMAN & JOHNSON LAW CORPORATION


                                        _____/s/_____
                                        Michele R. Stafford
                                        Attorneys for Plaintiffs

-1-
**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**
**Case No.: C07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\07-2500 JL - Consent to Proceed before a Magistrate Judge 052107.DOC

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On May 21, 2007, I served the foregoing document(s) on the parties to this action, addressed as follows, in the manner described below:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☑ **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

| | |
|---|---|
| Cofab Steel Corporation<br>1667 Marine World Parkway<br>Vallejo, California 94589 | Arcmatic Integrated Systems, Inc.<br>1667 Marine World Parkway<br>Vallejo, California 94589 |
| Charles A. Bock<br>1667 Marine World Parkway<br>Vallejo, California 94589 | Irma Bock<br>1667 Marine World Parkway<br>Vallejo, California 94589 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of May, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**
**Case No.: C07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\07-2500 JL - Consent to Proceed before a Magistrate Judge 052107.DOC