Richard C. Johnson, Esq. (SBN: 40881)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mstafford@sjlawcorp.com

Attorneys for Plaintiff
SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.;<br><br>        Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK AND IRMA BOCK,<br><br>        Defendants. | Case No.: C07-2500 JL<br><br>**REQUEST FOR ENTRY OF DEFAULT**; **DECLARATION OF MICHELE R. STAFFORD IN SUPPORT** |

**TO THE CLERK:**

Please enter the default of defendant COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK, and IRMA BOCK on the Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

The electronically-filed Proofs of Service on defendants were filed with this Court on May 14, 2007.

No Answer or other response to the Complaint has been filed.

-1-
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**
**Case No.: C07-2500 JL**

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 22nd day of May, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____     _____
UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**
**Case No.: C07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JL - Request for Entry of Default Judgment 052207.DOC