**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                          415.522.2000

May 25, 2007

RE:  CV 07-02500 JL            SHOP IRONWORKERS-v- COFAB STEEL CORP

Default is entered as to defendants Cofab Steel Corporation, Arcmatic Integrated Systems, Inc., Charles A. Bock and Irma Bock on 5/25/07.

RICHARD W. WIEKING, Clerk

byGloria Acevedo
Case Systems Administrator
To The Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89