RICHARD C. JOHNSON (SBN: 40881)
ISAIAH B. ROTER (SBN: 82743)
MICHELE R. STAFFORD (SBN: 172509)
KRISTEN McCULLOCH (SBN: 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
(415) 882-7900
(415) 882-9287- Facsimile
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK<br><br>Defendants. | CASE NO.: CV 07-02500 JL<br><br>**PROOF OF SERVICE re DEFAULT ENTRY** |

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On May 31, 2007, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**PROOF OF SERVICE re DEFAULT ENTRY**

by mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States

-1-

PROOF OF SERVICE RE DEFAULT ENTRY
Case No.: C 07-2500 JL

1  Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared,
2  addressed to:

3
    Cofab Steel Corporation        Charles Bock
4
    1971 Broadway Street           1971 Broadway Street
    Vallejo, CA 94589               Vallejo, CA 94589
5
    Arcmatic Integrated Systems, Inc.    Irma Bock
6
    1971 Broadway Street           100 Tartan Way
    Vallejo, CA 94589               Fairfield, CA 94534

7

8        I declare under penalty of perjury that the foregoing is true and correct and that this declaration
9  was executed on this 31st day of May 2007 at San Francisco, California.

10

11                        _____/s/_____
12                            Vanessa de Fábrega

-2-

**PROOF OF SERVICE RE DEFAULT ENTRY**
**Case No.: C 07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JL -Proof of Service re Default Entry 053007.doc

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 25, 2007

RE: <u>CV 07-02500 JL</u>      <u>SHOP IRONWORKERS-v- COFAB STEEL CORP</u>

Default is entered as to defendants Cofab Steel Corporation, Arcmatic Integrated Systems, Inc., Charles A. Bock and Irma Bock on 5/25/07.

RICHARD W. WIEKING, Clerk

by<u>Gloria Acevedo</u>
Case Systems Administrator
To The Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89