1  RICHARD C. JOHNSON (SBN: 40881)
ISAIAH B. ROTER (SBN: 82743)
2  MICHELE R. STAFFORD (SBN: 172509)
KRISTEN McCULLOCH (SBN: 177558)
3  SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
4  San Francisco, CA  94105
(415) 882-7900
5  (415) 882-9287 - Facsimile
mstafford@sjlawcorp.com
6
Attorneys for Plaintiffs
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION 12  TRUST; and MICHAEL NEWINGTON as Trustee, 13          Plaintiffs, 14  vs. 15  COFAB STEEL CORPORATION, ARCMATIC 16  INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK 17          Defendants. 18 | CASE NO.: CV 07-02500 JL  **DECLARATION OF MICHELE R. STAFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**  **DATE:  June 27, 2007 (Wed.)**  **TIME:   9:30 a.m.**  **JUDGE:  Chief Magistrate Judge               James Larson** |

19

20          I, Michele R. Stafford, declare:

21          1.          I am an attorney for Plaintiffs Shop Ironworkers Local 790 Pension Trust, its Joint

22  Board of Trustees and Michael Newington as Trustee in this action.

23          2.          Plaintiffs have incurred attorneys fees and costs in this matter, as a result of defendants'

24  default under the terms of the Settlement Agreement.  The attorneys fees incurred by plaintiffs from

25  December 19, 2006 (the date that the settlement agreement was entered into) through May 30, 2007

26  total **$10,767.75**.  The costs incurred during this same time period total **$2,432.00**.  The attorneys fees

27  and costs were incurred as follows:

28          For telephone calls, correspondence (both "hard" and email) and meetings with opposing

1
**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**
**CASE NO.: C07-2500 JL**

1  counsel, the Court, and the Title Company (relative to the Deed of Trust that was made a part of the

2  settlement agreement) as well as the Board of Trustees' settlement committee regarding the terms of

3  the Agreement and compliance with same.  Reviewing documents from the Title Company regarding

4  the Deed of Trust.

5         After Defendants' defaulted, attorneys fees were incurred relative to multiple telephone, email

6  and written correspondence with defendants and their counsel regarding their default under the

7  agreement---at first being promised that "the check was in the mail" and thereafter, once it became

8  apparent that payment was not forthcoming.  Negotiations relative to resolution of default.  Legal

9  research and analysis regarding a Motion to Enforce Settlement Agreement, analysis and review of the

10 Court's jurisdiction requirement if conditional dismissal filed, but case not dismissed. Preparation of

11 Motion to Enforce Settlement, including calculation of all amounts due, as well as supporting

12 documentation and Declaration in lieu of Reply as no opposition was filed.  Review Motion to

13 Withdraw as Counsel filed by opposing counsel, review Court's order re Motion to Withdraw, and

14 finally, Motion to Enforce.  Preparation of new Complaint (current action), Consent to Proceed before

15 Magistrate, request for Entry of Default, and current Motion and Supporting Documentation.

16 Calculate all amounts currently due.

17        For the paralegals identified below, time was also incurred relative to preparation, service, and

18 e-filing of the documents identified above.

19        I personally incurred 9.2 hours at the rate of $175.00 per hour for the tasks identified above.

20        Isaiah Roter, a shareholder of the firm, incurred 4.10 hours at the rate of $200.00 per hour for

21 the tasks identified above.

22        Muriel Kaplan, a shareholder of the firm, incurred 2.30 hours at the rate of $180.00 per hour

23 for the tasks identified above.

24        Kristin McCulloch, an associate attorney of Saltzman and Johnson, incurred 37.85 hours at the

25 rate of $175.00 per hour for the tasks identified above.

26        Richard Johnson, a shareholder of the firm, incurred .75 hours at the rate of $240.00 per hour

27 for the tasks identified above.

28

**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**
**CASE NO.: C07-2500 JL**
P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JL - Stafford Dec in support of default judgment 053107.doc

1    Tamra Brown, a paralegal at Saltzman and Johnson, incurred .30 hours at the rate of $100.00

2  per hour for the tasks identified above.  Tamra Brown left the firm, thereafter, Vanessa de Fabrega, a

3  paralegal at Saltzman and Johnson, incurred 3.9 hours at the rate of $100.00 per hour for the tasks

4  identified above.

5    Plaintiffs will provide a more detailed itemization of fees and costs if requested by the Court.

6    3.    The costs incurred in this matter were as follows:

7        Messenger fees:        $35.00

8        Filing fee:        $350.00

9        Title Company Fee:        $2,047.00

10        **Total:**        **$2,432.00**

11    4.    The defendants have specifically agreed to pay interest as well as liquidated damages

12  in the event that a default occurred relative to the Settlement Agreement.  See McCulloch Declaration,

13  Exhibit A filed herewith.

14    Interest calculated at the IRS underpayment rate (Internal Revenue Code Section 6621), (IR-

15  2007-54, March 12, 2007) is 8%, and therefore equals **$27,984.00** for the period from January 2, 2007

16  (the date that the default occurred) through May 31, 2007.

17

18    5.    The plan documents provide that the plan is entitled to recover liquidated damages at

19  5% of the delinquent contributions, which in this case would be 5% of $862,682.00 or **$43,134.10**.

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**
**CASE NO.: C07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JL - Stafford Dec in support of default judgment 053107.doc

1    6.    Based on the foregoing and the terms of the settlement agreement, plaintiffs are

2  requesting a Judgment as follows:

3 | | |
|---|---|
| Amount of liability: | $862,682.00 |
| Liquidated Damages: | $43,134.10 |
| Interest: | $27,984.00 |
| Attorneys Fees: | $10,767.75 |
| Costs: | $2,432.00 |
| **TOTAL:** | **$946,999.85** |

9          I declare under penalty of perjury under the laws of the State of California that the foregoing is

10 true and correct.

11 Dated: May 31, 2007                    By:    _____/S/_____

12                                                        Michele R. Stafford
                                                        SALTZMAN & JOHNSON
13                                                      LAW CORPORATION
                                                        Attorney for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**
**CASE NO.: C07-2500 JL**

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 1, 2007, I served the foregoing document on the parties to this action, addressed as follows, in the manner described below:

**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**

by mail**,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared, addressed to:

Cofab Steel Corporation
1971 Broadway Street
Vallejo, CA 94589

Charles Bock
1971 Broadway Street
Vallejo, CA 94589

Arcmatic Integrated Systems, Inc.
1971 Broadway Street
Vallejo, CA 94589

Irma Bock
100 Tartan Way
Fairfield, CA 94534

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct executed on this 1st day of June 2007.

_____/S/_____
Vanessa de Fábrega

5

**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**
**CASE NO.: C07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JL - Stafford Dec in support of default judgment 053107.doc