RICHARD C. JOHNSON (SBN: 40881)
ISAIAH B. ROTER (SBN: 82743)
MICHELE R. STAFFORD (SBN: 172509)
KRISTEN McCULLOCH (SBN: 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
(415) 882-7900
(415) 882-9287- Facsimile
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>　　Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK<br><br>　　Defendants. | CASE NO.: CV 07-02500 JL<br><br>**DECLARATION OF KRISTEN McCULLOCH IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**<br><br>DATE:  June 27, 2007 (Wed.)<br><br>PLACE:  Courtroom F<br><br>TIME:  9:30 a.m.<br><br>JUDGE:  Chief Magistrate Judge James Larson |

I, Kristen McCulloch, declare:

I am an attorney for Plaintiffs Shop Ironworkers Local 790 Pension Trust, its Joint Board of Trustees and Michael Newington as Trustee in this action and I have personal knowledge of each fact stated in this declaration.

1.　　On December 19, 2006, all parties to the above-entitled action entered into a Settlement Agreement.  A copy of the Settlement Agreement is attached as Exhibit A.  Pursuant to the terms of that Settlement Agreement, the Arcmatic Parties agreed pay Plaintiffs the total sum of $696,800, payable as follows: $20,000 on or before January 2, 2007; $20,000 on or before February 1, 2007;

-1-
**DECLARATION IN SUPPORT OF MOTION
FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT
Case No.: C 07-2500 JL**

1. thereafter payments of $15,500 beginning on April 1, 2007 for the next 8 calendar quarters (2 years); and $11,100 for the remaining 48 quarters (12 years), with quarterly payments payable on or before January 1, April 1, July 1 and October 1 of each year.  See Ex. A at 2.1(a).  In return, Plaintiffs agreed to dismiss, with prejudice, the complaint they have filed, the United States District Court Northern District of California Case No. C 06-4067 (MMC).  However, the Trust Fund had no obligation to file a dismissal until: 1) the original signature pages to the Agreement were returned by all of the Arcmatic Parties, 2) the January 2, 2007 payment of $20,000 and the February 1, 2007 payment of $20,000 clear the bank, and 3) a security interest in Charles A. Bock and Irma Bock's personal residence was duly executed and recorded.  See Ex. A at 2.2(a).

2. On or about December 19, 2006, the original signature pages to the Agreement were returned by counsel for all of the Arcmatic Parties.

3. On January 3, 2007, I left a telephone message for Marie Martin-Kerr, attorney of record for Defendants Cofab Steel Corporation, Arcmatic Integrated Systems, Inc., Charles A. Bock and Irma Bock.  See Exhibit B.

4. On January 4, 2007 at about 9:27 a.m., I sent an email to Ms. Martin-Kerr stating that, inter alia, I had left a telephone message on January 3, 2007 concerning the fact that Plaintiffs had not received the first settlement installment which was due on January 2, 2007 and requested that she please let me know why Plaintiff had not received the first installment and reminded her that the next installment is due February 1, 2007.  I also requested assurance that we will not have to track down future installments.  See Exhibit B.

5. Also on January 4, 2007 and January 8, 2007, I left telephone messages on the voicemail of Ms. Martin-Kerr requesting that she return my call concerning the Cofab matter and her clients' default of the Settlement Agreement.

6. On January 5, 2007 at about 10:11 a.m., I received a reply email message from Ms. Martin-Kerr stating, inter alia, that she "will contact my clients today about the January payment."  See Exhibit C.

7. On January 5, 2007 at about 10:19 a.m., I sent an email message to Ms. Martin-Kerr

-2-
**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**
**Case No.: C 07-2500 JL**

1 requesting that she "[p]lease let me know as soon as you hear from your client. If you do not receive payment immediately, we will have no choice but to file a motion to enforce the settlement agreement." See Exhibit D.

