## Kristen McCulloch

**From:** Marie Kerr [mmk@invent.net]
**Sent:** Friday, January 05, 2007 11:09 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he will be cutting a check on Monday after verification of funds in the account today, and the check should reach you via U. S. mail by Wednesday, January 10, 2007.

Please contact me should you have any further questions or concerns.

Thank you,

Marie Martin-Kerr,
Attorney at Law
Virtual Legal, P.C.
3476 Executive Pointe Way, Unit 16
Carson City, NV 89706
Tel: 775-841-3388
Fax: 775-841-3389
E-mail: mmk@invent.net

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Thursday, January 04, 2007 9:27 AM
**To:** Marie Kerr
**Cc:** Isaiah Roter
**Subject:** Cofab

Marie:

As per Michele Stafford's email to you on December 27, I will be working on the Cofab case while she is on Medical leave.

I left a telephone message for you near the end of the day yesterday concerning the fact that we have not received the first settlement installment which was due on January 2, 2007. Please let me know why we have not received the first installment. If you sent the check via overnight mail, please provide us with the courier and tracking number. As a reminder, the next installment is due February 1, 2007. Please provide us assurance that we will not have to track down future installments.

Also, it is my understanding that you have the Deed of Trust. Please let me know when you will return it signed and notarized.

Best, Kristen

3/21/2007

*Exhibit E*

## Kristen McCulloch

| | |
|---|---|
| **From:** | Kristen McCulloch |
| **Sent:** | Friday, January 05, 2007 12:31 PM |
| **To:** | Marie Kerr |
| **Cc:** | Isaiah Roter |
| **Subject:** | RE: Cofab |

Dear Marie:

Please know that the late payment of the amounts set forth in the settlement agreement is unacceptable. We do not waive any right to enforce the terms of the settlement agreement. We expect that your clients will henceforth abide by the terms of the settlement agreement. If we must follow-up on payments in order to force your clients to comply with the terms of the settlement agreement we may petition the court for attorney fees and/or acceleration of the full amount agreed to under the terms of the settlement agreement. Accordingly, I ask that you remind your clients of their obligation to timely pay each installment by the dates agreed to in the settlement agreement. Again, the next installment is due February 1, 2007 – and not a week later.

Regards, Kristen McCulloch

---

**From:** Marie Kerr [mailto:mmk@invent.net]
**Sent:** Friday, January 05, 2007 11:09 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he will be cutting a check on Monday after verification of funds in the account today, and the check should reach you via U. S. mail by Wednesday, January 10, 2007.

Please contact me should you have any further questions or concerns.

Thank you,

Marie Martin-Kerr,
Attorney at Law
Virtual Legal, P.C.
3476 Executive Pointe Way, Unit 16
Carson City, NV 89706
Tel: 775-841-3388
Fax: 775-841-3389
E-mail: mmk@invent.net

---

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Thursday, January 04, 2007 9:27 AM
**To:** Marie Kerr
**Cc:** Isaiah Roter
**Subject:** Cofab

Marie:

As per Michele Stafford's email to you on December 27, I will be working on the Cofab case

Exhibit F

while she is on Medical leave.

I left a telephone message for you near the end of the day yesterday concerning the fact that we have not received the first settlement installment which was due on January 2, 2007. Please let me know why we have not received the first installment.  If you sent the check via overnight mail, please provide us with the courier and tracking number.  As a reminder, the next installment is due February 1, 2007.  Please provide us assurance that we will not have to track down future installments.

Also, it is my understanding that you have the Deed of Trust.  Please let me know when you will return it signed and notarized.

Best, Kristen

## Kristen McCulloch

**From:**   Kristen McCulloch
**Sent:**   Wednesday, January 10, 2007 4:08 PM
**To:**     mmk@invent.net
**Subject:** Cofab

Dear Marie:

We did not receive the first installment today as you indicated we would.  Please call your client and let us know the status.

