**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   SHOP IRONWORKERS LOCAL 790
    PENSION TRUST, et al.,
10                                              No. C 07-02500 JSW

              Plaintiffs,
11
        v.
12                                              **ORDER OF REFERRAL**

    COFAB STEEL CORP., et al.,
13
              Defendants.
14   _____/

15

16        Pursuant to Local Rule 72-1, Plaintiffs' motion for default judgment filed on June 1,

17   2007 is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and

18   recommendation.

19
          **IT IS SO ORDERED.**
20
     Dated: June 15, 2007
21                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
22

23

24   cc:    Wings Hom

25

26

27

28