UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> COFAB STEEL CORP., et al., <br><br> Defendant(s). | No. C07-2500 JSW (BZ) <br><br> **ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiffs' motion for default judgment is set for **Wednesday, August 15, 2007**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. See 50 App. U.S.C. § 521(b)(1);

1

<u>United States v. Simmons</u>, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)).  The public website https://www.dmdc.osd.mil/scra/owa/home will provide the current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.  Plaintiffs also bear the burden of demonstrating that individual defendants are not infants or incompetent persons.  <u>See</u> Rule 55(b)(2).

   Plaintiffs should be prepared to prove damages and all other factual assertions by competent testimony or other admissible evidence.  If plaintiffs intend to prove facts by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

   Defendants should attend the hearing if they contest the validity or amount of plaintiffs' claim.  Seven days before the hearing, on **Wednesday, August 8, 2006**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve each defendant with notice of this hearing.  Should plaintiffs wish for the Court to consider any additional

///
///

2

evidence prior to hearing, they will file it by **Wednesday, July 25, 2007**.

Dated:   June 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Shop Ironworkers v. Cofab\DEF.SCH.ORDER.wpd