1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK,<br><br>Defendants. | Case No.: C07-2500 JSW (BZ)<br><br>**PROOF OF SERVICE RE ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 26, 2007, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

///

**PROOF OF SERVICE re ORDER SCHEDULING HEARING**
**Case No.: C07-2500 JSW (BZ)**

## ORDER SCHEDULING HEARING ON
## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

☑ First Class U.S. Mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

| | |
|---|---|
| Cofab Steel Corporation<br>1971 Broadway Street<br>Vallejo, CA 94589 | Arcmatic Integrated Systems, Inc.<br>1971 Broadway Street<br>Vallejo, CA 94589 |
| Charles A. Bock<br>1971 Broadway Street<br>Vallejo, CA 94589 | Irma Bock<br>100 Tartan Way<br>Fairfield, CA 94534 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 26th day of June, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

PROOF OF SERVICE re ORDER SCHEDULING HEARING
Case No.: C07-2500 JSW (BZ)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790 )
PENSION TRUST, et al.,       )
                             )   No. C07-2500 JSW (BZ)
         Plaintiff(s),       )
                             )   ORDER SCHEDULING HEARING ON
    v.                       )   PLAINTIFFS' MOTION FOR
                             )   DEFAULT JUDGMENT
COFAB STEEL CORP., et al.,   )
                             )
         Defendant(s).       )
_____)

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiffs' motion for default judgment is set for **Wednesday, August 15, 2007, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. See 50 App. U.S.C. § 521(b)(1);

1

United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)). The public website https://www.dmdc.osd.mil/scra/owa/home will provide the current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act. Plaintiffs also bear the burden of demonstrating that individual defendants are not infants or incompetent persons. See Rule 55(b)(2).

Plaintiffs should be prepared to prove damages and all other factual assertions by competent testimony or other admissible evidence. If plaintiffs intend to prove facts by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies. For all evidence, proper foundations must be established. For an explanation of the evidentiary requirements in a default case, the parties are encouraged to consult Chapter Six of Civil Procedure Before Trial by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendants should attend the hearing if they contest the validity or amount of plaintiffs' claim. Seven days before the hearing, on **Wednesday, August 8, 2006**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve each defendant with notice of this hearing. Should plaintiffs wish for the Court to consider any additional

///

///

2

1 | evidence prior to hearing, they will file it by **Wednesday,**
2 | **July 25, 2007.**
3 | Dated:   June 25, 2007

                                          _____
                                          Bernard Zimmerman
                                       United States Magistrate Judge

G:\BZALL\-REFS\Shop Ironworkers v. Cofab\DEF.SCH.ORDER.wpd