Department of Defense Manpower Data Center                JUL-24-2007 15:51:10



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| BOCK | Charles | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided



https://www.dmdc.osd.mil/scra/owa/scra.prc_Select                    7/24/2007

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:* ***BOIYCVIRAGS***



EXHIBIT A-2

JUL. 25. 2007 10:32AM    JUDGMENT DAY INFO. SVCS, INC    NO. 5951    P. 2
Case 3:07-cv-02500-JSW    Document 18-2    Filed 07/25/2007    Page 3 of 8
Request for Military Status                                Page 1 of 1

Department of Defense Manpower Data Center          JUL-25-2007 06:32:32



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| BOCK | CHARLES | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

Report ID: BUJYPUAJWIZ                    SEARCH CRITERIA;



Military Search    Social Security Number "545-1X-XXXX" is a Valid SSN
                   Date Of Birth: 09/03/1936

EXHIBIT    7/25/2007
A-3



## Military Search ℠

### JUDGMENT DAY INFORMATION SERVICES, INC.
PHONE: (914)776-3091       FAX (866) 847-2757
52 YONKERS TERRACE - SUITE 3E- YONKERS – NY 10704

### AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against CHARLES BOCK.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name CHARLES BOCK, Social Security Number and date of birth, which I know because it was provided by the plaintiff's attorney SALTZMAN AND JONSON LAW CORPORATION, from the books and records of the plaintiff. I conducted a diligent search of the DMDC Manpower Database at the request of said attorney.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 7/25/2007 a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not in any branch of the United States military.

DATED: 7/25/2007

_____
Signature

_____
Printed Name

Sworn to before me this 25th day of July, 2007

_____
Notary Public

RANDY S. FORSCHNER
Notary Public, State of New York
No. 01FO6036033
Qualified in Westchester County
Commission Expires 01-10-2010

# EXHIBIT A-4

Department of Defense Manpower Data Center                JUL-24-2007 15:51:45



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| BOCK | Irma | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

EXHIBIT B-1

https://www.dmdc.osd.mil/scra/owa/scra.prc_Select                7/24/2007

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:**BOHZAMCBMIM***

EXHIBIT **B-2**

JUL. 25. 2007 10:33AM    JUDGMENT DAY INFO. SVCS. INC         NO. 5951   P. 4
Case 3:07-cv-02500-JSW    Document 18-2    Filed 07/25/2007    Page 7 of 8

Request for Military Status                                        Page 1 of 1

Department of Defense Manpower Data Center                 JUL-25-2007 06:35:59



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| BOCK | IRMA | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

———————————————————
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BTPWGXOHXAX*

SEARCH CRITERIA;

 Military Search

Social Security Number "152-4X-XXXX" is a Valid SSN
Date Of Birth: 02/10/1935

EXHIBIT B-3        7/25/2007



## Military Search <sub>SM</sub>

**JUDGMENT DAY INFORMATION SERVICES, INC.**
PHONE: (914)776-3091         FAX (866) 847-2757
52 YONKERS TERRACE – SUITE 3E– YONKERS – NY 10704

## AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against IRMA BOCK.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name IRMA BOCK, Social Security Number and date of birth, which I know because it was provided by the plaintiff's attorney SALTZMAN AND JOHNSON LAW CORPORATION, from the books and records of the plaintiff. I conducted a diligent search of the DMDC Manpower Database at the request of said attorney.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 7/25/2007 a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not in any branch of the United States military.

DATED: 7/25/2007

Signature

Printed Name

Sworn to before me this 25th day
Of July, 2007.

Notary Public

RANDY S. FORSCHNER
Notary Public, State of New York
No. 01FO6036033
Qualified in Westchester County
Commission Expires 01-10-2010

EXHIBIT B-4