RICHARD C. JOHNSON (SBN: 40881)
ISAIAH B. ROTER (SBN: 82743)
MICHELE R. STAFFORD (SBN: 172509)
KRISTEN McCULLOCH (SBN: 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
(415) 882-7900
(415) 882-9287 - Facsimile
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>    Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK<br><br>    Defendants. | CASE NO.: C07-2500 JSW (BZ)<br><br>**AMENDED [PROPOSED] JUDGMENT** |

The defendants having failed to plead or otherwise defend in this action and default having been entered, and now, upon application of the plaintiffs and upon declaration that defendants have failed and refused to make any payment of amounts owed to plaintiffs pursuant to the Settlement Agreement and that defendants are neither infants, nor incompetents, nor in the military service of the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

//

//

//

//

1. Defendants Cofab Steel Corporation, Arcmatic Integrated Systems, Inc.; Charles A. Bock and Irma Bock are jointly and severally liable for and ordered to pay the following:

| | |
|---|---:|
| Amount of liability: | $862,682.00 |
| Liquidated Damages: | $43,134.10 |
| Interest (through 5/31/07): | $27,984.00 |
| **Additional Interest (6/1/07 – 8/15/07):** | **$14,370.16** |
| Attorneys Fees (through 5/30/07) | $10,767.75 |
| **Additional Fees (5/31/07 – 7/24/07)** | **$1,191.50** |
| Costs: | $2,432.00 |
| **TOTAL:** | **$962,561.51** |

2. That the Court will retain Jurisdiction over this matter.

Date:_____         _____

2
**AMENDED [PROPOSED] JUDGMENT**
**Case No.: C07-2500 JSW (BZ)**
P:\CLIENTS\SHOPW\COFAB\Pleadings\2007\Complaint re Settlement Agreement\C07-2500 JSW-BZ Amended Proposed Judgment 072407.doc