Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK, <br><br> Defendants. | Case No.: C07-2500 JSW (BZ) <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

///

///

///

On July 25, 2007, I served the following document(s):

<u>*SUPPLEMENTAL*</u> **DECLARATION OF MICHELE R. STAFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT**

**AMENDED [PROPOSED] JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| Cofab Steel Corporation<br>1971 Broadway Street<br>Vallejo, CA 94589 | Arcmatic Integrated Systems, Inc.<br>1971 Broadway Street<br>Vallejo, CA 94589 |
| Charles A. Bock<br>1971 Broadway Street<br>Vallejo, CA 94589 | Irma Bock<br>100 Tartan Way<br>Fairfield, CA 94534 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of July, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**PROOF OF SERVICE**
**Case No.: C07-2500 JSW (BZ)**