UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2500-JSW     BERNARD ZIMMERMAN          DATE August 15, 2007
Case Number            Judge

Title: E-SHOP IRONWORKERS, et al. -v- COFAB STEEL CORP. et al.

Attorneys: MICHELE STAFFORD         ------------------

Deputy Clerk: T. De Martini    Court Reporter: Star Wilson

Court   Pltf's   Deft's
(  )    (XXX)    (  )   1. Motion for Default Judgment

(  )    (  )     (  )   2.

(  )    (  )     (  )   3.

(  )    (  )     (  )   4.

(  )    (  )     (  )   5.

**(XXX)Motion**(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  **(XXX)Submitted**

**Order to be Prepared by**: (  )Pltf  (  )Deft  **(XXX)Court**

Discovery Cutoff: _____ Pretrial Statements Due _____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to _____ for _____

CASE REFERRED TO U.S. MAGISTRATE _____

for _____

Opening Briefs _____ Answer _____ Reply _____

Deemed Submitted on _____