Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK,<br><br>　　　　Defendants. | Case No.: C07-2500 JSW (BZ)<br><br>**PLAINTIFFS' EX-PARTE REQUEST TO EXPEDITE ENTRY OF DEFAULT JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT;**<br><br>**[PROPOSED] ORDER** |

On August 16, 2007, Magistrate Judge Bernard Zimmerman filed a Report and Recommendation relative to plaintiffs' Motion for Default Judgment, in which he recommended that judgment be entered in plaintiffs' favor and against defendants for a total award of $951,793.76.

///

///

///

**REQUEST TO EXPEDITE ENTRY OF DEFAULT JUDGMENT**
**Case No.: C07-2500 JSW (BZ)**

Plaintiffs respectfully request that the Court expedite entry of Default Judgment in plaintiffs' favor and against defendants as time may be of essence in plaintiffs' ability to collect on the Judgment.

Respectfully submitted,
SALTZMAN & JOHNSON LAW CORPORATION

Dated: October 10, 2007                    _____/s/_____
                                           Michele R. Stafford
                                           Attorneys for Plaintiffs

ORDER

IT IS SO ORDERED, that judgment be entered totaling **$951,793.76**, plus 10% per annum interest from June 1, 2007 to date of satisfaction of Judgment.

It is further ordered that the Court shall retain jurisdiction over this matter.

Dated:_____        _____
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT COURT JUDGE

**REQUEST TO EXPEDITE ENTRY OF DEFAULT JUDGMENT**
**Case No.: C07-2500 JSW (BZ)**