IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.,

    Plaintiffs,

  v.

COFAB STEEL CORP., et al.,

    Defendants.

No. C 07-02500 JSW

**JUDGMENT**

Pursuant to this Court's Order adopting Magistrate Judge Zimmerman's Report and Recommendation re: Plaintiffs' motion for default judgment and granting default judgment in favor of Plaintiffs, judgment is HEREBY ENTERED in favor of Plaintiffs and against Defendants in the amount of (1) $905,816.10 in damages, (2) $42,354.16 in prejudgment interest, and (3) $3623.50 in attorneys' fees and costs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 9, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE