United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.,

    Plaintiffs,

  v.

COFAB STEEL CORP., et al.,

    Defendants.
_____/

No. C 07-02500 JSW

**AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

    The Court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation re Plaintiffs' Motion for Default Judgment. In his Report and Recommendation, Magistrate Judge Zimmerman recommends that this Court grant the motion but award Plaintiffs only (1) $862,682.00 in damages, (2) $43,134.10 in liquidated damages, (3) $42,354.16 in prejudgment interest, and (4) $3623.50 in attorneys' fees and costs. There have been no objections filed thereto.

    The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiffs' motion for default judgment against defendants Cofab Steel Corporation, Arcmatic Integrated Systems, Inc., Charles Bock, and Irma Bock is GRANTED. Plaintiffs are awarded $905,816.10 in damages, $3623.50 in attorney's fees and costs, and

///

///

///

1  $42,354.16 in prejudgment interest. A separate judgment shall issue, and the Clerk is directed
2  to close this file.
3      **IT IS SO ORDERED.**
4  Dated: November 14, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE