Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK,<br><br>  Defendants. | Case No.: C07-2500 JSW<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 15, 2007, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

///

**PROOF OF SERVICE re JUDGMENT**
**Case No.: C07-2500 JSW**

**PROOF OF SERVICE RE
AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION
RE PLAINTIFFS' MOTION FOR DEAULT JUDGMENT**

First Class U.S. Mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

| | |
|---|---|
| **Cofab Steel Corporation**<br>**1971 Broadway Street**<br>**Vallejo, CA 94589** | **Arcmatic Integrated Systems, Inc.**<br>**1971 Broadway Street**<br>**Vallejo, CA 94589** |
| **Charles A. Bock**<br>**1971 Broadway Street**<br>**Vallejo, CA 94589** | **Irma Bock**<br>**100 Tartan Way**<br>**Fairfield, CA 94534** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of November, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**PROOF OF SERVICE re JUDGMENT
Case No.: C07-2500 JSW**