1  RICHARD C. JOHNSON (SBN: 40881)
   MICHELE R. STAFFORD (SBN: 172509)
2  SHAAMINI A. BABU (SBN: 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA  94104
4  Telephone:  (415) 882-7900
5  Facsimile:  (415) 882-9287
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8

9                       IN THE UNITED STATES DISTRICT COURT

10                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 SHOP IRONWORKERS LOCAL 790              CASE NO.: C 07-2500 JSW
   PENSION TRUST; JOINT BOARD OF
13 TRUSTEES of the SHOP IRONWORKERS        **NOTICE OF MOTION TO COMPEL**
   LOCAL 790 PENSION TRUST; and            **DISCOVERY RESPONSES**
14 MICHAEL NEWINGTON as Trustee,
                                           Date:      August 8, 2008
15         Plaintiffs,                     Time:      9:00 a.m.
                                           Location:  Ctrm. 2, 17th Floor
16 v.                                      Judge:     Honorable Jeffrey S. White

17 COFAB STEEL CORPORATION,
   ARCMATIC INTEGRATED SYSTEMS,
18 INC., CHARLES A. BOCK and IRMA BOCK,

19         Defendants.

20

21 TO DEFENDANTS COFAB STEEL CORPORATION, ARCMATIC INTEGRATED
   SYSTEMS, INC., CHARLES A. BOCK, IRMA BOCK, AND THEIR RESPECTIVE
22 ATTORNEYS OF RECORD:

23     PLEASE TAKE NOTICE THAT on August 8, 2008, at 9:00 a.m. or as soon thereafter

24 as the matter may be heard in the above-entitled Court located in Courtroom 2, 17th Floor, at

25 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Shop Ironworkers Local 790

   Pension Trust, et al., will and hereby does move this Court for an order compelling COFAB

STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK, and IRMA BOCK to respond to interrogatories and produce documents in response to Plaintiffs' Request for Production of Documents, Set One, and Plaintiffs' Special Interrogatories, Set One. This motion is made on the grounds that the information and documents sought are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to provide the information and document is without justification.

Plaintiffs also move for an order that COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK, and IRMA BOCK pay all reasonable costs and attorneys' fees incurred by the Plaintiffs in connection with collecting on the judgment entered in this action including bringing the instant motion.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel Discovery Responses, the Declaration of Shaamini A. Babu in Support of Plaintiffs' Motion to Compel Discovery Responses filed herewith.

Date: July 10, 2008                                    SALTZMAN & JOHNSON
                                                       LAW CORPORATION


                                               By:    _____/s/_____
                                                       Shaamini A. Babu
                                                       Attorneys for Plaintiffs