RICHARD C. JOHNSON (SBN 40881)
MICHELE R. STAFFORD (SBN 172509)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-7900–Facsimile
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK and IRMA BOCK,<br><br>Defendants. | CASE NO.: C 07-2500 JSW<br><br>**DECLARATION OF SHAAMINI A. BABU IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY**<br><br>Date:     August 8, 2008<br>Time:     9:00 a.m.<br>Location: Ctrm. 2, 17th Floor<br>Judge:    Honorable Jeffrey S. White |

I, Shaamini A. Babu, declare:

1. I am one of the attorneys for Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al. ("Plaintiffs").

2. Plaintiffs have not propounded written discovery on Defendants since judgment was entered in November 2007.

3. Plaintiffs propounded written discovery on defendants Arcmatic Integrated Systems, Inc. ("Arcmatic") and Irma Bock ("Irma") on April 14, 2008, and on defendants Cofab Steel Corporation ("Cofab") and Charles Bock ("Bock") on May 19, 2008.

-1-

**DECLARATION OF S. BABU**
**Case No.: C 07-2500 JSW**

**1**   4. Plaintiffs propounded special interrogatives and requests for production on all **2** Defendants. True and correct copies of all sets of said written discovery are attached hereto as **3** Exhibits A-1 and A-2.

**4**   5. The total number of Special Interrogatories propound on each of the Defendants **5** exceeded the number of special interrogatories permitted by C.C.P. §2030.030(a). Accordingly, **6** Plaintiffs counsel served a declaration specifying that all such Special Interrogatories were warranted **7** under F.R.C.P. Rule 69 and C.C.P. §708.020 and §2030.030(a). True and correct copies of said **8** declaration as well as the proofs of service are attached hereto as Exhibits B1 and B-2.

**9**   6. To date, responses have not been received from any of the Defendants to any of the **10** foregoing discovery.

**11**   7. The settlement agreement entered into by the parties which was the subject of the **12** Judgment entered on November 9, 2007, specifically provided that in the event Defendants defaulted **13** on the settlement payments, Plaintiffs would be entitled to recover resulting attorneys' fees and costs.

**14**   8. This Court awarded attorneys' fees to Plaintiffs that were incurred through July 24, **15** 2007, as provided for in the Judgment.

**16**   9. Thereafter, Plaintiffs reasonably incurred attorneys' fees in the sum of **$11,629.00** from **17** July 25, 2007, through July 10, 2008, for legal services provided by Plaintiffs' counsel including, but **18** not limited to, appearing at the hearing for default judgment; asset investigation; preparation of writs **19** of execution, levies, liens, propounding Special Interrogatories, Set One, Requests for Production of **20** Documents, Set One, meet and confer letters, as well as the instant motion and supporting declaration.

**21**   10. I personally spent 32.50 hours through July 10, 2008, in connection with the above **22** stated activities regarding this matter, at the rate of $175.00 per hour, totaling $5,687.50.

**23**   11. I am informed and believe that Richard C. Johnson, a partner at Saltzman & Johnson, **24** spent .50 hours from July 25, 2008, through July 10, 2008, in connection with the above stated **25** activities regarding this matter, at the rate of $245.00 per hour, totaling $122.50.

**26**   12. I am informed and believe that Isaiah B. Roter, a partner at Saltzman & Johnson, spent **27** 1.1 hours from July 25, 2007, through July 10, 2008, in connection with the above stated activities

**28**   -2-

**DECLARATION OF S. BABU**
**Case No.: C 07-2500 JSW**

1 | regarding this matter, at the rate of $205.50 per hour, totaling $225.50.

13. I am informed and believe that Muriel B. Kaplan, a partner at Saltzman & Johnson, spent .60 hours from July 25, 2007, through July 10, 2008, in connection with the above stated activities regarding this matter, at the rate of $185.00 per hour, totaling $111.00.

14. I am informed and believe that Michele Stafford, an associate at Saltzman & Johnson, spent 19.90 hours from July 25, 2007, through July 10, 2008, in connection with the above stated activities regarding this matter, at the rate of $180.00 per hour, totaling $3,582.00.

15. I am informed and believe that Vanessa de Fábrega, a paralegal in this law firm, spent 14.50 hours from July 25, 2007, through July 10, 2008, in connection with the above stated activities regarding this matter, at the rate of $105.00 per hour, totaling $1,522.50.

16. I am informed and believe that Andrea Gonzalez, a former paralegal in this law firm, spent 3.6 hours from July 25, 2007, through January 17, 2008, in connection with the above stated activities regarding this matter, at the rate of $105.00 per hour, totaling $378.00.

17. Since July 25, 2007, Plaintiffs have incurred costs in the sum of **$3,569.27** in connection with writ of executions, liens, levies, abstract of judgment, investigation of Defendants' assets, and service and recordation thereof, in an attempt to satisfy the Judgment.

18. Plaintiffs will supplement and/or amend its moving papers as necessary to obtain an award for additional attorneys' fees, costs, and all others sums owed by Defendants in connection with this motion.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration is executed on July 10, 2008.

_____/s/_____
SHAAMINI A. BABU

-3-