# EXHIBIT A-1

1  RICHARD C. JOHNSON (SBN 40881)
   ISAIAH B. ROTER (SBN 82743)
2  MICHELE R. STAFFORD (SBN 172509)
   SHAAMINI A. BABU (SBN 230704)
3  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
4  San Francisco, CA 94105
   (415) 882-7900
5  (415) 882-7900 - Facsimile
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the 12  SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as 13  Trustee, | CASE NO.: C 07-2500 JSW<br><br>**SPECIAL INTERROGATORIES, SET ONE, TO DEFENDANT COFAB STEEL CORPORATION**<br><br>**[FRCP Rules 33 and 69; C.C.P. §708.020]** |
| 14       Plaintiffs, | |
| 15  vs. | |
| 16  COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. 17  BOCK and IRMA BOCK, | |
| 18       Defendants. | |

19

20  PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.

21  RESPONDING PARTY: Defendant IRMA BOCK

22  SET NUMBER: One (1)

23          Pursuant to the Federal Rules of Civil Procedure Rules 33 and 69 and California Code of Civil

24  Procedure §708.020, Plaintiffs by their attorneys request that Defendant IRMA BOCK, respond under

25  oath to each of the following Special Interrogatories in accordance with the definitions and

26  instructions set forth below, within the time set forth by the Federal Rules of Civil Procedure.

27

28

-1-

SPECIAL INTERROGATORIES, SET ONE

# DEFINITIONS AND INSTRUCTIONS

1.    "Communication(s)" as used herein shall mean, without limitation, any transfer of information, written, oral, or by any means, or any record or recording of any such transfer.

2.    "Person(s)" as used herein shall mean, without limitation, a natural person, corporation, limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or other business enterprise or legal entity and includes both the singular and plural.

3.    The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility vehicle, van, truck, airplane, boat, and yacht.

4.    Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating," "involving," "evidencing," or "referring" shall be defined to include the common meanings of all those terms, and shall include indirect as well as direct references to the subject mater set forth herein.

5.    The terms "identify" and "describe:"

(a)    When used with reference to a natural person, shall mean, without limitation, to state the person's full name (including current and all former names), present or last known address, present or last known position or business affiliation, position or business affiliation at the time in question, and a general description of the business in which the person is engaged.

(b)    When used with reference to a corporation, partnership, association, joint venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to state its full name and/or trade name, address, organization form, and a brief description of the functions and activities in which such entity is engaged.

6.    In addition to definitions otherwise applicable, the following definitions also apply to these interrogatories:

(a)    Any reference to a party shall include, where applicable, its corporate parents, subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.

SPECIAL INTERROGATORIES, SET ONE

(b)   "Complaint" shall mean Plaintiffs' Complaint in this matter.

(c)   "Answer" shall mean Defendants' Answer to Complaint in this matter.

(d)   "Defendants" shall mean COFAB, ARCMATIC, CHARLES A. BOCK and IRMA BOCK unless otherwise specified.

7.   Unless otherwise specified, the terms employed herein shall have the same definitions as set forth in Complaint.

8.   All references to the masculine gender contained herein shall be deemed to include the appropriate feminine or neuter genders.

9.   If, in answering these Special Interrogatories or any of them, respondent encounters any ambiguity with respect to any interrogatory or any definition or instruction contained herein, respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used to answer the interrogatories.

## REQUESTS

1.   Please describe the type(s) of business COFAB has operated since January 1, 2003.

2.   Please describe the type(s) of business Allen Bock Investments has operated since January 1, 2003.

3.   Please describe the type(s) of business United Properties, LLC has operated since January 1, 2003.

4.   Please identify the location(s) where COFAB has conducted business since January 1, 2003.

5.   Please identify the location(s) where Allen Bock Investments has conducted business since January 1, 2003.

6.   Please identify the location(s) where United Properties, LLC has conducted business since January 1, 2003.

SPECIAL INTERROGATORIES, SET ONE

7.    Please identify the amount(s) of all capital, if any, invested in COFAB by CHARLES A. BOCK since January 2, 1981.

8.    Please identify the amount(s) of all capital, if any, invested in COFAB by IRMA BOCK since January 2, 1981.

9.    Please identify the amount(s) of all distributions, if any, made to CHARLES A. BOCK by COFAB since January 2, 1981.

10.    Please identify the annual salary provided to CHARLES A. BOCK by COFAB since January 2, 1981.

11.    Please identify all creditors of COFAB to whom COFAB is indebted as of January 1, 2003, and the amount owed to each creditor.

12.    Please identify all creditors of COFAB who are indebted to COFAB as of January 1, 2003, and the amount owed by each creditor.

13.    Please identify all real property, located in the United States of America or any foreign country, in which COFAB had or has an interest as of January 1, 2003.

14.    Please identify all real property, located in the United States of America or any foreign country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

15.    Please identify all Person(s) to whom COFAB sold or transferred any interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

16.    Please identify all Person(s) to whom Allen Bock Investments sold or transferred any interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

17.    Please identify all owners of real property located at **100 Tartan Way, Fairfield, California**, since January 1, 2003.

-4-

18.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **100 Tartan Way, Fairfield, California**, since January 1, 2003.

19.    Please identify all owners of real property located at **1667 Marine World Parkway, Vallejo, California,** since January 1, 2003.

20.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1667 Marine World Parkway, Vallejo, California,** since January 1, 2003.

21.    Please identify all owners of real property located at **1687 Marine World Parkway, Vallejo, California,** since January 1, 2003.

22.    Please identify all owners of real property located at **1971 Broadway, Vallejo, California**, since January 1, 2003.

23.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1971 Broadway, Vallejo, California**, since January 1, 2003.

24.    Please identify all owners of real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

25.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1957 Broadway, Vallejo, California,** since January 1, 2003.

26.    Please identify all Person(s) to whom Allen Bock Investments sold or transferred real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

27.    Please specify any interest CHARLES A. BOCK has or had in United Properties, LLC since January 1, 2003.

28.    Please specify any interest IRMA BOCK has or had in United Properties, LLC since January 1, 2003.

29.    Please identify all assets valued at over $250 of United Properties, LLC from January

-5-

1, 2003, to the present.

30.    Please identify all assets valued at over $250 transferred by COFAB to United Properties, LLC from January 1, 2003, to the present.

31.    Please identify all assets valued at over $250 sold or transferred by CHARLES A. BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the present.

32.    Please specify the interest CHARLES A. BOCK has or had in Allen Bock Investments since January 1, 2003.

33.    Please specify the interest IRMA BOCK has or had in Allen Bock Investments since January 1, 2003.

34.    Please specify the interest Robert Wayne Allen has or had in Allen Bock Investments since January 1, 2003.

35.    Please identify all assets valued at over $250 owned by Allen Bock Investments from January 1, 2003, to the present.

36.    Please identify all assets valued at over $250 transferred by COFAB to Allen Bock Investments from January 1, 2003, to the present.

37.    Please identify all assets valued at over $250 sold or transferred by CHARLES A. BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the present.

38.    Please identify all fictitious business names used by COFAB from January 1, 2003, to the present.

39.    Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

40.    Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was

-6-

SPECIAL INTERROGATORIES, SET ONE

an account holder from January 1, 2003, to the present.

41.    Please identify all equipment valued at over $250 owned by COFAB from January 1, 2003, to the present.

42.    Please identify all Vehicles owned by COFAB from January 1, 2003, to the present.

43.    Please describe all insurance policies effective at any time from January 1, 2003, to the present relating to COFAB, including, but not limited to, type of policy, term of policy, amount(s) of coverage, and any beneficiaries.

