# EXHIBIT A-2

1  RICHARD C. JOHNSON (SBN 40881)
   ISAIAH B. ROTER (SBN 82743)
2  MICHELE R. STAFFORD (SBN 172509)
   SHAAMINI A. BABU (SBN 230704)
3  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
4  San Francisco, CA 94105
   (415) 882-7900
5  (415) 882-7900 - Facsimile
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SHOP IRONWORKERS LOCAL 790 PENSION        CASE NO.: C 07-2500 JSW
    TRUST; JOINT BOARD OF TRUSTEES of the
11  SHOP IRONWORKERS LOCAL 790 PENSION        **DEMAND FOR INSPECTION OF**
    TRUST; and MICHAEL NEWINGTON as           **DOCUMENTS, SET ONE, TO**
12  Trustee,                                  **DEFENDANT COFAB STEEL**
                                              **CORPORATION**
13         Plaintiffs,
                                              **[FRCP Rules 34 and 69; C.C.P. §708.030]**
14  vs.

15  COFAB STEEL CORPORATION, ARCMATIC
    INTEGRATED SYSTEMS, INC.; CHARLES A.
16  BOCK and IRMA BOCK,

17         Defendants.

18
    PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.
19
    RESPONDING PARTY: Defendant COFAB STEEL CORPORATION
20
    SET NUMBER: One (1)
21
           Pursuant to the Federal Rules of Civil Procedure Rules 34 and 69, and California Code of Civil
22
    Procedure §708.030, Plaintiffs by their attorneys demand that Defendant COFAB STEEL
23
    CORPORATION ("COFAB") produce under oath each of the following documents for inspection and
24
    copying in accordance with the definitions and instructions set forth below, within the time set forth
25
    by the Federal Rules of Civil Procedure. Inspection and copying of these documents shall take place
26
    at the offices of counsel for Plaintiffs, Saltzman and Johnson Law Corporation, 120 Howard Street,
27

28
                                              -1-

1  Suite 520, San Francisco, CA 94105.

2  **DEFINITIONS AND INSTRUCTIONS**

3      1.    "Communication(s)" as used herein shall mean, without limitation, any transfer of

4  information, written, oral, or by any means, or any record or recording of any such transfer.

5      2.    "Document(s)" is used herein in the broadest sense possible and shall mean the original

6  and all non-identical copies of any written, printed, typed, photocopied, punched, filmed, microfilmed,

7

8  photographic and graphic matter of any kind or character, and any tape, record or other recorded

9  material, however produced or reproduced, in your custody, possession or control, or known by you to

10  exist, including, but not limited to, all drafts, non-identical copies, contracts, agreements, loan

11  agreements, promissory notes, options to purchase, mortgage instrument, deeds, leases, other official

12  documents and legal instruments, diaries, calendars, correspondence, communications, telegrams,

13

14  teletypes, memoranda, notes, notations, studies, books, notebooks, reports, charts, maps, transcripts of

15  testimony, electronic records, analyses, lists, letters, e-mails, envelopes, summaries, drawings, graphs,

16  bank statements, tax records, checks, check stubs, canceled checks, check registers, deposit records,

17  withdrawal records, disbursement records, payment records, maintenance records, financial

18  statements, insurance reports, insurance policies, insurance applications, licenses, filings, affidavits,

19  books of account, journals, ledgers, orders, telephone records, bills, invoices, receipts, credit card

20  receipts, worksheets, data compilations, projections, brochures and other reports.

21
22      3.    "Person(s)" as used herein shall mean, without limitation, a natural person, corporation,

23  limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or

24  other business enterprise or legal entity and includes both the singular and plural.

25      4.    The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility

26  vehicle, van, truck, airplane, boat, and yacht.

27      5.    Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating,"

28

**DEMAND FOR INSPECTION OF DOCUMENTS**

1   "involving," "evidencing," or "referring" shall be defined to include the common meanings of all

2   those terms, and shall include indirect as well as direct references to the subject mater set forth herein.

3       6.    The terms "identify" and "describe:"

4           (a)    When used with reference to a natural person, shall mean, without limitation, to

5   state the person's full name (including current and all former names), present or last known address,

6
    present or last known position or business affiliation, position or business affiliation at the time in
7
8   question, and a general description of the business in which the person is engaged.

9           (b)    When used with reference to a corporation, partnership, association, joint

10  venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to

11  state its full name and/or trade name, address, organization form, and a brief description of the

12  functions and activities in which such entity is engaged.

13
            (c)    When used with reference to a document, shall mean, without limitation, to
14
15  state the type of document, date, author, address, persons to whom copies of the document were

16  addressed or sent, its present location, the name and address of its custodian and the substance of its

17  contents.

18      7.    In addition to definitions otherwise applicable, the following definitions also apply to

19  these interrogatories:

20          (a)    Any reference to a party shall include, where applicable, its corporate parents,

21
    subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.
22
23          (b)    "Complaint" shall mean Plaintiffs' Complaint in this matter.

24          (c)    "Answer" shall mean Defendant's Answer to Complaint in this matter.

25          (d)    "Defendants" shall mean COFAB, ARCMATIC INTEGRATED SYSTEMS,

26  INC. ("ARCMATIC"), CHARLES A. BOCK and IRMA BOCK unless otherwise specified.

27      8.    Unless otherwise specified, the terms employed herein shall have the same definitions

28

DEMAND FOR INSPECTION OF DOCUMENTS

as set forth in Complaint.

9.    All references to the masculine gender contained herein shall be deemed to include the appropriate feminine or neuter genders.

10.    If, in answering these requests for production of documents or any of them, respondent encounters any ambiguity with respect to the request for production of documents or any definition or instruction contained herein, respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used to answer the request for production of documents.

## REQUESTS

1.    A complete copy of the stock certificates for COFAB from January 1, 2003, to the present identifying each shareholder of COFAB and the respective number of shares they each own(ed). Copies are required or a statement that they were not prepared or filed.

2.    Any written agreements between CHARLES A. BOCK and William L. Bong regarding their respective shares in COFAB.

3.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by CHARLES A. BOCK and IRMA BOCK in COFAB as of January 1, 2003.

4.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by William A. Bong in COFAB as of January 1, 2003.

5.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing distributions made to CHARLES A. BOCK by COFAB since January 1, 2003.

6.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing distributions made to William A. Bong by COFAB since January 1, 2003.

7.    All Documents evidencing the salaries paid to CHARLES A. BOCK by COFAB since January 1, 2003.

DEMAND FOR INSPECTION OF DOCUMENTS

8. All Documents evidencing the salaries paid to William A. Bong by COFAB since January 1, 2003.

9. All Documents relating to any creditors of COFAB to whom COFAB is indebted as of January 1, 2003.

10. All Documents relating to any creditors of COFAB who are indebted to COFAB as of January 1, 2003.

11. All financial statements prepared on or after January 1, 2003, relating to COFAB.

12. All accounting records for since January 1, 2003, including the general ledger, trial balance, accounts payable journal and cash disbursements journal, relating to COFAB.

13. All federal and state income tax returns for COFAB, including all supporting schedules, statements, forms and attachments filed therewith (e.g. Form 8594, Asset Acquisition Statement) for the years 2003, 2004, 2005, 2006 and 2007.

14. All Form 1099s and Form W-2s issued by COFAB for the years 2002, 2003, 2004, 2005, 2006 and 2007, with Social Security and Employer Identification numbers redacted.

15. All Form 1099s received by COFAB for the years 2003, 2004, 2005, 2006 and 2007.

16. All financial statements prepared on or after January 1, 2003, relating to Allen Bock Investments.

17. All financial statements prepared on or after January 1, 2003, relating to United Properties, LLC.

18. All Documents relating to any real property, located in the United States of America or any foreign country, in which COFAB had or has an interest as of January 1, 2003.

19. All Documents relating to any real property, located in the United States of America or any foreign country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

20. All Documents relating to all sales or transfers of interests in any real property, located

DEMAND FOR INSPECTION OF DOCUMENTS

1  in the United States of America or any foreign country, by COFAB to any Person(s) from January 1,

2  2003, to the present.

3      21.    All Documents relating to all sales or transfers of interests in any real property, located

4  in the United States of America or any foreign country, by Allen Bock Investments to any Person(s) at

5  any time since January 1, 2003, to the present.

6      22.    All Documents, including all agreements, addendums, supplements, exhibits,

7  attachments, and rent rolls, relating to the ownership, purchase, sale, transfer or leasing by COFAB,

8  ARCMATIC, CHARLES A. BOCK, IRMA BOCK, Allen Bock Investments and/or United

9  Properties, LLC at any time since January 1, 2003, to the present of the following real property:

10      (a)    100 Tartan Way, Fairfield, California;

11      (b)    1667 Marine World Parkway, Vallejo, California;

12      (c)    1687 Marine World Parkway, Vallejo, California;

13      (d)    1971 Broadway, Vallejo, California;

14      (e)    1957 Broadway, Vallejo, California;

15      23.    All Documents, including all agreements, addendums, supplements, exhibits,

16  attachments thereto, relating to the sale or transfer of real property located at **1667 Marine World**

17  **Parkway, Vallejo, California,** by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC

18  in 2005.

19      24.    All Documents, including all agreements, leases, addendums, supplements, exhibits,

20  attachments, and rent rolls, relating to the leasing of real property located at **1667 Marine World**

21  **Parkway, Vallejo, California,** by Rent-All dba All Star Rents, LLC as of January 1, 2003.

22      25.    All Documents, including all agreements, addendums, supplements, exhibits,

23  attachments thereto, relating to the sale or transfer of real property located at **1971 Broadway,**

24  **Vallejo, California,** by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC in 2005.

