# *EXHIBIT B-1*

```
RICHARD C. JOHNSON (SBN 40881)
ISAIAH B. ROTER (SBN 82743)
MICHELE R. STAFFORD (SBN 172509)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-7900 - Facsimile
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK and IRMA BOCK,<br><br>Defendants. | CASE NO.: C 07-2500 JSW<br><br>**DECLARATION OF SHAAMINI A. BABU FOR ADDITIONAL SPECIAL INTERROGATORIES, SET ONE, SERVED ON DEFENDANTS**<br><br>[FRCP Rules 33 and 69; C.C.P. §708.020] |

I, Shaamini A. Babu, declare:

    1.    I am one of the attorneys for Plaintiffs SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al. ("Plaintiffs").

    2.    Plaintiffs have not previously propounded special interrogatories on Defendants.

    3.    I am propounding the following discovery on Defendants pursuant to Federal Rules of Civil Procedure Rule 33 and 69 and California Code of Civil Procedure §708.020:

    (a)    48 Special Interrogatories, Set One, on Defendant COFAB STEEL CORPORATION;

    (b)    49 Special Interrogatories, Set One, on Defendant ARCMATIC INTEGRATED SYSTEMS;

(c) 146 Special Interrogatories, Set One, on Defendant CHARLES A. BOCK; and

(d) 146 Special Interrogatories, Set One, on Defendant IRMA BOCK.

4. These sets of written discovery requests may cause the total number of Special Interrogatories propounded to the party to whom they are directed to exceed the number of special interrogatories permitted by C.C.P. §2030.030(a).

5. I am familiar with the issues in this case and have personally examined each of the Special Interrogatories served on Defendants.

6. The Special Interrogatories served on Defendants are warranted under Federal Rules of Civil Procedure Rule 69 and California Code of Civil Procedure §708.020 and §2030.030(a). Plaintiffs are entitled to enforce a money judgment entered by this Court against all the Defendants on November 11, 2007 as Amended Order Adopting Report and Recommendation Re Plaintiffs' Motion for Default Judgment ("Judgment.") All Defendants have been adjudged to be liable to Plaintiffs for damages, liquidated damages, interest, attorneys' fees and costs as set for in the Judgment. Each Defendant may have considerable assets all of which Plaintiffs are entitled to discover through written discovery in order to collect all sums owed by Defendants under the Judgment. The additional special interrogatories will assist Plaintiffs in determining the nature, quantity and location of all non-exempt assets owned by Defendants thereby saving time, money and resources of the parties involved.

7. None of the Special Interrogatories are being propounded for any improper purposes, such as to harass the party, or the attorney for the party, to whom it is directed, or to cause unnecessary delay or needless increase in the cost of litigation.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration is executed on April 11, 2008.

SHAAMINI A. BABU

-2-
DECLARATION OF S. BABU FOR ADDITIONAL SPECIAL INTERROGATORIES