# EXHIBIT B-2

1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | SHOP IRONWORKERS LOCAL 790        Case No.: C07-2500 JSW
13 | PENSION TRUST; et al.,
   |                                   **PROOF OF SERVICE**
14 |        Plaintiffs,

15 | v.

16 | COFAB STEEL CORPORATION,
   | ARCMATIC INTEGRATED SYSTEMS,
17 | INC.; CHARLES A. BOCK AND IRMA
   | BOCK,
18 |
   |        Defendants.
19

20
       I, the undersigned, declare:
21
       I am employed in the County of San Francisco, State of California.  I am over the age of
22
   eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San
23
   Francisco, California 94105.
24
       On April 14, 2008, I served the following document(s) on the parties to this action,
25
   addressed as follows, in the manner described below:
26
27 ///

28

                                                        PROOF OF SERVICE re DISCOVERY

- Demand for Inspection of Documents, Set One, to Defendant Cofab Steel Corporation

- Special Interrogatories, Set One, to Defendant Cofab Steel Corporation

- Demand for Inspection of Documents, Set One, to Defendant Arcmatic Integrated Systems, Inc.

- Special Interrogatories, Set One, to Defendant Arcmatic Integrated Systems, Inc.

- Demand for Inspection of Documents, Set One, to Defendant Charles A. Bock

- Special Interrogatories, Set One, to Defendant Charles A. Bock

- Demand for Inspection of Documents, Set One, to Defendant Irma Bock

- Special Interrogatories, Set One, to Defendant Irma Bock

- Declaration of Shaamini A. Babu for Additional Special Interrogatories, Set One, Served on Defendants

First Class U.S. Mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

Cofab Steel Corporation
1971 Broadway Street
Vallejo, CA 94589

Arcmatic Integrated Systems, Inc.
1971 Broadway Street
Vallejo, CA 94589

Charles A. Bock
1971 Broadway Street
Vallejo, CA 94589

Irma Bock
100 Tartan Way
Fairfield, CA 94534

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day of April, 2008, at San Francisco, California.

_____
Vanessa de Fábrega

PROOF OF SERVICE re DISCOVERY

1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SHAAMINI A. BABU (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8

9

10

11                UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; et al., | Case No.: C07-2500 JSW |
|---|---|
|  | **PROOF OF SERVICE** |
| Plaintiffs, |  |
| v. |  |
| COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK, |  |
| Defendants. |  |

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 19, 2008, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

PROOF OF SERVICE re DISCOVERY

- Demand for Inspection of Documents, Set One, to Defendant Cofab Steel Corporation
- Special Interrogatories, Set One, to Defendant Cofab Steel Corporation
- Demand for Inspection of Documents, Set One, to Defendant Arcmatic Integrated Systems, Inc.
- Special Interrogatories, Set One, to Defendant Arcmatic Integrated Systems, Inc.
- Demand for Inspection of Documents, Set One, to Defendant Charles A. Bock
- Special Interrogatories, Set One, to Defendant Charles A. Bock
- Demand for Inspection of Documents, Set One, to Defendant Irma Bock
- Special Interrogatories, Set One, to Defendant Irma Bock
- Declaration of Shaamini A. Babu for Additional Special Interrogatories, Set One, Served on Defendants

First Class U.S. Mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

| Cofab Steel Corporation | Charles A. Bock |
| c/o Charles Bock | 100 Tartan Way |
| 100 Tartan Way | Fairfield, California 94534 |
| Fairfield, California 94534 | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of May, 2008, at San Francisco, California.

_____
Vanessa de Fábrega

PROOF OF SERVICE re DISCOVERY