8. On January 5, 2007 at about 11:09 a.m., I received an email message from Ms. Martin-Kerr stating that "Mr. Bock indicates that he will be cutting a check on Monday after verification of funds in the account today, and the check should reach you via U. S. mail by Wednesday, January 10, 2007." See Exhibit E.

9. On January 5, 2007 at about 12:31 p.m., I sent an email message to Ms. Martin-Kerr stating "Please know that the late payment of the amounts set forth in the settlement agreement is unacceptable. We do not waive any right to enforce the terms of the settlement agreement. We expect that your clients will henceforth abide by the terms of the settlement agreement. If we must follow-up on payments in order to force your clients to comply with the terms of the settlement agreement we may petition the court for attorney fees and/or acceleration of the full amount agreed to under the terms of the settlement agreement. Accordingly, I ask that you remind your clients of their obligation to timely pay each installment by the dates agreed to in the settlement agreement. Again, the next installment is due February 1, 2007 – and not a week later." See Exhibit F.

10. On January 10, 2007 at about 4:08 p.m., I sent an email message to Ms. Martin-Kerr notifying her that Plaintiffs "did not receive the first installment today as [she] indicated we would." And further requested that she please call her client and let Plaintiffs know the status of the payment. See Exhibit G.

11. On or about January 11, 2007 the security interest in Charles A. Bock and Irma Bock's personal residence, as set forth in the Settlement Agreement, was duly executed and recorded.

12. On January 12, 2007 at about 8:44 a.m., I received an email message from Ms. Martin-Kerr stating that "Mr. Bock indicates that he has sent a check to you in the mail which should reach you shortly." See Exhibit H.

13. On January 12, 2007 at about 9:20 a.m., I sent an email message to Ms. Martin-Kerr requesting that she "When did [Mr. Bock] say he sent it [i.e., the check]?" See Exhibit I.

-3-
**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**
**Case No.: C 07-2500 JL**

14. On January 12, 2007 at about 2:59 p.m., I sent an email message to Ms. Martin-Kerr requesting that she please respond to my question set forth in paragraph 13 above. See Exhibit J.

15. No reply was ever received to either message detailed in ¶¶ 13 and 14 above.

16. On January 17, 2007 at about 3:27 p.m., I sent an email message to Ms. Martin-Kerr with a letter attached "concerning the notification of default of the payments under the terms of the settlement agreement. See Exhibit K.

17. On January 18, 2007, I sent a letter to Charles Bock, c/o Arcmatic Integrated Systems, 1667 Marine World Parkway, Vallejo, CA 94589, notifying Defendants (i.e., the Arcmatic Parties) that they were in default of the Settlement Agreement and that Plaintiffs "intend to file for acceleration of the full amount set forth in the settlement agreement if the default is not cured within 60 days" (i.e., by March 19, 2007). See Exhibit L.

18. To the best of my knowledge and belief, to date, no Settlement Agreement installment payment has ever been received by Plaintiffs or Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 31, 2007        By:        /S/
                                      Kristen McCulloch
                                      SALTZMAN & JOHNSON
                                      LAW CORPORATION
                                      Attorney for Plaintiffs

-4-
**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**
**Case No.: C 07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JL - McCulloch dec re default judgment 053007.doc

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 1, 2007, I served the foregoing document on the parties to this action, addressed as follows, in the manner described below:

**DECLARATION OF KRISTEN McCULLOCH IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**

by mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared, addressed to:

| | |
|---|---|
| Cofab Steel Corporation<br>1971 Broadway Street<br>Vallejo, CA 94589 | Charles Bock<br>1971 Broadway Street<br>Vallejo, CA 94589 |
| Arcmatic Integrated Systems, Inc.<br>1971 Broadway Street<br>Vallejo, CA 94589 | Irma Bock<br>100 Tartan Way<br>Fairfield, CA 94534 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on this 1st day of June 2007.

_____/S/_____
Vanessa de Fábrega

-5-
**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**
**Case No.: C 07-2500 JL**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JL - McCulloch dec re default judgment 053007.doc