Regards, Kristen

---

**From:** Kristen McCulloch
**Sent:** Friday, January 05, 2007 12:31 PM
**To:** 'Marie Kerr'
**Cc:** Isaiah Roter
**Subject:** RE: Cofab

Dear Marie:

Please know that the late payment of the amounts set forth in the settlement agreement is unacceptable.  We do not waive any right to enforce the terms of the settlement agreement.  We expect that your clients will henceforth abide by the terms of the settlement agreement.  If we must follow-up on payments in order to force your clients to comply with the terms of the settlement agreement we may petition the court for attorney fees and/or acceleration of the full amount agreed to under the terms of the settlement agreement.  Accordingly, I ask that you remind your clients of their obligation to timely pay each installment by the dates agreed to in the settlement agreement.  Again, the next installment is due February 1, 2007 – and not a week later.

Regards, Kristen McCulloch

---

**From:** Marie Kerr [mailto:mmk@invent.net]
**Sent:** Friday, January 05, 2007 11:09 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he will be cutting a check on Monday after verification of funds in the account today, and the check should reach you via U. S. mail by Wednesday, January 10, 2007.

Please contact me should you have any further questions or concerns.

Thank you,

Marie Martin-Kerr,
Attorney at Law
Virtual Legal, P.C.
3476 Executive Pointe Way, Unit 16
Carson City, NV  89706
Tel: 775-841-3388
Fax: 775-841-3389

*Exhibit G*

E-mail: mmk@invent.net

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Thursday, January 04, 2007 9:27 AM
**To:** Marie Kerr
**Cc:** Isaiah Roter
**Subject:** Cofab

Marie:

As per Michele Stafford's email to you on December 27, I will be working on the Cofab case while she is on Medical leave.

I left a telephone message for you near the end of the day yesterday concerning the fact that we have not received the first settlement installment which was due on January 2, 2007. Please let me know why we have not received the first installment. If you sent the check via overnight mail, please provide us with the courier and tracking number. As a reminder, the next installment is due February 1, 2007. Please provide us assurance that we will not have to track down future installments.

Also, it is my understanding that you have the Deed of Trust. Please let me know when you will return it signed and notarized.

Best, Kristen

## Kristen McCulloch

**From:** Marie Kerr [mmk@invent.net]
**Sent:** Friday, January 12, 2007 8:44 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he has sent a check to you in the mail which should reach you shortly.

Marie.

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Wednesday, January 10, 2007 4:08 PM
**To:** Marie Kerr
**Subject:** Cofab

Dear Marie:

We did not receive the first installment today as you indicated we would. Please call your client and let us know the status.

Regards, Kristen

**From:** Kristen McCulloch
**Sent:** Friday, January 05, 2007 12:31 PM
**To:** 'Marie Kerr'
**Cc:** Isaiah Roter
**Subject:** RE: Cofab

Dear Marie:

Please know that the late payment of the amounts set forth in the settlement agreement is unacceptable. We do not waive any right to enforce the terms of the settlement agreement. We expect that your clients will henceforth abide by the terms of the settlement agreement. If we must follow-up on payments in order to force your clients to comply with the terms of the settlement agreement we may petition the court for attorney fees and/or acceleration of the full amount agreed to under the terms of the settlement agreement. Accordingly, I ask that you remind your clients of their obligation to timely pay each installment by the dates agreed to in the settlement agreement. Again, the next installment is due February 1, 2007 – and not a week later.

Regards, Kristen McCulloch

**From:** Marie Kerr [mailto:mmk@invent.net]
**Sent:** Friday, January 05, 2007 11:09 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he will be cutting a check on Monday after verification of funds in the account today, and the check should reach you via U. S. mail by Wednesday, January 10, 2007.

3/21/2007

*Exhibit H*

Please contact me should you have any further questions or concerns.

Thank you,

Marie Martin-Kerr,
Attorney at Law
Virtual Legal, P.C.
3476 Executive Pointe Way, Unit 16
Carson City, NV  89706
Tel: 775-841-3388
Fax: 775-841-3389
E-mail: mmk@invent.net

---

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Thursday, January 04, 2007 9:27 AM
**To:** Marie Kerr
**Cc:** Isaiah Roter
**Subject:** Cofab

Marie:

As per Michele Stafford's email to you on December 27, I will be working on the Cofab case while she is on Medical leave.