44.    Please specify the date(s) and amount(s) of any payments received by COFAB in connection with any insurance policy since January 1, 2003.

45.    Please identify all lawsuits, other than the instant action, to which COFAB has been a party at any time.

46.    Please specify the amount(s) judgments, if any, entered against any Person(s) in favor of COFAB.

47.    Please identify all Person(s) from whom COFAB obtained advice regarding financial matters since January 1, 2003.

48.    Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other advisors or agents of COFAB from January 1, 2003, to the present.

Dated: April 11, 2008                SALTZMAN & JOHNSON LAW CORPORATION

Shaamini A. Babu
Attorneys for Plaintiffs

SPECIAL INTERROGATORIES, SET ONE

1  RICHARD C. JOHNSON (SBN 40881)
   ISAIAH B. ROTER (SBN 82743)
2  MICHELE R. STAFFORD (SBN 172509)
   SHAAMINI A. BABU (SBN 230704)
3  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
4  San Francisco, CA 94105
   (415) 882-7900
5  (415) 882-7900 - Facsimile
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHOP IRONWORKERS LOCAL 790 PENSION          CASE NO.: C 07-2500 JSW
   | TRUST; JOINT BOARD OF TRUSTEES of the
12 | SHOP IRONWORKERS LOCAL 790 PENSION          **SPECIAL INTERROGATORIES, SET
   | TRUST; and MICHAEL NEWINGTON as             ONE, TO DEFENDANT ARCMATIC
13 | Trustee,                                    INTERGRATED SYSTEMS, INC.**

14 |        Plaintiffs,                          **[FRCP Rules 33 and 69; C.C.P. §708.020]**

15 | vs.

16 | COFAB STEEL CORPORATION, ARCMATIC
   | INTEGRATED SYSTEMS, INC.; CHARLES A.
17 | BOCK and IRMA BOCK,

18 |        Defendants.

19

20 PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.

21 RESPONDING PARTY: Defendant ARCMATIC INTEGRATED SYSTEMS, INC.

22 SET NUMBER: One (1)

23        Pursuant to the Federal Rules of Civil Procedure Rules 33 and 69 and California Code of Civil

24 Procedure §708.020, Plaintiffs by their attorneys request that Defendant ARCMATIC INTEGRATED

25 SYSTEMS, INC. ("ARCMATIC") respond under oath to each of the following Special Interrogatories

26 in accordance with the definitions and instructions set forth below, within the time set forth by the

27 Federal Rules of Civil Procedure.

28

-1-

SPECIAL INTERROGATORIES, SET ONE

# DEFINITIONS AND INSTRUCTIONS

1.      "Communication(s)" as used herein shall mean, without limitation, any transfer of information, written, oral, or by any means, or any record or recording of any such transfer.

2.      "Person(s)" as used herein shall mean, without limitation, a natural person, corporation, limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or other business enterprise or legal entity and includes both the singular and plural.

3.      The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility vehicle, van, truck, airplane, boat, and yacht.

4.      Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating," "involving," "evidencing," or "referring" shall be defined to include the common meanings of all those terms, and shall include indirect as well as direct references to the subject mater set forth herein.

5.      The terms "identify" and "describe:"

(a)      When used with reference to a natural person, shall mean, without limitation, to state the person's full name (including current and all former names), present or last known address, present or last known position or business affiliation, position or business affiliation at the time in question, and a general description of the business in which the person is engaged.

(b)      When used with reference to a corporation, partnership, association, joint venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to state its full name and/or trade name, address, organization form, and a brief description of the functions and activities in which such entity is engaged.

6.      In addition to definitions otherwise applicable, the following definitions also apply to these interrogatories:

(a)      Any reference to a party shall include, where applicable, its corporate parents, subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.

-2-

1        (b)    "Complaint" shall mean Plaintiffs' Complaint in this matter.

2        (c)    "Answer" shall mean Defendants' Answer to Complaint in this matter.

3        (d)    "Defendants" shall mean COFAB, ARCMATIC, CHARLES A. BOCK and

4  IRMA BOCK unless otherwise specified.

5        7.    Unless otherwise specified, the terms employed herein shall have the same definitions

6
7  as set forth in Complaint.

8        8.    All references to the masculine gender contained herein shall be deemed to include the

9  appropriate feminine or neuter genders.

10       9.    If, in answering these Special Interrogatories or any of them, respondent encounters

11  any ambiguity with respect to any interrogatory or any definition or instruction contained herein,

12  respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used

13
14  to answer the interrogatories.

15                                **REQUESTS**

16       1.    Please describe the type(s) of business ARCMATIC has operated since January 1,

17  2003.

18       2.    Please describe the type(s) of business Allen Bock Investments has operated since

19  January 1, 2003.

20       3.    Please describe the type(s) of business United Properties, LLC has operated since

21  January 1, 2003.

22       4.    Please identify the location(s) where ARCMATIC has conducted business since

23  January 1, 2003.

24

25       5.    Please identify the location(s) where Allen Bock Investments has conducted business

26  since January 1, 2003.

27       6.    Please identify the location(s) where United Properties, LLC has conducted business

28

-3-

since January 1, 2003.

7.    Please identify the amount(s) of all capital, if any, invested in ARCMATIC by CHARLES A. BOCK since February 16, 1994.

8.    Please identify the amount(s) of all capital, if any, invested in ARCMATIC by IRMA BOCK since February 16, 1994.

9.    Please identify the amount(s) of all distributions, if any, made to CHARLES A. BOCK by ARCMATIC since February 16, 1994.

10.    Please identify the annual salary provided to CHARLES A. BOCK by ARCMATIC since February 16, 1994.

11.    Please identify the date(s) and amount(s) of royalties, if any, received by ARCMATIC in connection with ARCMATIC inventions, including, but not limited to, the vertaslag or eltroslag systems.

12.    Please identify all creditors of ARCMATIC to whom ARCMATIC is indebted as of January 1, 2003, and the amount owed to each creditor.

13.    Please identify all creditors of ARCMATIC who are indebted to ARCMATIC as of January 1, 2003, and the amount owed by each creditor.

14.    Please identify all real property, located in the United States of America or any foreign country, in which ARMACTIC had or has an interest as of January 1, 2003.

15.    Please identify all real property, located in the United States of America or any foreign country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

16.    Please identify all Person(s) to whom ARCMATIC sold or transferred any interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

17.    Please identify all Person(s) to whom Allen Bock Investments sold or transferred any

-4-

interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

18.     Please identify all owners of real property located at **100 Tartan Way, Fairfield, California**, since January 1, 2003.

19.     Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **100 Tartan Way, Fairfield, California**, since January 1, 2003.

20.     Please identify all owners of real property located at **1667 Marine World Parkway, Vallejo, California**, since January 1, 2003.

21.     Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1667 Marine World Parkway, Vallejo, California**, since January 1, 2003.

22.     Please identify all owners of real property located at **1687 Marine World Parkway, Vallejo, California**, since January 1, 2003.

23.     Please identify all owners of real property located at **1971 Broadway, Vallejo, California**, since January 1, 2003.

24.     Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1971 Broadway, Vallejo, California**, since January 1, 2003.

25.     Please identify all owners of real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

26.     Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

27.     Please identify all Person(s) to whom Allen Bock Investments sold or transferred real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

28.     Please specify any interest CHARLES A. BOCK has or had in United Properties, LLC

SPECIAL INTERROGATORIES, SET ONE

1  since January 1, 2003.