-6-

26. All Documents relating to any interest Allen Bock Investments had or has in real property located at **1957 Broadway, Vallejo, California**, as of January 1, 2003.

27. All Documents, including all agreements, addendums, supplements, exhibits, attachments thereto, relating to the sale or transfer of real property located at **1957 Broadway, Vallejo, California**, by Allen Bock Investments to United Properties, LLC in 2005.

28. All Documents relating to the transfer of any assets valued at over $250 by COFAB to United Properties, LLC from January 1, 2003, to the present.

29. All Documents relating to the sale or transfer of any assets valued at over $250 by CHARLES A. BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the present.

30. All Documents relating to any interest CHARLES A. BOCK has or had in Allen Bock Investments since January 1, 2003.

31. All Documents relating to any interest IRMA BOCK has or had in Allen Bock Investments since January 1, 2003.

32. All Documents relating to any interest Robert Wayne Allen has or had in Allen Bock Investments since January 1, 2003.

33. All Documents relating to the assets valued at over $250 of Allen Bock Investments from January 1, 2003, to the present.

34. All Documents relating to the sale or transfer of any assets valued at over $250 by COFAB to Allen Bock Investments from January 1, 2003, to the present.

35. All Documents relating to the sale or transfer of any assets valued at over $250 by CHARLES A. BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the present.

36. All Documents relating to fictitious business names used by COFAB from January 1,

**DEMAND FOR INSPECTION OF DOCUMENTS**

2003, to the present.

37.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

38.    All credit cards statements from January 1, 2003, to the present relating to COFAB.

39.    All Documents relating to all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

40.    All Documents relating to all equipment valued at over $250 owned by COFAB from January 1, 2003, to the present.

41.    All Documents, including but not limited to pink slips, relating to all Vehicles owned by COFAB from January 1, 2003, to the present.

42.    All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to COFAB effective at any time from January 1, 2003, to the present.

43.    All insurance policies relating to CHARLES A. BOCK effective at any time from January 1, 2003, to the present.

44.    All insurance policies relating to COFAB at any time from January 1, 2003, to the present.

45.    All Documents relating to payments received by COFAB in connection with any insurance policy from January 1, 2003, to the present.

46.    All Documents relating to any lawsuits, other than the instant action, to which COFAB has been a party at any time.

47.    All judgments entered against any Person(s) in favor of COFAB.

-8-

1    48.    All Documents relating to any bankruptcies involving COFAB.

2  Dated: April 11, 2008                               SALTZMAN & JOHNSON LAW CORPORATION

3

4                                                      Shaamini A. Babu
                                                       Attorneys for Plaintiffs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEMAND FOR INSPECTION OF DOCUMENTS**

1  RICHARD C. JOHNSON (SBN 40881)
   ISAIAH B. ROTER (SBN 82743)
2  MICHELE R. STAFFORD (SBN 172509)
   SHAAMINI A. BABU (SBN 230704)
3  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
4  San Francisco, CA 94105
   (415) 882-7900
5  (415) 882-7900 - Facsimile
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SHOP IRONWORKERS LOCAL 790 PENSION          CASE NO.: C 07-2500 JSW
   TRUST; JOINT BOARD OF TRUSTEES of the
12 SHOP IRONWORKERS LOCAL 790 PENSION          **DEMAND FOR INSPECTION OF**
   TRUST; and MICHAEL NEWINGTON as             **DOCUMENTS, SET ONE, TO**
13 Trustee,                                    **DEFENDANT ARCMATIC**
                                               **INTEGRATED SYSTEMS, INC.**
14        Plaintiffs,
                                               **[FRCP Rules 34 and 69; C.C.P. §708.030]**
15 vs.

16 COFAB STEEL CORPORATION, ARCMATIC
   INTEGRATED SYSTEMS, INC.; CHARLES A.
17 BOCK and IRMA BOCK,

18        Defendants.

19

20 PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.

21 RESPONDING PARTY: Defendant ARCMATIC INTEGRATED SYSTEMS, INC.

22 SET NUMBER: One (1)

23        Pursuant to the Federal Rules of Civil Procedure Rules 34 and 69, and California Code of Civil

24 Procedure §708.030, Plaintiffs by their attorneys demand that Defendant ARCMATIC

25 INTEGRATED SYSTEMS, INC. ("ARCMATIC") produce under oath each of the following

26 documents for inspection and copying in accordance with the definitions and instructions set forth

27 below, within the time set forth by the Federal Rules of Civil Procedure. Inspection and copying of

28

                                        -1-

1  these documents shall take place at the offices of counsel for Plaintiffs, Saltzman and Johnson Law

2  Corporation, 120 Howard Street, Suite 520, San Francisco, CA 94105.

3  ### DEFINITIONS AND INSTRUCTIONS

4      1.    "Communication(s)" as used herein shall mean, without limitation, any transfer of

5  information, written, oral, or by any means, or any record or recording of any such transfer.

6      2.    "Document(s)" is used herein in the broadest sense possible and shall mean the original

7

8  and all non-identical copies of any written, printed, typed, photocopied, punched, filmed, microfilmed,

9  photographic and graphic matter of any kind or character, and any tape, record or other recorded

10  material, however produced or reproduced, in your custody, possession or control, or known by you to

11  exist, including, but not limited to, all drafts, non-identical copies, contracts, agreements, loan

12  agreements, promissory notes, options to purchase, mortgage instrument, deeds, leases, other official

13

14  documents and legal instruments, diaries, calendars, correspondence, communications, telegrams,

15  teletypes, memoranda, notes, notations, studies, books, notebooks, reports, charts, maps, transcripts of

16  testimony, electronic records, analyses, lists, letters, e-mails, envelopes, summaries, drawings, graphs,

17  bank statements, tax records, checks, check stubs, canceled checks, check registers, deposit records,

18  withdrawal records, disbursement records, payment records, maintenance records, financial

19  statements, insurance reports, insurance policies, insurance applications, licenses, filings, affidavits,

20  books of account, journals, ledgers, orders, telephone records, bills, invoices, receipts, credit card

21  receipts, worksheets, data compilations, projections, brochures and other reports.

22

23      3.    "Person(s)" as used herein shall mean, without limitation, a natural person, corporation,

24  limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or

25  other business enterprise or legal entity and includes both the singular and plural.

26      4.    The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility

27  vehicle, van, truck, airplane, boat, and yacht.

28

-2-

DEMAND FOR INSPECTION OF DOCUMENTS

5.     Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating," "involving," "evidencing," or "referring" shall be defined to include the common meanings of all those terms, and shall include indirect as well as direct references to the subject mater set forth herein.

6.     The terms "identify" and "describe:"

(a)    When used with reference to a natural person, shall mean, without limitation, to state the person's full name (including current and all former names), present or last known address, present or last known position or business affiliation, position or business affiliation at the time in question, and a general description of the business in which the person is engaged.

(b)    When used with reference to a corporation, partnership, association, joint venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to state its full name and/or trade name, address, organization form, and a brief description of the functions and activities in which such entity is engaged.

(c)    When used with reference to a document, shall mean, without limitation, to state the type of document, date, author, address, persons to whom copies of the document were addressed or sent, its present location, the name and address of its custodian and the substance of its contents.

7.     In addition to definitions otherwise applicable, the following definitions also apply to these interrogatories:

(a)    Any reference to a party shall include, where applicable, its corporate parents, subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.

(b)    "Complaint" shall mean Plaintiffs' Complaint in this matter.

(c)    "Answer" shall mean Defendants' Answer to Complaint in this matter.

(d)    "Defendants" shall mean COFAB, ARCMATIC, CHARLES A. BOCK and IRMA BOCK unless otherwise specified.

-3-

8.    Unless otherwise specified, the terms employed herein shall have the same definitions as set forth in Complaint.

9.    All references to the masculine gender contained herein shall be deemed to include the appropriate feminine or neuter genders.

10.    If, in answering these requests for production of documents or any of them, respondent encounters any ambiguity with respect to the request for production of documents or any definition or instruction contained herein, respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used to answer the request for production of documents.

## **REQUESTS**

1.    A complete copy of the stock certificates for ARCMATIC from January 1, 2003, to the present identifying each shareholder of ARCMATIC and the respective number of shares they each own(ed). Copies are required or a statement that they were not prepared or filed.

2.    Any written agreements between CHARLES A. BOCK and William L. Bong regarding their respective shares in ARCMATIC.

3.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by CHARLES A. BOCK and IRMA BOCK in ARCMATIC as of January 1, 2003.

4.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by William A. Bong in ARCMATIC as of January 1, 2003.

5.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing that $300,000 in capital was invested by William A. Bong in ARCMATIC since 1993.

6.    All Documents, including receipts, evidencing distributions made to CHARLES A. BOCK by ARCMATIC since January 1, 2003.

7.    All Documents, including but not limited to, receipts, check stubs and bank statements,

-4-

1    evidencing distributions made to William A. Bong by ARCMATIC since January 1, 2003.

2        8.    All Documents evidencing that a salary was not paid to CHARLES A. BOCK for part

3    time work performed by CHARLES A. BOCK for ARCMATIC for the past fourteen (14) years.

4        9.    All Documents evidencing that a salary was not paid to William A. Bong by

5    ARCMATIC for full time work performed by William L. Bong for the past fourteen (14) years.

6        10.    All Documents relating to royalties, if any, received by ARCMATIC in connection

7    with ARCMATIC inventions, including, but not limited to, the vertaslag or eltroslag systems.

8

9        11.    All Documents relating to any creditors of ARCMATIC to whom ARCMATIC is

10   indebted as of January 1, 2003.

11       12.    All Documents relating to any creditors of ARCMATIC who are indebted to

12   ARCMATIC as of January 1, 2003.

13       13.    All financial statements prepared on or after January 1, 2003, relating to ARCMATIC.