I left a telephone message for you near the end of the day yesterday concerning the fact that we have not received the first settlement installment which was due on January 2, 2007. Please let me know why we have not received the first installment.  If you sent the check via overnight mail, please provide us with the courier and tracking number.  As a reminder, the next installment is due February 1, 2007.  Please provide us assurance that we will not have to track down future installments.

Also, it is my understanding that you have the Deed of Trust.  Please let me know when you will return it signed and notarized.

Best, Kristen

## Kristen McCulloch

**From:**  Kristen McCulloch
**Sent:**  Friday, January 12, 2007 9:20 AM
**To:**  Marie Kerr
**Subject:** RE: Cofab

Dear Marie:

When did he say he sent it?

Kristen

---

**From:** Marie Kerr [mailto:mmk@invent.net]
**Sent:** Friday, January 12, 2007 8:44 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he has sent a check to you in the mail which should reach you shortly.

Marie.

---

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Wednesday, January 10, 2007 4:08 PM
**To:** Marie Kerr
**Subject:** Cofab

Dear Marie:

We did not receive the first installment today as you indicated we would.  Please call your client and let us know the status.

Regards, Kristen

---

**From:** Kristen McCulloch
**Sent:** Friday, January 05, 2007 12:31 PM
**To:** 'Marie Kerr'
**Cc:** Isaiah Roter
**Subject:** RE: Cofab

Dear Marie:

Please know that the late payment of the amounts set forth in the settlement agreement is unacceptable.  We do not waive any right to enforce the terms of the settlement agreement.  We expect that your clients will henceforth abide by the terms of the settlement agreement.  If we must follow-up on payments in order to force your clients to comply with the terms of the settlement agreement we may petition the court for attorney fees and/or acceleration of the full amount agreed to under the terms of the settlement agreement.  Accordingly, I ask that you remind your clients of their obligation to timely pay each installment by the dates agreed to in the settlement agreement. Again, the next installment is due February 1, 2007 – and not a week later.

*Exhibit I*

Regards, Kristen McCulloch

---

**From:** Marie Kerr [mailto:mmk@invent.net]
**Sent:** Friday, January 05, 2007 11:09 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he will be cutting a check on Monday after verification of funds in the account today, and the check should reach you via U. S. mail by Wednesday, January 10, 2007.

Please contact me should you have any further questions or concerns.

Thank you,

Marie Martin-Kerr,
Attorney at Law
Virtual Legal, P.C.
3476 Executive Pointe Way, Unit 16
Carson City, NV  89706
Tel: 775-841-3388
Fax: 775-841-3389
E-mail: mmk@invent.net

---

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Thursday, January 04, 2007 9:27 AM
**To:** Marie Kerr
**Cc:** Isaiah Roter
**Subject:** Cofab

Marie:

As per Michele Stafford's email to you on December 27, I will be working on the Cofab case while she is on Medical leave.

I left a telephone message for you near the end of the day yesterday concerning the fact that we have not received the first settlement installment which was due on January 2, 2007. Please let me know why we have not received the first installment.  If you sent the check via overnight mail, please provide us with the courier and tracking number.  As a reminder, the next installment is due February 1, 2007.  Please provide us assurance that we will not have to track down future installments.

Also, it is my understanding that you have the Deed of Trust.  Please let me know when you will return it signed and notarized.

Best, Kristen

3/21/2007

## Kristen McCulloch

**From:**     Kristen McCulloch
**Sent:**     Friday, January 12, 2007 2:59 PM
**To:**       'Marie Kerr'
**Subject:** FW: Cofab

Please respond to my question below.

---

**From:** Kristen McCulloch
**Sent:** Friday, January 12, 2007 9:20 AM
**To:** Marie Kerr
**Subject:** RE: Cofab

Dear Marie:

When did he say he sent it?

Kristen

---

**From:** Marie Kerr [mailto:mmk@invent.net]
**Sent:** Friday, January 12, 2007 8:44 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he has sent a check to you in the mail which should reach you shortly.

Marie.

---

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Wednesday, January 10, 2007 4:08 PM
**To:** Marie Kerr
**Subject:** Cofab

Dear Marie:

We did not receive the first installment today as you indicated we would.  Please call your client and let us know the status.