2      29.    Please specify any interest IRMA BOCK has or had in United Properties, LLC since

3  January 1, 2003.

4      30.    Please identify all assets valued at over $250 of United Properties, LLC from January

5  1, 2003, to the present.

6

7      31.    Please identify all assets valued at over $250 transferred by ARCMATIC to United

8  Properties, LLC from January 1, 2003, to the present.

9      32.    Please identify all assets valued at over $250 sold or transferred by CHARLES A.

10  BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the present.

11      33.    Please specify the interest CHARLES A. BOCK has or had in Allen Bock Investments

12  since January 1, 2003.

13
   34.    Please specify the interest IRMA BOCK has or had in Allen Bock Investments since

14
15  January 1, 2003.

16      35.    Please specify the interest Robert Wayne Allen has or had in Allen Bock Investments

17  since January 1, 2003.

18      36.    Please identify all assets valued at over $250 owned by Allen Bock Investments from

19  January 1, 2003, to the present.

20      37.    Please identify all assets valued at over $250 sold or transferred by ARCMATIC to

21
22  Allen Bock Investments from January 1, 2003, to the present.

23      38.    Please identify all assets valued at over $250 sold or transferred by CHARLES A.

24  BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the present.

25      39.    Please identify all fictitious business names used by ARCMATIC from January 1,

26  2003, to the present.

27      40.    Please identify all bank accounts maintained by any financial institution, located in the

28

SPECIAL INTERROGATORIES, SET ONE

United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

41.    Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

42.    Please identify all equipment valued at over $250 owned by ARCMATIC from January 1, 2003, to the present.

43.    Please identify all Vehicles owned by ARCMATIC from January 1, 2003, to the present.

44.    Please describe all insurance policies effective at any time from January 1, 2003, to the present relating to ARCMATIC, including, but not limited to, type of policy, term of policy, amount(s) of coverage, and any beneficiaries.

45.    Please specify the date(s) and amount(s) of any payments received by ARCMATIC in connection with any insurance policy since January 1, 2003.

46.    Please identify all lawsuits, other than the instant action, to which ARCMATIC has been a party at any time.

47.    Please specify the amount(s) judgments, if any, entered against any Person(s) in favor of ARCMATIC.

48.    Please identify all Person(s) from whom ARCMATIC obtained advice regarding financial matters since January 1, 2003.

///

///

///

///

SPECIAL INTERROGATORIES, SET ONE

49.    Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other advisors or agents of ARCMATIC from January 1, 2003, to the present.

Dated: April 11, 2008                          SALTZMAN & JOHNSON LAW CORPORATION

Shaamini A. Babu
Attorneys for Plaintiffs

1  RICHARD C. JOHNSON (SBN 40881)
   ISAIAH B. ROTER (SBN 82743)
2  MICHELE R. STAFFORD (SBN 172509)
   SHAAMINI A. BABU (SBN 230704)
3  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
4  San Francisco, CA 94105
   (415) 882-7900
5  (415) 882-7900 - Facsimile
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHOP IRONWORKERS LOCAL 790 PENSION        CASE NO.: C 07-2500 JSW
   | TRUST; JOINT BOARD OF TRUSTEES of the
12 | SHOP IRONWORKERS LOCAL 790 PENSION        **SPECIAL INTERROGATORIES, SET
   | TRUST; and MICHAEL NEWINGTON as           ONE, TO DEFENDANT CHARLES A.
13 | Trustee,                                  BOCK**

14 |          Plaintiffs,                       **[FRCP Rules 33 and 69; C.C.P. §708.020]**

15 | vs.

16 | COFAB STEEL CORPORATION, ARCMATIC
   | INTEGRATED SYSTEMS, INC.; CHARLES A.
17 | BOCK and IRMA BOCK,

18 |          Defendants.

19

20 PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.

21 RESPONDING PARTY: Defendant CHARLES A. BOCK

22 SET NUMBER: One (1)

23         Pursuant to the Federal Rules of Civil Procedure Rules 33 and 69 and California Code of Civil

24 Procedure §708.020, Plaintiffs by their attorneys request that Defendant CHARLES A. BOCK,

25 respond under oath to each of the following Special Interrogatories in accordance with the definitions

26 and instructions set forth below, within the time set forth by the Federal Rules of Civil Procedure.

27

28
                                        -1-
                                                       SPECIAL INTERROGATORIES, SET ONE

# DEFINITIONS AND INSTRUCTIONS

1.    "Communication(s)" as used herein shall mean, without limitation, any transfer of information, written, oral, or by any means, or any record or recording of any such transfer.

2.    "Person(s)" as used herein shall mean, without limitation, a natural person, corporation, limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or other business enterprise or legal entity and includes both the singular and plural.

3.    The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility vehicle, van, truck, airplane, boat, and yacht.

4.    Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating," "involving," "evidencing," or "referring" shall be defined to include the common meanings of all those terms, and shall include indirect as well as direct references to the subject mater set forth herein.

5.    The terms "identify" and "describe:"

    (a)    When used with reference to a natural person, shall mean, without limitation, to state the person's full name (including current and all former names), present or last known address, present or last known position or business affiliation, position or business affiliation at the time in question, and a general description of the business in which the person is engaged.

    (b)    When used with reference to a corporation, partnership, association, joint venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to state its full name and/or trade name, address, organization form, and a brief description of the functions and activities in which such entity is engaged.

6.    In addition to definitions otherwise applicable, the following definitions also apply to these interrogatories:

    (a)    Any reference to a party shall include, where applicable, its corporate parents, subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.

-2-

SPECIAL INTERROGATORIES, SET ONE

(b)    "Complaint" shall mean Plaintiffs' Complaint in this matter.

(c)    "Answer" shall mean Defendants' Answer to Complaint in this matter.

(d)    "Defendants" shall mean COFAB, ARCMATIC, CHARLES A. BOCK and IRMA BOCK unless otherwise specified.

7.    Unless otherwise specified, the terms employed herein shall have the same definitions as set forth in Complaint.

8.    All references to the masculine gender contained herein shall be deemed to include the appropriate feminine or neuter genders.

9.    If, in answering these Special Interrogatories or any of them, respondent encounters any ambiguity with respect to any interrogatory or any definition or instruction contained herein, respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used to answer the interrogatories.

## REQUESTS

1.    Please describe the type(s) of business COFAB has operated since January 1, 2003.

2.    Please describe the type(s) of business ARCMATIC has operated since January 1, 2003.

3.    Please describe the type(s) of business Allen Bock Investments has operated since January 1, 2003.

4.    Please describe the type(s) of business United Properties, LLC has operated since January 1, 2003.

5.    Please identify the location(s) where COFAB has conducted business since January 1, 2003.

6.    Please identify the location(s) where ARCMATIC has conducted business since January 1, 2003.

-3-

SPECIAL INTERROGATORIES, SET ONE

7.    Please identify the location(s) where Allen Bock Investments has conducted business since January 1, 2003.

8.    Please identify the location(s) where United Properties, LLC has conducted business since January 1, 2003.

9.    Please identify the amount(s) of all capital, if any, invested in COFAB by CHARLES A. BOCK since January 2, 1981.

10.    Please identify the amount(s) of all capital, if any, invested in ARCMATIC by CHARLES A. BOCK since February 16, 1994.

11.    Please identify the amount(s) of all capital, if any, invested in COFAB by IRMA BOCK since January 2, 1981.

12.    Please identify the amount(s) of all capital, if any, invested in ARCMATIC by IRMA BOCK since February 16, 1994.

13.    Please identify the amount(s) of all distributions, if any, made to CHARLES A. BOCK by COFAB since January 2, 1981.