14       14.    All accounting records since January 1, 2003, including the general ledger, trial

15   balance, accounts payable journal and cash disbursements journal, relating to ARCMATIC.

16

17       15.    All federal and state income tax returns for ARCMATIC, including all supporting

18   schedules, statements, forms and attachments filed therewith (e.g. Form 8594, Asset Acquisition

19   Statement) for the years 2003, 2004, 2005, 2006 and 2007.

20       16.    All Form 1099s and Form W-2s issued by ARCMATIC for the years 2003, 2004, 2005,

21   2006 and 2007, with Social Security and Employer Identification numbers redacted.

22

23       17.    All Form 1099s received by ARCMATIC for the years 2003, 2004, 2005, 2006 and

24   2007.

25       18.    All financial statements prepared on or after January 1, 2003, relating to Allen Bock

26   Investments.

27       19.    All financial statements prepared on or after January 1, 2003, relating to United

28

-5-

1  Properties, LLC.

2      20.    All Documents relating to any real property, located in the United States of America or

3  any foreign country, in which ARCMATIC had or has an interest as of January 1, 2003.

4      21.    All Documents relating to any real property, located in the United States of America or

5

6  any foreign country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

7      22.    All Documents relating to all sales or transfers of interests in any real property, located

8  in the United States of America or any foreign country, by ARCMATIC to any Person(s) from

9  January 1, 2003, to the present.

10      23.    All Documents relating to all sales or transfers of interests in any real property, located

11  in the United States of America or any foreign country, by Allen Bock Investments to any Person(s) at

12  any time since January 1, 2003, to the present.

13      24.    All Documents, including all agreements, addendums, supplements, exhibits,

14

15  attachments, and rent rolls, relating to the ownership, purchase, sale, transfer or leasing by COFAB,

16  ARCMATIC, CHARLES A. BOCK, IRMA BOCK, Allen Bock Investments and/or United

17  Properties, LLC at any time since January 1, 2003, to the present of the following real property:

18      (a)    100 Tartan Way, Fairfield, California;

19      (b)    1667 Marine World Parkway, Vallejo, California;

20      (c)    1687 Marine World Parkway, Vallejo, California;

21

22      (d)    1971 Broadway, Vallejo, California;

23      (e)    1957 Broadway, Vallejo, California;

24      25.    All Documents, including all agreements, addendums, supplements, exhibits,

25  attachments thereto, relating to the sale or transfer of real property located at **1667 Marine World**

26  **Parkway, Vallejo, California,** by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC

27  in 2005.

28

-6-

**DEMAND FOR INSPECTION OF DOCUMENTS**

1      26.    All Documents, including all agreements, leases, addendums, supplements, exhibits,

2  attachments, and rent rolls, relating to the leasing of real property located at **1667 Marine World**

3  **Parkway, Vallejo, California**, by Rent-All dba All Star Rents, LLC as of January 1, 2003.

4      27.    All Documents, including all agreements, addendums, supplements, exhibits,

5  attachments thereto, relating to the sale or transfer of real property located at **1971 Broadway,**

6

7  **Vallejo, California**, by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC in 2005.

8      28.    All Documents relating to any interest Allen Bock Investments had or has in real

9  property located at **1957 Broadway, Vallejo, California**, as of January 1, 2003.

10     29.    All Documents, including all agreements, addendums, supplements, exhibits,

11  attachments thereto, relating to the sale or transfer of real property located at **1957 Broadway,**

12  **Vallejo, California**, by Allen Bock Investments to United Properties, LLC in 2005.

13     30.    All Documents relating to the sale or transfer of any assets valued at over $250 by

14

15  ARCMATIC to United Properties, LLC from January 1, 2003, to the present.

16     31.    All Documents relating to the sale or transfer of any assets valued at over $250 by

17  CHARLES A. BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the

18  present.

19     32.    All Documents relating to any interest CHARLES A. BOCK has or had in Allen Bock

20  Investments since January 1, 2003.

21     33.    All Documents relating to any interest IRMA BOCK has or had in Allen Bock

22

23  Investments since January 1, 2003.

24     34.    All Documents relating to any interest Robert Wayne Allen has or had in Allen Bock

25  Investments since January 1, 2003.

26     35.    All Documents relating to the assets valued at over $250 of Allen Bock Investments

27  from January 1, 2003, to the present.

28

**DEMAND FOR INSPECTION OF DOCUMENTS**

36.   All Documents relating to the sale or transfer of any assets valued at over $250 by ARCMATIC to Allen Bock Investments from January 1, 2003, to the present.

37.   All Documents relating to the sale or transfer of any assets valued at over $250 by CHARLES A. BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the present.

38.   All Documents relating to fictitious business names used by ARCMATIC from January 1, 2003, to the present.

39.   All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

40.   All credit cards statements from January 1, 2003, to the present relating to ARCMATIC.

41.   All Documents relating to all investment brokerage accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

42.   All Documents relating to all equipment valued at over $250 owned by ARCMATIC from January 1, 2003, to the present.

43.   All Documents, including but not limited to pink slips, relating to all Vehicles owned by ARCMATIC from January 1, 2003, to the present.

44.   All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to ARCMATIC effective at any time from January 1, 2003, to the present.

DEMAND FOR INSPECTION OF DOCUMENTS

1    45.    All insurance policies relating to ARCMATIC at any time from January 1, 2003, to

2  the present.

3    46.    All Documents relating to payments received by ARCMATIC in connection with

4  any insurance policy from January 1, 2003, to the present.

5    47.    All Documents relating to any lawsuits, other than the instant action, to which

6

7  ARCMATIC has been a party at any time.

8    48.    All judgments entered against any Person(s) in favor of ARCMATIC.

9    49.    All Documents relating to any bankruptcies involving ARCMATIC.

10

11  Dated: April 11, 2008                    SALTZMAN & JOHNSON LAW CORPORATION

12

13

14                                          Shaamini A. Babu
                                            Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEMAND FOR INSPECTION OF DOCUMENTS

1   RICHARD C. JOHNSON (SBN 40881)
    ISAIAH B. ROTER (SBN 82743)
2   MICHELE R. STAFFORD (SBN 172509)
    SHAAMINI A. BABU (SBN 230704)
3   SALTZMAN & JOHNSON LAW CORPORATION
    120 Howard Street, Suite 520
4   San Francisco, CA  94105
    (415) 882-7900
5   (415) 882-7900 - Facsimile
    mstafford@sjlawcorp.com
6   sbabu@sjlawcorp.com

7   Attorneys for Plaintiffs

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SHOP IRONWORKERS LOCAL 790 PENSION          CASE NO.: C 07-2500 JSW
    TRUST; JOINT BOARD OF TRUSTEES of the
11  SHOP IRONWORKERS LOCAL 790 PENSION          **DEMAND FOR INSPECTION OF**
    TRUST; and MICHAEL NEWINGTON as             **DOCUMENTS, SET ONE, TO**
12  Trustee,                                    **DEFENDANT CHARLES A. BOCK**

13          Plaintiffs,                          **[FRCP Rules 34 and 69; C.C.P. §708.030]**

14  vs.

15  COFAB STEEL CORPORATION, ARCMATIC
    INTEGRATED SYSTEMS, INC.; CHARLES A.
16  BOCK and IRMA BOCK,

17          Defendants.

18
    PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.
19
    RESPONDING PARTY: Defendant CHARLES A. BOCK
20
    SET NUMBER: One (1)
21
           Pursuant to the Federal Rules of Civil Procedure Rules 34 and 69, and California Code of Civil
22
    Procedure §708.030, Plaintiffs by their attorneys demand that Defendant CHARLES A. BOCK
23
    produce under oath each of the following documents for inspection and copying in accordance with
24
    the definitions and instructions set forth below, within the time set forth by the Federal Rules of Civil
25
    Procedure.  Inspection and copying of these documents shall take place at the offices of counsel for
26
    Plaintiffs, Saltzman and Johnson Law Corporation, 120 Howard Street, Suite 520, San Francisco, CA.
27

28
                                              -1-
                                    DEMAND FOR INSPECTION OF DOCUMENTS

# DEFINITIONS AND INSTRUCTIONS

1.    "Communication(s)" as used herein shall mean, without limitation, any transfer of information, written, oral, or by any means, or any record or recording of any such transfer.

2.    "Document(s)" is used herein in the broadest sense possible and shall mean the original and all non-identical copies of any written, printed, typed, photocopied, punched, filmed, microfilmed, photographic and graphic matter of any kind or character, and any tape, record or other recorded material, however produced or reproduced, in your custody, possession or control, or known by you to exist, including, but not limited to, all drafts, non-identical copies, contracts, agreements, loan agreements, promissory notes, options to purchase, mortgage instrument, deeds, leases, other official documents and legal instruments, diaries, calendars, correspondence, communications, telegrams, teletypes, memoranda, notes, notations, studies, books, notebooks, reports, charts, maps, transcripts of testimony, electronic records, analyses, lists, letters, e-mails, envelopes, summaries, drawings, graphs, bank statements, tax records, checks, check stubs, canceled checks, check registers, deposit records, withdrawal records, disbursement records, payment records, maintenance records, financial statements, insurance reports, insurance policies, insurance applications, licenses, filings, affidavits, books of account, journals, ledgers, orders, telephone records, bills, invoices, receipts, credit card receipts, worksheets, data compilations, projections, brochures and other reports.

3.    "Person(s)" as used herein shall mean, without limitation, a natural person, corporation, limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or other business enterprise or legal entity and includes both the singular and plural.

4.    The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility vehicle, van, truck, airplane, boat, and yacht.

5.    Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating," "involving," "evidencing," or "referring" shall be defined to include the common meanings of all

-2-

DEMAND FOR INSPECTION OF DOCUMENTS

those terms, and shall include indirect as well as direct references to the subject mater set forth herein.