Regards, Kristen

---

**From:** Kristen McCulloch
**Sent:** Friday, January 05, 2007 12:31 PM
**To:** 'Marie Kerr'
**Cc:** Isaiah Roter
**Subject:** RE: Cofab

Dear Marie:

*Exhibit J*

Please know that the late payment of the amounts set forth in the settlement agreement is unacceptable. We do not waive any right to enforce the terms of the settlement agreement. We expect that your clients will henceforth abide by the terms of the settlement agreement. If we must follow-up on payments in order to force your clients to comply with the terms of the settlement agreement we may petition the court for attorney fees and/or acceleration of the full amount agreed to under the terms of the settlement agreement. Accordingly, I ask that you remind your clients of their obligation to timely pay each installment by the dates agreed to in the settlement agreement. Again, the next installment is due February 1, 2007 – and not a week later.

Regards, Kristen McCulloch

---

**From:** Marie Kerr [mailto:mmk@invent.net]
**Sent:** Friday, January 05, 2007 11:09 AM
**To:** Kristen McCulloch
**Subject:** RE: Cofab

Dear Kristen,

Mr. Bock indicates that he will be cutting a check on Monday after verification of funds in the account today, and the check should reach you via U. S. mail by Wednesday, January 10, 2007.

Please contact me should you have any further questions or concerns.

Thank you,

Marie Martin-Kerr,
Attorney at Law
Virtual Legal, P.C.
3476 Executive Pointe Way, Unit 16
Carson City, NV 89706
Tel: 775-841-3388
Fax: 775-841-3389
E-mail: mmk@invent.net

---

**From:** Kristen McCulloch [mailto:kmcculloch@sjlawcorp.com]
**Sent:** Thursday, January 04, 2007 9:27 AM
**To:** Marie Kerr
**Cc:** Isaiah Roter
**Subject:** Cofab

Marie:

As per Michele Stafford's email to you on December 27, I will be working on the Cofab case while she is on Medical leave.

I left a telephone message for you near the end of the day yesterday concerning the fact that we have not received the first settlement installment which was due on January 2, 2007. Please let me know why we have not received the first installment. If you sent the check via overnight mail, please provide us with the courier and tracking number. As a reminder, the next installment is due February 1, 2007. Please provide us assurance that we will not have to track down future installments.

Also, it is my understanding that you have the Deed of Trust. Please let me know when you will return it signed and notarized.

3/21/2007

Best, Kristen

**Kristen McCulloch**

| | |
|---|---|
| **From:** | Kristen McCulloch |
| **Sent:** | Wednesday, January 17, 2007 3:27 PM |
| **To:** | 'Marie Kerr' |
| **Subject:** | Cofab - default |

**Attachments:** letter re. default.pdf

Dear Marie:

Attached is a formal letter concerning the notification of default of the payments under the terms of the settlement agreement, sent to you via this email, facsimile and U.S. mail.

Regards, Kristen

*Exhibit K*

**SALTZMAN & JOHNSON**
LAW CORPORATION

RICHARD C. JOHNSON
ISAIAH B. ROTER
PHILIP M. MILLER
RUSSELL L. RICHEDA
MURIEL B. KAPLAN
MICHELE R. STAFFORD
KRISTEN McCULLOCH

120 HOWARD STREET, SUITE 520
SAN FRANCISCO, CA 94105
PHONE: (415) 882-7900
FAX: (415) 882-9287
E-MAIL: email@sjlawcorp.com

WARREN H. SALTZMAN
(1925-1966)
——
TAMRA BROWN, PARALEGAL
JULIE JELLEN, PARALEGAL
ANDREA GONZALEZ, PARALEGAL

January 17, 2007

**Via First Class Mail, E-Mail,
and Facsimile: (775) 841-3389**

Marie Martin-Kerr
Virtual Legal, P.C.
3476 Executive Pointe Way, #16
Carson City, NV 89706

Re:   **Shop Ironworkers Local 790 Pension Trust v. Cofab Steel Corporation
Northern District of California Case No.: 3:06-CV-04067 (MMC)**

Dear Ms. Martin-Kerr:

I write to put you on further notice that we have still not received the first installment payment. Accordingly, the Arcmatic Parties are in default. As set forth in the settlement agreement:

> In the event that a default occurs, and is not cured within the 60 day period permitted by ERISA Section 4219, the Parties agree that TRUST FUND shall be permitted to file a Complaint in the United States District Court, Northern District for the purpose of having Judgment entered for the full assessed amount, plus liquidated damages, interest and attorneys fees and costs, less any payments made by the ARCMATIC PARTIES.