14.    Please identify the amount(s) of all distributions, if any, made to CHARLES A. BOCK by ARCMATIC since February 16, 1994.

15.    Please identify the annual salary provided to CHARLES A. BOCK by COFAB since January 2, 1981.

16.    Please identify the annual salary provided to CHARLES A. BOCK by ARCMATIC since February 16, 1994.

17.    Please identify the date(s) and amount(s) of royalties, if any, received by ARCMATIC in connection with ARCMATIC inventions, including, but not limited to, the vertaslag or eltroslag systems.

18.    Please identify all creditors of COFAB to whom COFAB is indebted as of January 1,

1    2003, and the amount owed to each creditor.

2        19.    Please identify all creditors of ARCMATIC to whom ARCMATIC is indebted as of

3    January 1, 2003, and the amount owed to each creditor. .

4        20.    Please identify all creditors of COFAB who are indebted to COFAB as of January 1,

5    2003, and the amount owed by each creditor.

6

7        21.    Please identify all creditors of ARCMATIC who are indebted to ARCMATIC as of

8    January 1, 2003, and the amount owed by each creditor.

9        22.    Please identify all real property, located in the United States of America or any foreign

10    country, in which COFAB had or has an interest as of January 1, 2003.

11        23.    Please identify all real property, located in the United States of America or any foreign

12    country, in which ARMACTIC had or has an interest as of January 1, 2003.

13        24.    Please identify all real property, located in the United States of America or any foreign

14

15    country, in which CHARLES A. BOCK had or has an interest, including as a beneficiary of a trust, as

16    of January 1, 2003.

17        25.    Please identify all real property, located in the United States of America or any foreign

18    country, in which IRMA BOCK had or has an interest, including as a beneficiary of a trust, as of

19    January 1, 2003.

20        26.    Please identify all real property, located in the United States of America or any foreign

21

22    country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

23        27.    Please identify all real property, located in the United States of America or any foreign

24    country, in which Erick Bock had or has an interest as of January 1, 2003.

25        28.    Please identify all Person(s) to whom COFAB sold or transferred any interest in any

26    real property, located in the United States of America or any foreign country, from January 1, 2003, to

27    the present.

28

SPECIAL INTERROGATORIES, SET ONE

29.    Please identify all Person(s) to whom ARCMATIC sold or transferred any interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

30.    Please identify all Person(s) including, but not limited, to Erick Bock or other relatives, to whom CHARLES A. BOCK sold or transferred any interest in any real property, located in the United States of America or any foreign country, at any time from January 1, 2003, to the present.

31.    Please identify all Person(s) including, but not limited, to Erick Bock or other relatives, to whom IRMA BOCK sold or transferred any interest in any real property, located in the United States of America or any foreign country, at any time from January 1, 2003, to the present.

32.    Please identify all real property in the possession of control of Erick Bock in which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at any time since January 1, 2003, to the present.

33.    Please identify all Person(s) to whom Allen Bock Investments sold or transferred any interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

34.    Please identify all owners of real property located at **100 Tartan Way, Fairfield, California,** since January 1, 2003.

35.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **100 Tartan Way, Fairfield, California,** since January 1, 2003.

36.    Please identify all owners of real property located at **1667 Marine World Parkway, Vallejo, California,** since January 1, 2003.

37.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1667 Marine World Parkway, Vallejo, California,** since January 1, 2003.

SPECIAL INTERROGATORIES, SET ONE

38.    Please identify all owners of real property located at **1687 Marine World Parkway, Vallejo, California,** since January 1, 2003.

39.    Please identify all owners of real property located at **1971 Broadway, Vallejo, California,** since January 1, 2003.

40.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1971 Broadway, Vallejo, California,** since January 1, 2003.

41.    Please identify all owners of real property located at **1957 Broadway, Vallejo, California,** since January 1, 2003.

42.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1957 Broadway, Vallejo, California,** since January 1, 2003.

43.    Please identify all Person(s) to whom Allen Bock Investments sold or transferred real property located at **1957 Broadway, Vallejo, California,** since January 1, 2003.

44.    Please identify all owners of real property located at **613 Gallery Court, Fairfield, California,** since January 1, 2003.

45.    Please identify all owners of real property located at **2355 Parish Drive, Walnut Creek, California,** since January 1, 2003.

46.    Please identify all business entities, operating in the United States of America or in any foreign country, in which CHARLES A. BOCK had or has an interest as of January 1, 2003.

47.    Please identify all business entities, operating in the United States of America operating in any foreign country, in which IRMA BOCK had or has an interest as of January 1, 2003.

48.    Please identify all business entities, operating in the United States of America operating in any foreign country, in which Erick Bock had or has an interest as of January 1, 2003.

49.    Please identify the date(s) of any transfer of interests in any domestic or foreign business entity to any Person(s) by CHARLES A. BOCK from January 1, 2003, to the present.

-7-

50. Please identify the date(s) of any transfer of interests in any domestic or foreign business entity to any Person(s) by IRMA BOCK from January 1, 2003, to the present.

51. Please specify any interest CHARLES A. BOCK has or had in United Properties, LLC since January 1, 2003.

52. Please specify any interest IRMA BOCK has or had in United Properties, LLC since January 1, 2003.

53. Please specify the interest Erick Bock has or had in United Properties, LLC since January 1, 2003.

54. Please identify all assets valued at over $250 of United Properties, LLC from January 1, 2003, to the present.

55. Please identify all assets valued at over $250 transferred by COFAB and/or ARCMATIC to United Properties, LLC from January 1, 2003, to the present.

56. Please identify all assets valued at over $250 sold or transferred by CHARLES A. BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the present.

57. Please identify all fictitious business names used by COFAB from January 1, 2003, to the present.

58. Please identify all fictitious business names used by ARCMATIC from January 1, 2003, to the present.

59. Please identify all fictitious business names used by CHARLES A. BOCK from January 1, 2003, to the present.

60. Please identify all fictitious business names used by IRMA BOCK from January 1, 2003, to the present.

61. Please identify all Person(s) with whom CHARLES A. BOCK operated a partnership, if any, from January 1, 2003, to the present.

SPECIAL INTERROGATORIES, SET ONE

62.   Please identify all Person(s) with whom IRMA BOCK operated a partnership, if any, from January 1, 2003, to the present.

63.   Please specify the interest CHARLES A. BOCK has or had in Allen Bock Investments since January 1, 2003.

64.   Please specify the interest IRMA BOCK has or had in Allen Bock Investments since January 1, 2003.

65.   Please specify the interest Erick Bock has or had in Allen Bock Investments since January 1, 2003.

66.   Please specify the interest Robert Wayne Allen has or had in Allen Bock Investments since January 1, 2003.

67.   Please identify all assets valued at over $250 owned by Allen Bock Investments from January 1, 2003, to the present.

68.   Please identify all assets valued at over $250 transferred by COFAB and/or ARCMATIC to Allen Bock Investments from January 1, 2003, to the present.

69.   Please identify all assets valued at over $250 sold or transferred by CHARLES A. BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the present.