6.    The terms "identify" and "describe:"

(a)    When used with reference to a natural person, shall mean, without limitation, to state the person's full name (including current and all former names), present or last known address, present or last known position or business affiliation, position or business affiliation at the time in question, and a general description of the business in which the person is engaged.

(b)    When used with reference to a corporation, partnership, association, joint venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to state its full name and/or trade name, address, organization form, and a brief description of the functions and activities in which such entity is engaged.

(c)    When used with reference to a document, shall mean, without limitation, to state the type of document, date, author, address, persons to whom copies of the document were addressed or sent, its present location, the name and address of its custodian and the substance of its contents.

7.    In addition to definitions otherwise applicable, the following definitions also apply to these interrogatories:

(a)    Any reference to a party shall include, where applicable, its corporate parents, subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.

(b)    "Complaint" shall mean Plaintiffs' Complaint in this matter.

(c)    "Answer" shall mean Defendants' Answer to Complaint in this matter.

(d)    "Defendants" shall mean COFAB, ARCMATIC, CHARLES A. BOCK and IRMA BOCK unless otherwise specified.

8.    Unless otherwise specified, the terms employed herein shall have the same definitions as set forth in Complaint.

-3-

DEMAND FOR INSPECTION OF DOCUMENTS

9.    All references to the masculine gender contained herein shall be deemed to include the appropriate feminine or neuter genders.

10.    If, in answering these requests for production of documents or any of them, respondent encounters any ambiguity with respect to the request for production of documents or any definition or instruction contained herein, respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used to answer the request for production of documents.

## REQUESTS

1.    A complete copy of the stock certificates for COFAB from January 1, 2003, to the present identifying each shareholder of COFAB and the respective number of shares they each own(ed).  Copies are required or a statement that they were not prepared or filed.

2.    A complete copy of the stock certificates for ARCMATIC from January 1, 2003, to the present identifying each shareholder of ARCMATIC and the respective number of shares they each own(ed).  Copies are required or a statement that they were not prepared or filed.

3.    Any written agreements between CHARLES A. BOCK and William L. Bong regarding their respective shares in COFAB.

4.    Any written agreements between CHARLES A. BOCK and William L. Bong regarding their respective shares in ARCMATIC.

5.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by CHARLES A. BOCK and IRMA BOCK in COFAB as of January 1, 2003.

6.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by William A. Bong in COFAB as of January 1, 2003.

7.    All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by CHARLES A. BOCK and IRMA BOCK in ARCMATIC as of

-4-

DEMAND FOR INSPECTION OF DOCUMENTS

1  January 1, 2003.

2      8.    All Documents, including but not limited to, receipts, check stubs and bank statements,

3  evidencing any capital invested by William A. Bong in ARCMATIC as of January 1, 2003.

4      9.    All Documents, including but not limited to, receipts, check stubs and bank statements,

5
6  evidencing that $300,000 in capital was invested by William A. Bong in ARCMATIC since 1993.

7      10.    All Documents, including but not limited to, receipts, check stubs and bank statements,

8  evidencing distributions made to CHARLES A. BOCK by COFAB since January 1, 2003.

9      11.    All Documents, including but not limited to, receipts, check stubs and bank statements,

10  evidencing distributions made to William A. Bong by COFAB since January 1, 2003.

11      12.    All Documents, including receipts, evidencing distributions made to CHARLES A.

12  BOCK by ARCMATIC since January 1, 2003.

13      13.    All Documents, including but not limited to, receipts, check stubs and bank statements,

14
15  evidencing distributions made to William A. Bong by ARCMATIC since January 1, 2003.

16      14.    All Documents evidencing the salaries paid to CHARLES A. BOCK by COFAB since

17  January 1, 2003.

18      15.    All Documents evidencing the salaries paid to William A. Bong by COFAB since

19  January 1, 2003.

20      16.    All Documents evidencing that a salary was not paid to CHARLES A. BOCK for part

21
22  time work performed by CHARLES A. BOCK for ARCMATIC for the past fourteen (14) years.

23      17.    All Documents evidencing that a salary was not paid to William A. Bong by

24  ARCMATIC for full time work performed by William L. Bong for the past fourteen (14) years.

25      18.    All Documents relating to royalties, if any, received by ARCMATIC in connection

26  with ARCMATIC inventions, including, but not limited to, the vertaslag or eltroslag systems.

27      19.    All Documents relating to any creditors of COFAB to whom COFAB is indebted as of

28

DEMAND FOR INSPECTION OF DOCUMENTS

January 1, 2003.

20.    All Documents relating to any creditors of COFAB who are indebted to COFAB as of January 1, 2003.

21.    All Documents relating to any creditors of ARCMATIC to whom ARCMATIC is indebted as of January 1, 2003.

22.    All Documents relating to any creditors of ARCMATIC who are indebted to ARCMATIC as of January 1, 2003.

23.    All financial statements prepared on or after January 1, 2003, relating to COFAB.

24.    All accounting records for since January 1, 2003, including the general ledger, trial balance, accounts payable journal and cash disbursements journal, relating to COFAB.

25.    All federal and state income tax returns for COFAB, including all supporting schedules, statements, forms and attachments filed therewith (e.g. Form 8594, Asset Acquisition Statement) for the years 2003, 2004, 2005, 2006 and 2007.

26.    All Form 1099s and Form W-2s issued by COFAB for the years 2002, 2003, 2004, 2005, 2006 and 2007, with Social Security and Employer Identification numbers redacted.

27.    All Form 1099s received by COFAB for the years 2003, 2004, 2005, 2006 and 2007.

28.    All financial statements prepared on or after January 1, 2003, relating to ARCMATIC.

29.    All accounting records since January 1, 2003, including the general ledger, trial balance, accounts payable journal and cash disbursements journal, relating to ARCMATIC.

30.    All federal and state income tax returns for ARCMATIC, including all supporting schedules, statements, forms and attachments filed therewith (e.g. Form 8594, Asset Acquisition Statement) for the years 2003, 2004, 2005, 2006 and 2007.

31.    All Form 1099s and Form W-2s issued by ARCMATIC for the years 2003, 2004, 2005, 2006 and 2007, with Social Security and Employer Identification numbers redacted.

DEMAND FOR INSPECTION OF DOCUMENTS

32.    All Form 1099s received by ARCMATIC for the years 2003, 2004, 2005, 2006 and 2007.

33.    All financial statements prepared on or after January 1, 2003, relating to Allen Bock Investments.

34.    All financial statements prepared on or after January 1, 2003, relating to United Properties, LLC.

35.    All Documents relating to any real property, located in the United States of America or any foreign country, in which COFAB had or has an interest as of January 1, 2003.

36.    All Documents relating to any real property, located in the United States of America or any foreign country, in which ARCMATIC had or has an interest as of January 1, 2003.

37.    All Documents relating to any real property, located in the United States of America or any foreign country, in which CHARLES A. BOCK had or has an interest, including as a beneficiary of a trust, as of January 1, 2003.

38.    All Documents relating to any real property, located in the United States of America or any foreign country, in which IRMA BOCK had or has an interest, including as a beneficiary of a trust, as of January 1, 2003.

39.    All Documents relating to any real property, located in the United States of America or any foreign country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

40.    All Documents relating to any real property, located in the United States of America or any foreign country, in which Erick Bock had or has an interest as of January 1, 2003.

41.    All Documents relating to all sales or transfers of interests in any real property, located in the United States of America or any foreign country, by COFAB to any Person(s) from January 1, 2003, to the present.

42.    All Documents relating to all sales or transfers of interests in any real property, located

-7-

1  in the United States of America or any foreign country, by ARCMATIC to any Person(s) from

2  January 1, 2003, to the present.

3      43.     All Documents relating to all sales or transfers of interests in any real property, located

4  in the United States of America or any foreign country, by CHARLES A. BOCK to any Person(s),

5  including but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the

6

7  present.

8      44.     All Documents relating to all sales or transfers of interests in any real property, located

9  in the United States of America or any foreign country, by IRMA BOCK to any Person(s), including

10  but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the present.

11      45.     All Documents relating to all real property in the possession of control of Erick Bock in

12  which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at any time since January 1,

13

14  2003, to the present.

15      46.     All Documents relating to all sales or transfers of interests in any real property, located

16  in the United States of America or any foreign country, by Allen Bock Investments to any Person(s) at

17  any time since January 1, 2003, to the present.

18      47.     All Documents, including all agreements, addendums, supplements, exhibits,

19  attachments, and rent rolls, relating to the ownership, purchase, sale, transfer or leasing by COFAB,

20  ARCMATIC, CHARLES A. BOCK, IRMA BOCK, Erick Bock, Allen Bock Investments and/or

21  United Properties, LLC at any time since January 1, 2003, to the present of the following real

22  property:

23

24      (a)     100 Tartan Way, Fairfield, California;

25      (b)     1667 Marine World Parkway, Vallejo, California;

26      (c)     1687 Marine World Parkway, Vallejo, California;

27      (d)     1971 Broadway, Vallejo, California;

28

-8-

**DEMAND FOR INSPECTION OF DOCUMENTS**

(e)    1957 Broadway, Vallejo, California;

(f)    613 Gallery Court, Fairfield, California; and

(g)    2355 Parish Drive, Walnut Creek, California.

48.    All Documents, including all agreements, addendums, supplements, exhibits, attachments thereto, relating to the sale or transfer of real property located at **1667 Marine World Parkway, Vallejo, California,** by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC in 2005.

49.    All Documents, including all agreements, leases, addendums, supplements, exhibits, attachments, and rent rolls, relating to the leasing of real property located at **1667 Marine World Parkway, Vallejo, California,** by Rent-All dba All Star Rents, LLC as of January 1, 2003.