You were first notified that payment was not received on January 3, 2007 via telephone. And again, you were notified on January 4, 2007 via email. Accordingly, we intend to file for acceleration 60 days from January 4, 2007.

We are also preparing papers to obtain an order to enforce the terms of the settlement agreement. As I stated in my prior email to you on January 5, 2007, we cannot follow-up each month to force your clients to comply with the terms of the settlement agreement. We will also request interest, attorney fees and costs.

Very truly yours,

Kristen McCulloch

KM/vdf

**SALTZMAN & JOHNSON**
LAW CORPORATION

RICHARD C. JOHNSON
ISAIAH B. ROTER
PHILIP M. MILLER
RUSSELL L. RICHEDA
MURIEL B. KAPLAN
MICHELE R. STAFFORD
KRISTEN McCULLOCH

120 HOWARD STREET, SUITE 520
SAN FRANCISCO, CA 94105
PHONE: (415) 882-7900
FAX: (415) 882-9287
E-MAIL: email@sjlawcorp.com

WARREN H. SALTZMAN
(1925-1988)

TAMRA BROWN, PARALEGAL
JULIE JELLEN, PARALEGAL
ANDREA GONZALEZ, PARALEGAL

January 18, 2007

**Via U.S. Mail and Certified**
**Mail, return receipt requested**

Charles Bock
c/o Arcmatic Integrated Systems
1667 Marine World Parkway
Vallejo, CA 94589-1916

Re:     **Shop Ironworkers Local 790 Pension Trust v. Cofab Steel Corporation**
        **Northern District of California Case No.: 3:06-CV-04067 (MMC)**

Dear Mr. Bock:

I write to put you on notice that we have still not received the first installment payment, which was due January 2, 2007. The Arcmatic parties are obligated to timely pay each installment by the dates agreed to in the settlement agreement. Accordingly, the Arcmatic Parties are in default. As set forth in the settlement agreement:

> In the event that a default occurs, and is not cured within the 60 day period permitted by ERISA Section 4219, the Parties agree that TRUST FUND shall be permitted to file a Complaint in the United States District Court, Northern District for the purpose of having Judgment entered for the full assessed amount, plus liquidated damages, interest and attorneys fees and costs, less any payments made by the ARCMATIC PARTIES.

We, therefore, intend to file for acceleration of the full amount set forth in the settlement agreement if the default is not cured within 60 days.

We are also preparing papers to obtain an order to enforce the terms of the settlement agreement. We will also request interest, attorney fees and costs. Late payment of the amounts set forth in the settlement agreement is unacceptable. The Arcmatic Parties agreed to abide by the terms of the settlement agreement. We cannot follow-up each month to force the Arcmatic Parties to comply with the terms of the settlement agreement. To do so would be costly.

Again, the first installment payment was due January 2, 2007. The second installment is due February 1, 2007 – and not a day later.

Very truly yours,

Kristen McCulloch

Kristen McCulloch

KM/vdf

**Exhibit L**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.64 |

Postmark Here

Sent To *Charles Bock, c/o Aromatic Integ. Sys.*
Street, Apt. No.; or PO Box No. *1667 Marine World Parkway*
City, State, ZIP+4 *Vallejo, CA 94589-1916*

7006 2760 0001 2526 8721

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Charles Bock*
*c/o Aromatic Integrated Systems*
*1667 Marine World Parkway*
*Vallejo, CA 94589-1916*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1-19-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0001 2526 8721

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SALTZMAN & JOHNSON

JAN 29 2007
RECEIVED

SALTZMAN & JOHNSON
120 Howard St. Suite 520
San Francisco, CA 94105

KM