70.   Please specify all salaries or wages received by CHARLES A. BOCK from any source since January 1, 2003.

71.   Please specify all salaries or wages received by IRMA BOCK from any source since January 1, 2003.

72.   Please identify the occupation(s) of CHARLES A. BOCK from January 1, 2003, to the present.

73.   Please identify the occupation(s) of IRMA BOCK from January 1, 2003, to the present.

74.   Please identify any future employment prospects for CHARLES A. BOCK.

SPECIAL INTERROGATORIES, SET ONE

75.    Please identify any future employment prospects for IRMA BOCK.

76.    Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

77.    Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

78.    Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

79.    Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which IRMA BOCK is or was an account holder from January 1, 2003, to the present.

80.    Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

81.    Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

82.    Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

83.    Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which IRMA BOCK is

SPECIAL INTERROGATORIES, SET ONE

or was an account holder from January 1, 2003, to the present.

84. Please identify the location and content of all safe deposit boxes kept by any financial institution, located in the United States of America or any foreign country, to which CHARLES A. BOCK had or has access as of January 1, 2003.

85. Please identify the location and content of all safe deposit boxes kept by any financial institution, located in the United States of America or any foreign country, to which IRMA BOCK had or has access as of January 1, 2003.

86. Please identify all equipment valued at over $250 owned by COFAB from January 1, 2003, to the present.

87. Please identify all equipment valued at over $250 owned by ARCMATIC from January 1, 2003, to the present.

88. Please identify all Vehicles owned by COFAB from January 1, 2003, to the present.

89. Please identify all Vehicles owned by ARCMATIC from January 1, 2003, to the present.

90. Please identify all Vehicles owned by CHARLES A. BOCK from January 1, 2003, to the present.

91. Please identify all Vehicles owned by IRMA BOCK from January 1, 2003, to the present.

92. Please identify all Vehicles sold or transferred to Erick Bock by CHARLES A. BOCK and/or IRMA at any time from January 1, 2003, to the present.

93. Please identify all personal property valued at over $250 owned, sold and/or transferred by CHARLES A. BOCK to any Person(s), including but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the present.

94. Please identify all personal property valued at over $250 owned, sold and/or transferred

SPECIAL INTERROGATORIES, SET ONE

by IRMA BOCK to any Person(s), including but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the present.

95.    Please identify all personal property valued at over $250 in the possession or control of Erick Bock in which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at any time since January 1, 2003, to the present.

96.    Please describe all jewelry valued at over $250 owned by CHARLES A. BOCK from January 1, 2003, to the present.

97.    Please describe all jewelry valued at over $250 owned by IRMA BOCK from January 1, 2003, to the present.

98.    All Documents relating to any property, real or personal, inherited by CHARLES A. BOCK from January 1, 2003, to the present.

99.    All Documents relating to any property, real or personal, inherited by IRMA BOCK at from January 1, 2003, to the present

100.    Please identify the estate(s) of any deceased Person(s) in which CHARLES A. BOCK has or had an interest.

101.    Please identify the estate(s) of any deceased Person(s) in which IRMA BOCK has or had an interest.

102.    Please describe any property, real or personal, that CHARLES A. BOCK is entitled to inherit in the future.

103.    Please describe any property, real or personal, that IRMA BOCK is entitled to inherit in the future.

104.    Please describe any property, real or personal, that Erick Bock is entitled to inherit in the future from CHARLES A. BOCK and/or IRMA BOCK.

105.    Has a will been prepared by CHARLES A. BOCK or on behalf of CHARLES A.

-12-

1    BOCK at any time?

2         106.   If the response to Interrogatory No. 102, above, is anything other than an unqualified

3    no, please describe the date(s), asset(s), and beneficiaries in connection with the will.

4         107.   Has a will been prepared by IRMA BOCK or on behalf of IRMA BOCK at any time?

5         108.   If the response to Interrogatory No. 104, above, is anything other than an unqualified

6
7    no, please describe the date(s), asset(s), and beneficiaries in connection with the will.

8         109.   Has a will been prepared by Erick Bock or on behalf of Erick Bock at any time?

9         110.   If the response to Interrogatory No. 106, above, is anything other than an unqualified

10   no, please describe the date(s), asset(s), and beneficiaries in connection with the will.

11        111.   Please describe all insurance policies effective at any time from January 1, 2003, to

12   the present relating to CHARLES A. BOCK, including, but not limited to, type of policy, term of

13
14   policy, amount(s) of coverage, and any beneficiaries.

15        112.   Please describe all insurance policies effective at any time from January 1, 2003, to

16   the present relating to IRMA BOCK, including, but not limited to, type of policy, term of policy,

17   amount(s) of coverage, and any beneficiaries.

18        113.   Please describe all insurance policies effective at any time from January 1, 2003, to the

19   present relating to COFAB, including, but not limited to, type of policy, term of policy, amount(s) of

20   coverage, and any beneficiaries.

21
22        114.   Please describe all insurance policies effective at any time from January 1, 2003, to the

23   present relating to ARCMATIC, including, but not limited to, type of policy, term of policy,

24   amount(s) of coverage, and any beneficiaries.

25        115.   Please specify the amount(s) of any payments received by CHARLES A. BOCK in

26   connection with any insurance policy since January 1, 2003.

27        116.   Please specify the date(s) and amount(s) of any payments received by IRMA BOCK in

28

-13-

1    connection with any insurance policy since January 1, 2003.

2        117.    Please specify the date(s) and amount(s) of any payments received by COFAB in

3    connection with any insurance policy since January 1, 2003.

4        118.    Please specify the date(s) and amount(s) of any payments received by ARCMATIC in

5    connection with any insurance policy since January 1, 2003.

6

7        119.    Please identify all Person(s) to whom CHARLES A. BOCK is or was indebted as of

8    January 1, 2003.

9        120.    Please identify all Person(s) to whom IRMA BOCK is or was indebted as of January 1,

10   2003.

11       121.    Please identify all Person(s) who are or were indebted to CHARLES A. BOCK as of

12   January 1, 2003.

13       122.    Please identify all Person(s) who are or were indebted to IRMA BOCK as of January 1,

14   2003.

15

16       123.    Please identify all lawsuits, other than the instant action, to which CHARLES A.

17   BOCK has been a party at any time.

18       124.    Please identify all lawsuits, other than the instant action, to which IRMA BOCK has

19   been a party at any time.

20       125.    Please identify all lawsuits, other than the instant action, to which COFAB has been a

21   party at any time.

22

23       126.    Please identify all lawsuits, other than the instant action, to which ARCMATIC has

24   been a party at any time.

25       127.    Please specify the amount(s) judgments, if any, entered against any Person(s) in favor

26   of CHARLES A. BOCK.

27       128.    Please specify the amount(s) judgments, if any, entered against any Person(s) in favor

28

-14-

1  of IRMA BOCK.

2       129.   Please specify the amount(s) judgments, if any, entered against any Person(s) in favor

3  of COFAB.

4       130.   Please specify the amount(s) judgments, if any, entered against any Person(s) in favor

5  of ARCMATIC.

6

7       131.   Please identify all Person(s) from whom COFAB obtained advice regarding financial

8  matters since January 1, 2003.

9       132.   Please identify all Person(s) from whom ARCMATIC obtained advice regarding

10  financial matters since January 1, 2003.

11       133.   Please identify all Person(s) from whom CHARLES A. BOCK obtained advice

12  regarding financial matters since January 1, 2003.

13

14       134.   Please identify all Person(s) from whom IRMA BOCK obtained advice regarding

15  financial matters since January 1, 2003.

16       135.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other

17  advisors or agents of COFAB from January 1, 2003, to the present.

18       136.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other

19  advisors or agents of ARCMATIC from January 1, 2003, to the present.

20

21       137.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other

22  advisors or agents of CHARLES A. BOCK from January 1, 2003, to the present.