50.    All Documents, including all agreements, addendums, supplements, exhibits, attachments thereto, relating to the sale or transfer of real property located at **1971 Broadway, Vallejo, California,** by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC in 2005.

51.    All Documents relating to any interest Allen Bock Investments had or has in real property located at **1957 Broadway, Vallejo, California,** as of January 1, 2003.

52.    All Documents, including all agreements, addendums, supplements, exhibits, attachments thereto, relating to the sale or transfer of real property located at **1957 Broadway, Vallejo, California,** by Allen Bock Investments to United Properties, LLC in 2005.

53.    All Documents relating to any business entity, operating in the United States of America or in any foreign country, in which CHARLES A. BOCK had or has an interest as of January 1, 2003.

54.    All Documents relating to any business entity, operating in the United States of America operating in any foreign country, in which IRMA BOCK had or has an interest as of January 1, 2003.

DEMAND FOR INSPECTION OF DOCUMENTS

55.   All Documents relating to any interest CHARLES A. BOCK has or had in United Properties, LLC since January 1, 2003.

56.   All Documents relating to any interest IRMA BOCK has or had in United Properties, LLC since January 1, 2003.

57.   All Documents relating to any interest Erick Bock has or had in United Properties, LLC since January 1, 2003.

58.   All Documents relating to the assets valued at over $250 of United Properties, LLC from January 1, 2003, to the present.

59.   All Documents relating to the sale or transfer of any assets valued at over $250 by COFAB and/or ARCMATIC to United Properties, LLC from January 1, 2003, to the present.

60.   All Documents relating to the sale or transfer of any assets valued at over $250 by CHARLES A. BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the present.

61.   All Documents relating to the sale or transfer of any interest in any domestic or foreign business entity by CHARLES A. BOCK to any Person(s) from January 1, 2003, to the present.

62.   All Documents relating to the sale or transfer of any interest in any domestic or foreign business entity by IRMA BOCK to any Person(s) from January 1, 2003, to the present.

63.   All Documents relating to fictitious business names used by COFAB from January 1, 2003, to the present.

64.   All Documents relating to fictitious business names used by ARCMATIC from January 1, 2003, to the present.

65.   All Documents relating to fictitious business names used by CHARLES A. BOCK from January 1, 2003, to the present.

66.   All Documents relating to fictitious business names used by IRMA BOCK from

DEMAND FOR INSPECTION OF DOCUMENTS

1    January 1, 2003, to the present.

2    67.    All Documents relating to the names of any Person(s) with whom CHARLES A.

3    BOCK operated a partnership, if any, from January 1, 2003, to the present.

4    68.    All Documents relating to the names of any Person(s) with whom IRMA BOCK

5    operated a partnership, if any, from January 1, 2003, to the present.

6

7    69.    All Documents relating to any interest CHARLES A. BOCK has or had in Allen Bock

8    Investments since January 1, 2003.

9    70.    All Documents relating to any interest IRMA BOCK has or had in Allen Bock

10   Investments since January 1, 2003.

11   71.    All Documents relating to any interest Erick Bock has or had in Allen Bock

12   Investments since January 1, 2003.

13   72.    All Documents relating to any interest Robert Wayne Allen has or had in Allen Bock

14
15   Investments since January 1, 2003.

16   73.    All Documents relating to the assets valued at over $250 of Allen Bock Investments

17   from January 1, 2003, to the present.

18   74.    All Documents relating to the sale or transfer of any assets valued at over $250 by

19   COFAB and/or ARCMATIC to Allen Bock Investments from January 1, 2003, to the present.

20   75.    All Documents relating to the sale or transfer of any assets valued at over $250 by

21
22   CHARLES A. BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the

23   present.

24   76.    All Documents relating to salaries or wages received by CHARLES A. BOCK from

25   any source since January 1, 2003.

26   77.    All Documents relating to salaries or wages received by IRMA BOCK from any source

27   since January 1, 2003.

28

-11-

78.    All Documents relating to the occupation of CHARLES A. BOCK from January 1, 2003, to the present.

79.    All Documents relating to the occupation of IRMA BOCK from January 1, 2003, to the present.

80.    All Documents that evidence any future employment prospects for CHARLES A. BOCK.

81.    All Documents that evidence any future employment prospects for IRMA BOCK.

82.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

83.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

84.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

85.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which IRMA BOCK is or was an account holder from January 1, 2003, to the present.

86.    All credit cards statements from January 1, 2003, to the present relating to COFAB.

87.    All credit cards statements from January 1, 2003, to the present relating to

-12-

1  ARCMATIC.

2  88.  All credit cards statements from January 1, 2003, to the present relating to CHARLES

3  A. BOCK.

4  89.  All credit cards statements from January 1, 2003, to the present relating to IRMA

5  BOCK.

6

7  90.  All Documents relating to all investment brokerage accounts maintained by any

8  financial institution, located in the United States of America or any foreign country, on which COFAB

9  is or was an account holder from January 1, 2003, to the present.

10  91.  All Documents relating to all investment brokerage accounts maintained by any

11  financial institution, located in the United States of America or any foreign country, on which

12  ARCMATIC is or was an account holder from January 1, 2003, to the present.

13

14  92.  All Documents relating to all investment brokerage accounts maintained by any

15  financial institution, located in the United States of America or any foreign country, on which

16  CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

17  93.  All Documents relating to all investment brokerage accounts maintained by any

18  financial institution, located in the United States of America or any foreign country, on which IRMA

19  BOCK is or was an account holder from January 1, 2003, to the present.

20  94.  All Documents relating to all safe deposit boxes kept by any financial institution,

21  located in the United States of America or any foreign country, to which CHARLES A. BOCK had or

22  has access as of January 1, 2003.

23

24  95.  All Documents relating to all safe deposit boxes kept by any financial institution,

25  located in the United States of America or any foreign country, to which IRMA BOCK had or has

26  access as of January 1, 2003.

27  96.  All Documents relating to all equipment owned by COFAB from January 1, 2003, to

28

-13-

the present.

97.    All Documents relating to all equipment owned by ARCMATIC from January 1, 2003, to the present.

98.    All Documents, including but not limited to pink slips, relating to all Vehicles owned by COFAB from January 1, 2003, to the present.

99.    All Documents, including but not limited to pink slips, relating to all Vehicles owned by ARCMATIC from January 1, 2003, to the present.

100.    All Documents, including but not limited to pink slips, relating to all Vehicles owned by CHARLES A. BOCK from January 1, 2003, to the present.

101.    All Documents, including but not limited to pink slips, relating to all Vehicles owned by IRMA BOCK from January 1, 2003, to the present.

102.    All Documents, including but not limited to pink slips, relating to Vehicles sold or transferred to Erick Bock by CHARLES A. BOCK or IRMA BOCK from January 1, 2003, to the present.

103.    All Documents relating to personal property valued at over $250 owned, sold and/or transferred by CHARLES A. BOCK to any Person(s), including but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the present.

104.    All Documents relating to personal property valued at over $250 owned, sold and/or transferred by IRMA BOCK to any Person(s), including but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the present.

105.    All Documents relating to personal property valued at over $250 in the possession or control of Erick Bock in which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at any time since January 1, 2003, to the present.

DEMAND FOR INSPECTION OF DOCUMENTS

1    106.    All Documents relating to jewelry valued at over $250 owned by CHARLES A. BOCK

2    as of January 1, 2003.

3    107.    All Documents relating to jewelry valued at over $250 owned by IRMA BOCK as of

4    January 1, 2003.

5    108.    All Documents relating to any property, real or personal, inherited by CHARLES A.

6    BOCK from January 1, 2003, to the present.

7

8    109.    All Documents relating to any property, real or personal, inherited by IRMA BOCK at

9    from January 1, 2003, to the present.

10    110.    All Documents relating to any interest in the estate of any deceased Person(s) held by

11    CHARLES A. BOCK at any time from January 1, 2003, to the present.

12    111.    All Documents relating to any interest in the estate of any deceased Person(s) held by

13    IRMA BOCK at any time from January 1, 2003, to the present.

14

15    112.    All Documents relating to any property, real or personal, that CHARLES A. BOCK is

16    entitled to inherit in the future.

17    113.    All Documents relating to any property, real or personal, that IRMA BOCK is entitled

18    to inherit in the future.

19    114.    All Documents relating to any property, real or personal, that Erick Bock is entitled to

20    inherit in the future from CHARLES A. BOCK and/or IRMA BOCK.

21

22    115.    All written wills and trust agreements relating to CHARLES A. BOCK.

23    116.    All written wills and trust agreements relating to IRMA BOCK.

24    117.    All written wills and trust agreements relating to Erick Bock.

25    118.    All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of

26    credit and loan agreements relating to CHARLES A. BOCK effective at any time from January 1,

27    2003, to the present.

28

DEMAND FOR INSPECTION OF DOCUMENTS

119. All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to IRMA BOCK effective at any time from January 1, 2003, to the present.

120. All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to COFAB effective at any time from January 1, 2003, to the present.

121. All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to ARCMATIC effective at any time from January 1, 2003, to the present.

122. All insurance policies relating to CHARLES A. BOCK effective at any time from January 1, 2003, to the present.

123. All insurance policies relating to IRMA BOCK at any time from January 1, 2003, to the present.

124. All insurance policies relating to COFAB at any time from January 1, 2003, to the present.

125. All insurance policies relating to ARCMATIC at any time from January 1, 2003, to the present.

126. All Documents relating to payments received by CHARLES A. BOCK in connection with any insurance policy from January 1, 2003, to the present.

127. All Documents relating to payments received by IRMA BOCK in connection with any insurance policy from January 1, 2003, to the present.