23       138.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other

24  advisors or agents of IRMA BOCK from January 1, 2003, to the present.

25       139.   Please identify all children (biological, adopted and stepchildren) of CHARLES A.

26  BOCK.

27       140.   Please identify all children (biological, adopted and stepchildren) of IRMA BOCK.

28

-15-

1    141.    Please identify the grandchildren of CHARLES A. BOCK.

2    142.    Please identify the grandchildren of IRMA BOCK.

3    143.    Please identify the parents of CHARLES A. BOCK.

4    144.    Please identify the parents of IRMA BOCK.

5    145.    Please identify the siblings of CHARLES A. BOCK.

6

7    146.    Please identify the siblings of IRMA BOCK.

8    Dated: April 11, 2008                    SALTZMAN & JOHNSON LAW CORPORATION

9

10

11                                           Shaamini A. Babu
                                             Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-16-

SPECIAL INTERROGATORIES, SET ONE

1  RICHARD C. JOHNSON (SBN 40881)
   ISAIAH B. ROTER (SBN 82743)
2  MICHELE R. STAFFORD (SBN 172509)
   SHAAMINI A. BABU (SBN 230704)
3  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
4  San Francisco, CA 94105
   (415) 882-7900
5  (415) 882-7900 - Facsimile
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SHOP IRONWORKERS LOCAL 790 PENSION      CASE NO.: C 07-2500 JSW
   TRUST; JOINT BOARD OF TRUSTEES of the
12 SHOP IRONWORKERS LOCAL 790 PENSION      **SPECIAL INTERROGATORIES, SET**
   TRUST; and MICHAEL NEWINGTON as         **ONE, TO DEFENDANT IRMA BOCK**
13 Trustee,
                                           **[FRCP Rules 33 and 69; C.C.P. §708.020]**
14      Plaintiffs,

15 vs.

16 COFAB STEEL CORPORATION, ARCMATIC
   INTEGRATED SYSTEMS, INC.; CHARLES A.
17 BOCK and IRMA BOCK,

18      Defendants.

19

20 PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.

21 RESPONDING PARTY: Defendant IRMA BOCK

22 SET NUMBER: One (1)

23      Pursuant to the Federal Rules of Civil Procedure Rules 33 and 69 and California Code of Civil

24 Procedure §708.020, Plaintiffs by their attorneys request that Defendant IRMA BOCK, respond under

25 oath to each of the following Special Interrogatories in accordance with the definitions and

26 instructions set forth below, within the time set forth by the Federal Rules of Civil Procedure.

27

28

-1-

SPECIAL INTERROGATORIES, SET ONE

# DEFINITIONS AND INSTRUCTIONS

1.    "Communication(s)" as used herein shall mean, without limitation, any transfer of information, written, oral, or by any means, or any record or recording of any such transfer.

2.    "Person(s)" as used herein shall mean, without limitation, a natural person, corporation, limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or other business enterprise or legal entity and includes both the singular and plural.

3.    The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility vehicle, van, truck, airplane, boat, and yacht.

4.    Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating," "involving," "evidencing," or "referring" shall be defined to include the common meanings of all those terms, and shall include indirect as well as direct references to the subject mater set forth herein.

5.    The terms "identify" and "describe:"

    (a)    When used with reference to a natural person, shall mean, without limitation, to state the person's full name (including current and all former names), present or last known address, present or last known position or business affiliation, position or business affiliation at the time in question, and a general description of the business in which the person is engaged.

    (b)    When used with reference to a corporation, partnership, association, joint venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to state its full name and/or trade name, address, organization form, and a brief description of the functions and activities in which such entity is engaged.

6.    In addition to definitions otherwise applicable, the following definitions also apply to these interrogatories:

    (a)    Any reference to a party shall include, where applicable, its corporate parents, subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.

SPECIAL INTERROGATORIES, SET ONE

1    (b)    "Complaint" shall mean Plaintiffs' Complaint in this matter.

2    (c)    "Answer" shall mean Defendants' Answer to Complaint in this matter.

3    (d)    "Defendants" shall mean COFAB, ARCMATIC, CHARLES A. BOCK and

4    IRMA BOCK unless otherwise specified.

5    7.    Unless otherwise specified, the terms employed herein shall have the same definitions

6    as set forth in Complaint.

7

8    8.    All references to the masculine gender contained herein shall be deemed to include the

9    appropriate feminine or neuter genders.

10    9.    If, in answering these Special Interrogatories or any of them, respondent encounters

11    any ambiguity with respect to any interrogatory or any definition or instruction contained herein,

12    respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used

13    to answer the interrogatories.

14

15                                    **REQUESTS**

16    1.    Please describe the type(s) of business COFAB has operated since January 1, 2003.

17    2.    Please describe the type(s) of business ARCMATIC has operated since January 1,

18    2003.

19    3.    Please describe the type(s) of business Allen Bock Investments has operated since

20    January 1, 2003.

21    4.    Please describe the type(s) of business United Properties, LLC has operated since

22

23    January 1, 2003.

24    5.    Please identify the location(s) where COFAB has conducted business since January 1,

25    2003.

26    6.    Please identify the location(s) where ARCMATIC has conducted business since

27    January 1, 2003.

28

SPECIAL INTERROGATORIES, SET ONE

7. Please identify the location(s) where Allen Bock Investments has conducted business since January 1, 2003.

8. Please identify the location(s) where United Properties, LLC has conducted business since January 1, 2003.

9. Please identify the amount(s) of all capital, if any, invested in COFAB by CHARLES A. BOCK since January 2, 1981.

10. Please identify the amount(s) of all capital, if any, invested in ARCMATIC by CHARLES A. BOCK since February 16, 1994.

11. Please identify the amount(s) of all capital, if any, invested in COFAB by IRMA BOCK since January 2, 1981.

12. Please identify the amount(s) of all capital, if any, invested in ARCMATIC by IRMA BOCK since February 16, 1994.

13. Please identify the amount(s) of all distributions, if any, made to CHARLES A. BOCK by COFAB since January 2, 1981.

14. Please identify the amount(s) of all distributions, if any, made to CHARLES A. BOCK by ARCMATIC since February 16, 1994.

15. Please identify the annual salary provided to CHARLES A. BOCK by COFAB since January 2, 1981.

16. Please identify the annual salary provided to CHARLES A. BOCK by ARCMATIC since February 16, 1994.

17. Please identify the date(s) and amount(s) of royalties, if any, received by ARCMATIC in connection with ARCMATIC inventions, including, but not limited to, the vertaslag or eltroslag systems.

18. Please identify all creditors of COFAB to whom COFAB is indebted as of January 1,

SPECIAL INTERROGATORIES, SET ONE

1 | 2003, and the amount owed to each creditor.

2 |    19.    Please identify all creditors of ARCMATIC to whom ARCMATIC is indebted as of

3 | January 1, 2003, and the amount owed to each creditor. .

4 |    20.    Please identify all creditors of COFAB who are indebted to COFAB as of January 1,

5 |
6 | 2003, and the amount owed by each creditor.

7 |    21.    Please identify all creditors of ARCMATIC who are indebted to ARCMATIC as of

8 | January 1, 2003, and the amount owed by each creditor.

9 |    22.    Please identify all real property, located in the United States of America or any foreign

10 | country, in which COFAB had or has an interest as of January 1, 2003.

11 |    23.    Please identify all real property, located in the United States of America or any foreign

12 | country, in which ARMACTIC had or has an interest as of January 1, 2003.