128. All Documents relating to payments received by COFAB in connection with any insurance policy from January 1, 2003, to the present.

-16-

129. All Documents relating to payments received by ARCMATIC in connection with any insurance policy from January 1, 2003, to the present.

130. All licenses and permits, if any, issued to CHARLES A. BOCK by any federal, state, city or county government or agency thereof from January 1, 2003, to the present.

131. All licenses and permits, if any, issued to IRMA BOCK by any federal, state, city or county government or agency thereof from January 1, 2003, to the present.

132. All Documents relating to any debt owed by any Person(s) to CHARLES A. BOCK as of January 1, 2003.

133. All Documents relating to any debt owed by any Person(s) to IRMA BOCK as of January 1, 2003.

134. All Documents relating to any debt owed to any Person(s) by CHARLES A. BOCK as of January 1, 2003.

135. All Documents relating to any debt owed to any Person(s) by IRMA BOCK as of January 1, 2003.

136. All Documents relating to any lawsuits, other than the instant action, to which CHARLES A. BOCK has been a party at any time.

137. All Documents relating to any lawsuits, other than the instant action, to which IRMA BOCK has been a party at any time.

138. All Documents relating to any lawsuits, other than the instant action, to which COFAB has been a party at any time.

139. All Documents relating to any lawsuits, other than the instant action, to which ARCMATIC has been a party at any time.

140. All judgments entered against any Person(s) in favor of CHARLES A. BOCK.

141. All judgments entered against any Person(s) in favor of IRMA BOCK.

DEMAND FOR INSPECTION OF DOCUMENTS

142.   All judgments entered against any Person(s) in favor of COFAB.

143.   All judgments entered against any Person(s) in favor of ARCMATIC.

144.   All Documents relating to any bankruptcies involving CHARLES A. BOCK.

145.   All Documents relating to any bankruptcies involving IRMA BOCK.

Dated: April 11, 2008                              SALTZMAN & JOHNSON LAW CORPORATION

                                                   Shaamini A. Babu
                                                   Attorneys for Plaintiffs

-18-

1  RICHARD C. JOHNSON (SBN 40881)
   ISAIAH B. ROTER (SBN 82743)
2  MICHELE R. STAFFORD (SBN 172509)
   SHAAMINI A. BABU (SBN 230704)
3  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
4  San Francisco, CA 94105
   (415) 882-7900
5  (415) 882-7900 - Facsimile
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SHOP IRONWORKERS LOCAL 790 PENSION          CASE NO.: C 07-2500 JSW
    TRUST; JOINT BOARD OF TRUSTEES of the
11  SHOP IRONWORKERS LOCAL 790 PENSION          **DEMAND FOR INSPECTION OF**
    TRUST; and MICHAEL NEWINGTON as             **DOCUMENTS, SET ONE, TO**
12  Trustee,                                    **DEFENDANT IRMA BOCK**

13          Plaintiffs,                         **[FRCP Rules 34 and 69; C.C.P. §708.030]**

14  vs.

15  COFAB STEEL CORPORATION, ARCMATIC
    INTEGRATED SYSTEMS, INC.; CHARLES A.
16  BOCK and IRMA BOCK,

17          Defendants.

18
    PROPOUNDING PARTY: Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.
19
    RESPONDING PARTY: Defendant IRMA BOCK
20
    SET NUMBER: One (1)
21
            Pursuant to the Federal Rules of Civil Procedure Rules 34 and 69, and California Code of Civil
22
    Procedure §708.030, Plaintiffs by their attorneys demand that Defendant IRMA BOCK produce under
23
    oath each of the following documents for inspection and copying in accordance with the definitions
24
    and instructions set forth below, within the time set forth by the Federal Rules of Civil Procedure.
25
    Inspection and copying of these documents shall take place at the offices of counsel for Plaintiffs,
26
    Saltzman and Johnson Law Corporation, 120 Howard Street, Suite 520, San Francisco, CA 94105.
27

28

# DEFINITIONS AND INSTRUCTIONS

1.    "Communication(s)" as used herein shall mean, without limitation, any transfer of information, written, oral, or by any means, or any record or recording of any such transfer.

2.    "Document(s)" is used herein in the broadest sense possible and shall mean the original and all non-identical copies of any written, printed, typed, photocopied, punched, filmed, microfilmed, photographic and graphic matter of any kind or character, and any tape, record or other recorded material, however produced or reproduced, in your custody, possession or control, or known by you to exist, including, but not limited to, all drafts, non-identical copies, contracts, agreements, loan agreements, promissory notes, options to purchase, mortgage instrument, deeds, leases, other official documents and legal instruments, diaries, calendars, correspondence, communications, telegrams, teletypes, memoranda, notes, notations, studies, books, notebooks, reports, charts, maps, transcripts of testimony, electronic records, analyses, lists, letters, e-mails, envelopes, summaries, drawings, graphs, bank statements, tax records, checks, check stubs, canceled checks, check registers, deposit records, withdrawal records, disbursement records, payment records, maintenance records, financial statements, insurance reports, insurance policies, insurance applications, licenses, filings, affidavits, books of account, journals, ledgers, orders, telephone records, bills, invoices, receipts, credit card receipts, worksheets, data compilations, projections, brochures and other reports.

3.    "Person(s)" as used herein shall mean, without limitation, a natural person, corporation, limited liability company, partnership, trust, association, joint venture, firm, tenancy-in-common, or other business enterprise or legal entity and includes both the singular and plural.

4.    The term "Vehicle" herein shall include, but is not limited to, automobile, sports utility vehicle, van, truck, airplane, boat, and yacht.

5.    Each of the words "discussing," "reflecting," "concerning," "pertaining," "relating," "involving," "evidencing," or "referring" shall be defined to include the common meanings of all

-2-

DEMAND FOR INSPECTION OF DOCUMENTS

1  those terms, and shall include indirect as well as direct references to the subject matter set forth herein.

2      6.    The terms "identify" and "describe:"

3          (a)    When used with reference to a natural person, shall mean, without limitation, to

4  state the person's full name (including current and all former names), present or last known address,

5  present or last known position or business affiliation, position or business affiliation at the time in

6  question, and a general description of the business in which the person is engaged.

7

8          (b)    When used with reference to a corporation, partnership, association, joint

9  venture, firm or other enterprise or entity other than a natural person, shall mean, without limitation, to

10  state its full name and/or trade name, address, organization form, and a brief description of the

11  functions and activities in which such entity is engaged.

12          (c)    When used with reference to a document, shall mean, without limitation, to

13  state the type of document, date, author, address, persons to whom copies of the document were

14  addressed or sent, its present location, the name and address of its custodian and the substance of its

15

16  contents.

17      7.    In addition to definitions otherwise applicable, the following definitions also apply to

18  these interrogatories:

19          (a)    Any reference to a party shall include, where applicable, its corporate parents,

20  subsidiaries, predecessors and affiliates, and its and their officers, directors, agents and employees.

21          (b)    "Complaint" shall mean Plaintiffs' Complaint in this matter.

22

23          (c)    "Answer" shall mean Defendants' Answer to Complaint in this matter.

24          (d)    "Defendants" shall mean COFAB, ARCMATIC, CHARLES A. BOCK and

25  IRMA BOCK unless otherwise specified.

26      8.    Unless otherwise specified, the terms employed herein shall have the same definitions

27  as set forth in Complaint.

28

-3-

DEMAND FOR INSPECTION OF DOCUMENTS

9. All references to the masculine gender contained herein shall be deemed to include the appropriate feminine or neuter genders.

10. If, in answering these requests for production of documents or any of them, respondent encounters any ambiguity with respect to the request for production of documents or any definition or instruction contained herein, respondent shall set forth the matter deemed ambiguous and set forth the construction chosen or used to answer the request for production of documents.

## REQUESTS

1. A complete copy of the stock certificates for COFAB from January 1, 2003, to the present identifying each shareholder of COFAB and the respective number of shares they each own(ed). Copies are required or a statement that they were not prepared or filed.

2. A complete copy of the stock certificates for ARCMATIC from January 1, 2003, to the present identifying each shareholder of ARCMATIC and the respective number of shares they each own(ed). Copies are required or a statement that they were not prepared or filed.

3. Any written agreements between CHARLES A. BOCK and William L. Bong regarding their respective shares in COFAB.

4. Any written agreements between CHARLES A. BOCK and William L. Bong regarding their respective shares in ARCMATIC.

5. All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by CHARLES A. BOCK and IRMA BOCK in COFAB as of January 1, 2003.

6. All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by William A. Bong in COFAB as of January 1, 2003.

7. All Documents, including but not limited to, receipts, check stubs and bank statements, evidencing any capital invested by CHARLES A. BOCK and IRMA BOCK in ARCMATIC as of

DEMAND FOR INSPECTION OF DOCUMENTS

1    January 1, 2003.

2        8.    All Documents, including but not limited to, receipts, check stubs and bank statements,

3    evidencing any capital invested by William A. Bong in ARCMATIC as of January 1, 2003.

4        9.    All Documents, including but not limited to, receipts, check stubs and bank statements,

5    evidencing that $300,000 in capital was invested by William A. Bong in ARCMATIC since 1993.

6

7        10.    All Documents, including but not limited to, receipts, check stubs and bank statements,

8    evidencing distributions made to CHARLES A. BOCK by COFAB since January 1, 2003.

9        11.    All Documents, including but not limited to, receipts, check stubs and bank statements,

10   evidencing distributions made to William A. Bong by COFAB since January 1, 2003.

11       12.    All Documents, including receipts, evidencing distributions made to CHARLES A.

12   BOCK by ARCMATIC since January 1, 2003.

13       13.    All Documents, including but not limited to, receipts, check stubs and bank statements,

14

15   evidencing distributions made to William A. Bong by ARCMATIC since January 1, 2003.