13 |    24.    Please identify all real property, located in the United States of America or any foreign

14 |
15 | country, in which CHARLES A. BOCK had or has an interest, including as a beneficiary of a trust, as

16 | of January 1, 2003.

17 |    25.    Please identify all real property, located in the United States of America or any foreign

18 | country, in which IRMA BOCK had or has an interest, including as a beneficiary of a trust, as of

19 | January 1, 2003.

20 |    26.    Please identify all real property, located in the United States of America or any foreign

21 |
22 | country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

23 |    27.    Please identify all real property, located in the United States of America or any foreign

24 | country, in which Erick Bock had or has an interest as of January 1, 2003.

25 |    28.    Please identify all Person(s) to whom COFAB sold or transferred any interest in any

26 | real property, located in the United States of America or any foreign country, from January 1, 2003, to

27 | the present.

28 |

SPECIAL INTERROGATORIES, SET ONE

29.    Please identify all Person(s) to whom ARCMATIC sold or transferred any interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

30.    Please identify all Person(s) including, but not limited, to Erick Bock or other relatives, to whom CHARLES A. BOCK sold or transferred any interest in any real property, located in the United States of America or any foreign country, at any time from January 1, 2003, to the present.

31.    Please identify all Person(s) including, but not limited, to Erick Bock or other relatives, to whom IRMA BOCK sold or transferred any interest in any real property, located in the United States of America or any foreign country, at any time from January 1, 2003, to the present.

32.    Please identify all real property in the possession of control of Erick Bock in which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at any time since January 1, 2003, to the present.

33.    Please identify all Person(s) to whom Allen Bock Investments sold or transferred any interest in any real property, located in the United States of America or any foreign country, from January 1, 2003, to the present.

34.    Please identify all owners of real property located at **100 Tartan Way, Fairfield, California**, since January 1, 2003.

35.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **100 Tartan Way, Fairfield, California**, since January 1, 2003.

36.    Please identify all owners of real property located at **1667 Marine World Parkway, Vallejo, California,** since January 1, 2003.

37.    Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1667 Marine World Parkway, Vallejo, California,** since January 1, 2003.

SPECIAL INTERROGATORIES, SET ONE

38.     Please identify all owners of real property located at **1687 Marine World Parkway, Vallejo, California**, since January 1, 2003.

39.     Please identify all owners of real property located at **1971 Broadway, Vallejo, California**, since January 1, 2003.

40.     Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1971 Broadway, Vallejo, California**, since January 1, 2003.

41.     Please identify all owners of real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

42.     Please identify all Person(s) to whom CHARLES A. BOCK and IRMA BOCK sold or transferred real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

43.     Please identify all Person(s) to whom Allen Bock Investments sold or transferred real property located at **1957 Broadway, Vallejo, California**, since January 1, 2003.

44.     Please identify all owners of real property located at **613 Gallery Court, Fairfield, California**, since January 1, 2003.

45.     Please identify all owners of real property located at **2355 Parish Drive, Walnut Creek, California**, since January 1, 2003.

46.     Please identify all business entities, operating in the United States of America or in any foreign country, in which CHARLES A. BOCK had or has an interest as of January 1, 2003.

47.     Please identify all business entities, operating in the United States of America operating in any foreign country, in which IRMA BOCK had or has an interest as of January 1, 2003.

48.     Please identify all business entities, operating in the United States of America operating in any foreign country, in which Erick Bock had or has an interest as of January 1, 2003.

49.     Please identify the date(s) of any transfer of interests in any domestic or foreign business entity to any Person(s) by CHARLES A. BOCK from January 1, 2003, to the present.

SPECIAL INTERROGATORIES, SET ONE

50.    Please identify the date(s) of any transfer of interests in any domestic or foreign business entity to any Person(s) by IRMA BOCK from January 1, 2003, to the present.

51.    Please specify any interest CHARLES A. BOCK has or had in United Properties, LLC since January 1, 2003.

52.    Please specify any interest IRMA BOCK has or had in United Properties, LLC since January 1, 2003.

53.    Please specify the interest Erick Bock has or had in United Properties, LLC since January 1, 2003.

54.    Please identify all assets valued at over $250 of United Properties, LLC from January 1, 2003, to the present.

55.    Please identify all assets valued at over $250 transferred by COFAB and/or ARCMATIC to United Properties, LLC from January 1, 2003, to the present.

56.    Please identify all assets valued at over $250 sold or transferred by CHARLES A. BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the present.

57.    Please identify all fictitious business names used by COFAB from January 1, 2003, to the present.

58.    Please identify all fictitious business names used by ARCMATIC from January 1, 2003, to the present.

59.    Please identify all fictitious business names used by CHARLES A. BOCK from January 1, 2003, to the present.

60.    Please identify all fictitious business names used by IRMA BOCK from January 1, 2003, to the present.

61.    Please identify all Person(s) with whom CHARLES A. BOCK operated a partnership, if any, from January 1, 2003, to the present.

-8-

SPECIAL INTERROGATORIES, SET ONE

62. Please identify all Person(s) with whom IRMA BOCK operated a partnership, if any, from January 1, 2003, to the present.

63. Please specify the interest CHARLES A. BOCK has or had in Allen Bock Investments since January 1, 2003.

64. Please specify the interest IRMA BOCK has or had in Allen Bock Investments since January 1, 2003.

65. Please specify the interest Erick Bock has or had in Allen Bock Investments since January 1, 2003.

66. Please specify the interest Robert Wayne Allen has or had in Allen Bock Investments since January 1, 2003.

67. Please identify all assets valued at over $250 owned by Allen Bock Investments from January 1, 2003, to the present.

68. Please identify all assets valued at over $250 transferred by COFAB and/or ARCMATIC to Allen Bock Investments from January 1, 2003, to the present.

69. Please identify all assets valued at over $250 sold or transferred by CHARLES A. BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the present.

70. Please specify all salaries or wages received by CHARLES A. BOCK from any source since January 1, 2003.

71. Please specify all salaries or wages received by IRMA BOCK from any source since January 1, 2003.

72. Please identify the occupation(s) of CHARLES A. BOCK from January 1, 2003, to the present.

73. Please identify the occupation(s) of IRMA BOCK from January 1, 2003, to the present.

74. Please identify any future employment prospects for CHARLES A. BOCK.

SPECIAL INTERROGATORIES, SET ONE

75. Please identify any future employment prospects for IRMA BOCK.

76. Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

77. Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

78. Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

79. Please identify all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which IRMA BOCK is or was an account holder from January 1, 2003, to the present.

80. Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

81. Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

82. Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

83. Please identify all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which IRMA BOCK is

-10-

SPECIAL INTERROGATORIES, SET ONE

1    or was an account holder from January 1, 2003, to the present.

2        84.    Please identify the location and content of all safe deposit boxes kept by any financial

3    institution, located in the United States of America or any foreign country, to which CHARLES A.

4    BOCK had or has access as of January 1, 2003.

5        85.    Please identify the location and content of all safe deposit boxes kept by any financial

6    institution, located in the United States of America or any foreign country, to which IRMA BOCK had

7    or has access as of January 1, 2003.

8        86.    Please identify all equipment valued at over $250 owned by COFAB from January 1,

9    2003, to the present.

10        87.    Please identify all equipment valued at over $250 owned by ARCMATIC from January

11    1, 2003, to the present.

12        88.    Please identify all Vehicles owned by COFAB from January 1, 2003, to the present.

13        89.    Please identify all Vehicles owned by ARCMATIC from January 1, 2003, to the

14    present.