16       14.    All Documents evidencing the salaries paid to CHARLES A. BOCK by COFAB since

17   January 1, 2003.

18       15.    All Documents evidencing the salaries paid to William A. Bong by COFAB since

19   January 1, 2003.

20       16.    All Documents evidencing that a salary was not paid to CHARLES A. BOCK for part

21   time work performed by CHARLES A. BOCK for ARCMATIC for the past fourteen (14) years.

22

23       17.    All Documents evidencing that a salary was not paid to William A. Bong by

24   ARCMATIC for full time work performed by William L. Bong for the past fourteen (14) years.

25       18.    All Documents relating to royalties, if any, received by ARCMATIC in connection

26   with ARCMATIC inventions, including, but not limited to, the vertaslag or eltroslag systems.

27       19.    All Documents relating to any creditors of COFAB to whom COFAB is indebted as of

28

DEMAND FOR INSPECTION OF DOCUMENTS

1  January 1, 2003.

2       20.    All Documents relating to any creditors of COFAB who are indebted to COFAB as of

3  January 1, 2003.

4       21.    All Documents relating to any creditors of ARCMATIC to whom ARCMATIC is

5
6  indebted as of January 1, 2003.

7       22.    All Documents relating to any creditors of ARCMATIC who are indebted to

8  ARCMATIC as of January 1, 2003.

9       23.    All financial statements prepared on or after January 1, 2003, relating to COFAB.

10      24.    All accounting records for since January 1, 2003, including the general ledger, trial

11  balance, accounts payable journal and cash disbursements journal, relating to COFAB.

12      25.    All federal and state income tax returns for COFAB, including all supporting

13
14  schedules, statements, forms and attachments filed therewith (e.g. Form 8594, Asset Acquisition

15  Statement) for the years 2003, 2004, 2005, 2006 and 2007.

16      26.    All Form 1099s and Form W-2s issued by COFAB for the years 2002, 2003, 2004,

17  2005, 2006 and 2007, with Social Security and Employer Identification numbers redacted.

18      27.    All Form 1099s received by COFAB for the years 2003, 2004, 2005, 2006 and 2007.

19
20      28.    All financial statements prepared on or after January 1, 2003, relating to ARCMATIC.

21      29.    All accounting records since January 1, 2003, including the general ledger, trial

22  balance, accounts payable journal and cash disbursements journal, relating to ARCMATIC.

23      30.    All federal and state income tax returns for ARCMATIC, including all supporting

24  schedules, statements, forms and attachments filed therewith (e.g. Form 8594, Asset Acquisition

25  Statement) for the years 2003, 2004, 2005, 2006 and 2007.

26      31.    All Form 1099s and Form W-2s issued by ARCMATIC for the years 2003, 2004, 2005,

27  2006 and 2007, with Social Security and Employer Identification numbers redacted.

28

-6-

DEMAND FOR INSPECTION OF DOCUMENTS

32.     All Form 1099s received by ARCMATIC for the years 2003, 2004, 2005, 2006 and 2007.

33.     All financial statements prepared on or after January 1, 2003, relating to Allen Bock Investments.

34.     All financial statements prepared on or after January 1, 2003, relating to United Properties, LLC.

35.     All Documents relating to any real property, located in the United States of America or any foreign country, in which COFAB had or has an interest as of January 1, 2003.

36.     All Documents relating to any real property, located in the United States of America or any foreign country, in which ARCMATIC had or has an interest as of January 1, 2003.

37.     All Documents relating to any real property, located in the United States of America or any foreign country, in which CHARLES A. BOCK had or has an interest, including as a beneficiary of a trust, as of January 1, 2003.

38.     All Documents relating to any real property, located in the United States of America or any foreign country, in which IRMA BOCK had or has an interest, including as a beneficiary of a trust, as of January 1, 2003.

39.     All Documents relating to any real property, located in the United States of America or any foreign country, in which Allen Bock Investments had or has an interest as of January 1, 2003.

40.     All Documents relating to any real property, located in the United States of America or any foreign country, in which Erick Bock had or has an interest as of January 1, 2003.

41.     All Documents relating to all sales or transfers of interests in any real property, located in the United States of America or any foreign country, by COFAB to any Person(s) from January 1, 2003, to the present.

42.     All Documents relating to all sales or transfers of interests in any real property, located

-7-

DEMAND FOR INSPECTION OF DOCUMENTS

1  in the United States of America or any foreign country, by ARCMATIC to any Person(s) from

2  January 1, 2003, to the present.

3      43.    All Documents relating to all sales or transfers of interests in any real property, located

4  in the United States of America or any foreign country, by CHARLES A. BOCK to any Person(s),

5  including but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the

6  present.

7

8      44.    All Documents relating to all sales or transfers of interests in any real property, located

9  in the United States of America or any foreign country, by IRMA BOCK to any Person(s), including

10  but not limited to Erick Bock or other relatives, at any time since January 1, 2003, to the present.

11      45.    All Documents relating to all real property in the possession of control of Erick Bock in

12  which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at any time since January 1,

13  2003, to the present.

14

15      46.    All Documents relating to all sales or transfers of interests in any real property, located

16  in the United States of America or any foreign country, by Allen Bock Investments to any Person(s) at

17  any time since January 1, 2003, to the present.

18      47.    All Documents, including all agreements, addendums, supplements, exhibits,

19  attachments, and rent rolls, relating to the ownership, purchase, sale, transfer or leasing by COFAB,

20  ARCMATIC, CHARLES A. BOCK, IRMA BOCK, Erick Bock, Allen Bock Investments and/or

21  United Properties, LLC at any time since January 1, 2003, to the present of the following real

22  property:

23

24      (a)    100 Tartan Way, Fairfield, California;

25      (b)    1667 Marine World Parkway, Vallejo, California;

26      (c)    1687 Marine World Parkway, Vallejo, California;

27      (d)    1971 Broadway, Vallejo, California;

28

**DEMAND FOR INSPECTION OF DOCUMENTS**

(e)    1957 Broadway, Vallejo, California;

(f)    613 Gallery Court, Fairfield, California; and

(g)    2355 Parish Drive, Walnut Creek, California.

48.    All Documents, including all agreements, addendums, supplements, exhibits, attachments thereto, relating to the sale or transfer of real property located at **1667 Marine World Parkway, Vallejo, California**, by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC in 2005.

49.    All Documents, including all agreements, leases, addendums, supplements, exhibits, attachments, and rent rolls, relating to the leasing of real property located at **1667 Marine World Parkway, Vallejo, California**, by Rent-All dba All Star Rents, LLC as of January 1, 2003.

50.    All Documents, including all agreements, addendums, supplements, exhibits, attachments thereto, relating to the sale or transfer of real property located at **1971 Broadway, Vallejo, California**, by CHARLES A. BOCK and IRMA BOCK to United Properties, LLC in 2005.

51.    All Documents relating to any interest Allen Bock Investments had or has in real property located at **1957 Broadway, Vallejo, California**, as of January 1, 2003.

52.    All Documents, including all agreements, addendums, supplements, exhibits, attachments thereto, relating to the sale or transfer of real property located at **1957 Broadway, Vallejo, California**, by Allen Bock Investments to United Properties, LLC in 2005.

53.    All Documents relating to any business entity, operating in the United States of America or in any foreign country, in which CHARLES A. BOCK had or has an interest as of January 1, 2003.

54.    All Documents relating to any business entity, operating in the United States of America operating in any foreign country, in which IRMA BOCK had or has an interest as of January 1, 2003.

-9-

DEMAND FOR INSPECTION OF DOCUMENTS

55.   All Documents relating to any interest CHARLES A. BOCK has or had in United Properties, LLC since January 1, 2003.

56.   All Documents relating to any interest IRMA BOCK has or had in United Properties, LLC since January 1, 2003.

57.   All Documents relating to any interest Erick Bock has or had in United Properties, LLC since January 1, 2003.

58.   All Documents relating to the assets valued at over $250 of United Properties, LLC from January 1, 2003, to the present.

59.   All Documents relating to the transfer of any assets valued at over $250 by COFAB and/or ARCMATIC to United Properties, LLC from January 1, 2003, to the present.

60.   All Documents relating to the sale or transfer of any assets valued at over $250 by CHARLES A. BOCK and/or IRMA BOCK to United Properties, LLC from January 1, 2003, to the present.

61.   All Documents relating to the sale or transfer of any interest in any domestic or foreign business entity by CHARLES A. BOCK to any Person(s) from January 1, 2003, to the present.

62.   All Documents relating to the sale or transfer of any interest in any domestic or foreign business entity by IRMA BOCK to any Person(s) from January 1, 2003, to the present.

63.   All Documents relating to fictitious business names used by COFAB from January 1, 2003, to the present.

64.   All Documents relating to fictitious business names used by ARCMATIC from January 1, 2003, to the present.

65.   All Documents relating to fictitious business names used by CHARLES A. BOCK from January 1, 2003, to the present.

66.   All Documents relating to fictitious business names used by IRMA BOCK from

DEMAND FOR INSPECTION OF DOCUMENTS

1  January 1, 2003, to the present.

2      67.    All Documents relating to the names of any Person(s) with whom CHARLES A.

3  BOCK operated a partnership, if any, from January 1, 2003, to the present.

4      68.    All Documents relating to the names of any Person(s) with whom IRMA BOCK

5  operated a partnership, if any, from January 1, 2003, to the present.