15        90.    Please identify all Vehicles owned by CHARLES A. BOCK from January 1, 2003, to

16    the present.

17        91.    Please identify all Vehicles owned by IRMA BOCK from January 1, 2003, to the

18    present.

19        92.    Please identify all Vehicles sold or transferred to Erick Bock by CHARLES A. BOCK

20    and/or IRMA at any time from January 1, 2003, to the present.

21        93.    Please identify all personal property valued at over $250 owned, sold and/or transferred

22    by CHARLES A. BOCK to any Person(s), including but not limited to Erick Bock or other relatives,

23    at any time since January 1, 2003, to the present.

24        94.    Please identify all personal property valued at over $250 owned, sold and/or transferred

-11-

SPECIAL INTERROGATORIES, SET ONE

1  by IRMA BOCK to any Person(s), including but not limited to Erick Bock or other relatives, at any

2  time since January 1, 2003, to the present.

3      95.    Please identify all personal property valued at over $250 in the possession or control of

4  Erick Bock in which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at any time

5  since January 1, 2003, to the present.

6
7      96.    Please describe all jewelry valued at over $250 owned by CHARLES A. BOCK from

8  January 1, 2003, to the present.

9      97.    Please describe all jewelry valued at over $250 owned by IRMA BOCK from January

10  1, 2003, to the present.

11      98.    All Documents relating to any property, real or personal, inherited by CHARLES A.

12  BOCK from January 1, 2003, to the present.

13      99.    All Documents relating to any property, real or personal, inherited by IRMA BOCK at

14
15  from January 1, 2003, to the present

16      100.    Please identify the estate(s) of any deceased Person(s) in which CHARLES A. BOCK

17  has or had an interest.

18      101.    Please identify the estate(s) of any deceased Person(s) in which IRMA BOCK has or

19  had an interest.

20      102.    Please describe any property, real or personal, that CHARLES A. BOCK is entitled to

21
22  inherit in the future.

23      103.    Please describe any property, real or personal, that IRMA BOCK is entitled to inherit

24  in the future.

25      104.    Please describe any property, real or personal, that Erick Bock is entitled to inherit in

26  the future from CHARLES A. BOCK and/or IRMA BOCK.

27      105.    Has a will been prepared by CHARLES A. BOCK or on behalf of CHARLES A.

28

SPECIAL INTERROGATORIES, SET ONE

1 | BOCK at any time?

2 |      106.   If the response to Interrogatory No. 102, above, is anything other than an unqualified

3 | no, please describe the date(s), asset(s), and beneficiaries in connection with the will.

4 |      107.   Has a will been prepared by IRMA BOCK or on behalf of IRMA BOCK at any time?

5 |      108.   If the response to Interrogatory No. 104, above, is anything other than an unqualified

6

7 | no, please describe the date(s), asset(s), and beneficiaries in connection with the will.

8 |      109.   Has a will been prepared by Erick Bock or on behalf of Erick Bock at any time?

9 |      110.   If the response to Interrogatory No. 106, above, is anything other than an unqualified

10 | no, please describe the date(s), asset(s), and beneficiaries in connection with the will.

11 |      111.   Please describe all insurance policies effective at any time from January 1, 2003, to

12 | the present relating to CHARLES A. BOCK, including, but not limited to, type of policy, term of

13

14 | policy, amount(s) of coverage, and any beneficiaries.

15 |      112.   Please describe all insurance policies effective at any time from January 1, 2003, to

16 | the present relating to IRMA BOCK, including, but not limited to, type of policy, term of policy,

17 | amount(s) of coverage, and any beneficiaries.

18 |      113.   Please describe all insurance policies effective at any time from January 1, 2003, to the

19 | present relating to COFAB, including, but not limited to, type of policy, term of policy, amount(s) of

20 | coverage, and any beneficiaries.

21

22 |      114.   Please describe all insurance policies effective at any time from January 1, 2003, to the

23 | present relating to ARCMATIC, including, but not limited to, type of policy, term of policy,

24 | amount(s) of coverage, and any beneficiaries.

25 |      115.   Please specify the amount(s) of any payments received by CHARLES A. BOCK in

26 | connection with any insurance policy since January 1, 2003.

27 |      116.   Please specify the date(s) and amount(s) of any payments received by IRMA BOCK in

28

SPECIAL INTERROGATORIES, SET ONE

connection with any insurance policy since January 1, 2003.

117.    Please specify the date(s) and amount(s) of any payments received by COFAB in connection with any insurance policy since January 1, 2003.

118.    Please specify the date(s) and amount(s) of any payments received by ARCMATIC in connection with any insurance policy since January 1, 2003.

119.    Please identify all Person(s) to whom CHARLES A. BOCK is or was indebted as of January 1, 2003.

120.    Please identify all Person(s) to whom IRMA BOCK is or was indebted as of January 1, 2003.

121.    Please identify all Person(s) who are or were indebted to CHARLES A. BOCK as of January 1, 2003.

122.    Please identify all Person(s) who are or were indebted to IRMA BOCK as of January 1, 2003.

123.    Please identify all lawsuits, other than the instant action, to which CHARLES A. BOCK has been a party at any time.

124.    Please identify all lawsuits, other than the instant action, to which IRMA BOCK has been a party at any time.

125.    Please identify all lawsuits, other than the instant action, to which COFAB has been a party at any time.

126.    Please identify all lawsuits, other than the instant action, to which ARCMATIC has been a party at any time.

127.    Please specify the amount(s) judgments, if any, entered against any Person(s) in favor of CHARLES A. BOCK.

128.    Please specify the amount(s) judgments, if any, entered against any Person(s) in favor

SPECIAL INTERROGATORIES, SET ONE

of IRMA BOCK.

129.   Please specify the amount(s) judgments, if any, entered against any Person(s) in favor of COFAB.

130.   Please specify the amount(s) judgments, if any, entered against any Person(s) in favor of ARCMATIC.

131.   Please identify all Person(s) from whom COFAB obtained advice regarding financial matters since January 1, 2003.

132.   Please identify all Person(s) from whom ARCMATIC obtained advice regarding financial matters since January 1, 2003.

133.   Please identify all Person(s) from whom CHARLES A. BOCK obtained advice regarding financial matters since January 1, 2003.

134.   Please identify all Person(s) from whom IRMA BOCK obtained advice regarding financial matters since January 1, 2003.

135.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other advisors or agents of COFAB from January 1, 2003, to the present.

136.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other advisors or agents of ARCMATIC from January 1, 2003, to the present.

137.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other advisors or agents of CHARLES A. BOCK from January 1, 2003, to the present.

138.   Please identify the attorney(s), accountant(s), bookkeeper(s), consultant(s) and other advisors or agents of IRMA BOCK from January 1, 2003, to the present.

139.   Please identify all children (biological, adopted and stepchildren) of CHARLES A. BOCK.

140.   Please identify all children (biological, adopted and stepchildren) of IRMA BOCK.

SPECIAL INTERROGATORIES, SET ONE

141. Please identify the grandchildren of CHARLES A. BOCK.

142. Please identify the grandchildren of IRMA BOCK.

143. Please identify the parents of CHARLES A. BOCK.

144. Please identify the parents of IRMA BOCK.

145. Please identify the siblings of CHARLES A. BOCK.

146. Please identify the siblings of IRMA BOCK.

Dated: April 11, 2008                    SALTZMAN & JOHNSON LAW CORPORATION

Shaamini A. Babu
Attorneys for Plaintiffs

-16-

SPECIAL INTERROGATORIES, SET ONE