6

7      69.    All Documents relating to any interest CHARLES A. BOCK has or had in Allen Bock

8  Investments since January 1, 2003.

9      70.    All Documents relating to any interest IRMA BOCK has or had in Allen Bock

10  Investments since January 1, 2003.

11      71.    All Documents relating to any interest Erick Bock has or had in Allen Bock

12  Investments since January 1, 2003.

13      72.    All Documents relating to any interest Robert Wayne Allen has or had in Allen Bock

14

15  Investments since January 1, 2003.

16      73.    All Documents relating to the assets valued at over $250 of Allen Bock Investments

17  from January 1, 2003, to the present.

18      74.    All Documents relating to the sale or transfer of any assets valued at over $250 by

19  COFAB and/or ARCMATIC to Allen Bock Investments from January 1, 2003, to the present.

20      75.    All Documents relating to the sale or transfer of any assets valued at over $250 by

21  CHARLES A. BOCK and/or IRMA BOCK to Allen Bock Investments from January 1, 2003, to the

22  present.

23

24      76.    All Documents relating to salaries or wages received by CHARLES A. BOCK from

25  any source since January 1, 2003.

26      77.    All Documents relating to salaries or wages received by IRMA BOCK from any source

27  since January 1, 2003.

28

-11-

**DEMAND FOR INSPECTION OF DOCUMENTS**

78.    All Documents relating to the occupation of CHARLES A. BOCK from January 1, 2003, to the present.

79.    All Documents relating to the occupation of IRMA BOCK from January 1, 2003, to the present.

80.    All Documents that evidence any future employment prospects for CHARLES A. BOCK.

81.    All Documents that evidence any future employment prospects for IRMA BOCK.

82.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which COFAB is or was an account holder from January 1, 2003, to the present.

83.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which ARCMATIC is or was an account holder from January 1, 2003, to the present.

84.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

85.    All Documents, including but not limited to bank statements, relating to all bank accounts maintained by any financial institution, located in the United States of America or any foreign country, on which IRMA BOCK is or was an account holder from January 1, 2003, to the present.

86.    All credit cards statements from January 1, 2003, to the present relating to COFAB.

87.    All credit cards statements from January 1, 2003, to the present relating to

-12-

1    ARCMATIC.

2        88.    All credit cards statements from January 1, 2003, to the present relating to CHARLES

3    A. BOCK.

4        89.    All credit cards statements from January 1, 2003, to the present relating to IRMA

5    BOCK.

6        90.    All Documents relating to all investment brokerage accounts maintained by any

7    financial institution, located in the United States of America or any foreign country, on which COFAB

8    

9    is or was an account holder from January 1, 2003, to the present.

10        91.    All Documents relating to all investment brokerage accounts maintained by any

11    financial institution, located in the United States of America or any foreign country, on which

12    ARCMATIC is or was an account holder from January 1, 2003, to the present.

13    

14        92.    All Documents relating to all investment brokerage accounts maintained by any

15    financial institution, located in the United States of America or any foreign country, on which

16    CHARLES A. BOCK is or was an account holder from January 1, 2003, to the present.

17        93.    All Documents relating to all investment brokerage accounts maintained by any

18    financial institution, located in the United States of America or any foreign country, on which IRMA

19    BOCK is or was an account holder from January 1, 2003, to the present.

20        94.    All Documents relating to all safe deposit boxes kept by any financial institution,

21    located in the United States of America or any foreign country, to which CHARLES A. BOCK had or

22    has access as of January 1, 2003.

23    

24        95.    All Documents relating to all safe deposit boxes kept by any financial institution,

25    located in the United States of America or any foreign country, to which IRMA BOCK had or has

26    access as of January 1, 2003.

27        96.    All Documents relating to all equipment owned by COFAB from January 1, 2003, to

28

1  the present.

2  97.   All Documents relating to all equipment owned by ARCMATIC from January 1, 2003,

3  to the present.

4  98.   All Documents, including but not limited to pink slips, relating to all Vehicles owned

5  by COFAB from January 1, 2003, to the present.

6  99.   All Documents, including but not limited to pink slips, relating to all Vehicles owned

7

8  by ARCMATIC from January 1, 2003, to the present.

9  100.   All Documents, including but not limited to pink slips, relating to all Vehicles owned

10  by CHARLES A. BOCK from January 1, 2003, to the present.

11  101.   All Documents, including but not limited to pink slips, relating to all Vehicles owned

12  by IRMA BOCK from January 1, 2003, to the present.

13  102.   All Documents, including but not limited to pink slips, relating to Vehicles sold or

14

15  transferred to Erick Bock by CHARLES A. BOCK or IRMA BOCK from January 1, 2003, to the

16  present.

17  103.   All Documents relating to personal property valued at over $250 owned, sold and/or

18  transferred by CHARLES A. BOCK to any Person(s), including but not limited to Erick Bock or other

19  relatives, at any time since January 1, 2003, to the present.

20  104.   All Documents relating to personal property valued at over $250 owned, sold and/or

21

22  transferred by IRMA BOCK to any Person(s), including but not limited to Erick Bock or other

23  relatives, at any time since January 1, 2003, to the present.

24  105.   All Documents relating to personal property valued at over $250 in the possession or

25  control of Erick Bock in which CHARLES A. BOCK and/or IRMA BOCK have or had an interest at

26  any time since January 1, 2003, to the present.

27

28

DEMAND FOR INSPECTION OF DOCUMENTS
Case No.: C 07-2500 JSW

106. All Documents relating to jewelry valued at over $250 owned by CHARLES A. BOCK as of January 1, 2003.

107. All Documents relating to jewelry valued at over $250 owned by IRMA BOCK as of January 1, 2003.

108. All Documents relating to any property, real or personal, inherited by CHARLES A. BOCK from January 1, 2003, to the present.

109. All Documents relating to any property, real or personal, inherited by IRMA BOCK at from January 1, 2003, to the present.

110. All Documents relating to any interest in the estate of any deceased Person(s) held by CHARLES A. BOCK at any time from January 1, 2003, to the present.

111. All Documents relating to any interest in the estate of any deceased Person(s) held by IRMA BOCK at any time from January 1, 2003, to the present.

112. All Documents relating to any property, real or personal, that CHARLES A. BOCK is entitled to inherit in the future.

113. All Documents relating to any property, real or personal, that IRMA BOCK is entitled to inherit in the future.

114. All Documents relating to any property, real or personal, that Erick Bock is entitled to inherit in the future from CHARLES A. BOCK and/or IRMA BOCK.

115. All written wills and trust agreements relating to CHARLES A. BOCK.

116. All written wills and trust agreements relating to IRMA BOCK.

117. All written wills and trust agreements relating to Erick Bock.

118. All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to CHARLES A. BOCK effective at any time from January 1, 2003, to the present.

119.    All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to IRMA BOCK effective at any time from January 1, 2003, to the present.

120.    All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to COFAB effective at any time from January 1, 2003, to the present.

121.    All liens, deeds of trusts, grant deeds, promissory notes, mortgages, equity lines of credit and loan agreements relating to ARCMATIC effective at any time from January 1, 2003, to the present.

122.    All insurance policies relating to CHARLES A. BOCK effective at any time from January 1, 2003, to the present.

123.    All insurance policies relating to IRMA BOCK at any time from January 1, 2003, to the present.

124.    All insurance policies relating to COFAB at any time from January 1, 2003, to the present.

125.    All insurance policies relating to ARCMATIC at any time from January 1, 2003, to the present.

126.    All Documents relating to payments received by CHARLES A. BOCK in connection with any insurance policy from January 1, 2003, to the present.

127.    All Documents relating to payments received by IRMA BOCK in connection with any insurance policy from January 1, 2003, to the present.

128.    All Documents relating to payments received by COFAB in connection with any insurance policy from January 1, 2003, to the present.

-16-

DEMAND FOR INSPECTION OF DOCUMENTS

1   129.   All Documents relating to payments received by ARCMATIC in connection with

2   any insurance policy from January 1, 2003, to the present.

3   130.   All licenses and permits, if any, issued to CHARLES A. BOCK by any federal,

4   state, city or county government or agency thereof from January 1, 2003, to the present.

5   131.   All licenses and permits, if any, issued to IRMA BOCK by any federal, state, city

6

7   or county government or agency thereof from January 1, 2003, to the present.

8   132.   All Documents relating to any debt owed by any Person(s) to CHARLES A. BOCK as

9   of January 1, 2003.

10   133.   All Documents relating to any debt owed by any Person(s) to IRMA BOCK as of

11   January 1, 2003.

12   134.   All Documents relating to any debt owed to any Person(s) by CHARLES A. BOCK as

13

14   of January 1, 2003.

15   135.   All Documents relating to any debt owed to any Person(s) by IRMA BOCK as of

16   January 1, 2003.

17   136.   All Documents relating to any lawsuits, other than the instant action, to which

18   CHARLES A. BOCK has been a party at any time.

19   137.   All Documents relating to any lawsuits, other than the instant action, to which IRMA

20   BOCK has been a party at any time.

21   138.   All Documents relating to any lawsuits, other than the instant action, to which COFAB

22   has been a party at any time.

23   139.   All Documents relating to any lawsuits, other than the instant action, to which

24   ARCMATIC has been a party at any time.

25   140.   All judgments entered against any Person(s) in favor of CHARLES A. BOCK.

26   141.   All judgments entered against any Person(s) in favor of IRMA BOCK.

27

28

DEMAND FOR INSPECTION OF DOCUMENTS
Case No.: C 07-2500 JSW

142.  All judgments entered against any Person(s) in favor of COFAB.

143.  All judgments entered against any Person(s) in favor of ARCMATIC.

144.  All Documents relating to any bankruptcies involving CHARLES A. BOCK.

145.  All Documents relating to any bankruptcies involving IRMA BOCK.

Dated: April 11, 2008                     SALTZMAN & JOHNSON LAW CORPORATION

                                          Shaamini A. Babu
                                          Attorneys for Plaintiffs

-18-