1  RICHARD C. JOHNSON (SBN 40881)
   MICHELE R. STAFFORD (SBN 172509)
2  SHAAMINI A. BABU (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA  94104
4  (415) 882-7900
   (415) 882-7900 – Facsimile
5  mstafford@sjlawcorp.com
   sbabu@sjlawcorp.com
6
   Attorneys for Plaintiffs
7

8

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 SHOP IRONWORKERS LOCAL 790 PENSION          CASE NO.: C 07-2500 JSW
   TRUST; JOINT BOARD OF TRUSTEES of the
   SHOP IRONWORKERS LOCAL 790 PENSION
13 TRUST; and MICHAEL NEWINGTON as            **PROOF OF SERVICE**
   Trustee,
14
15        Plaintiffs,

16 v.

17 COFAB STEEL CORPORATION, ARCMATIC
   INTEGRATED SYSTEMS, INC.; CHARLES A.
   BOCK and IRMA BOCK,
18
19        Defendants.

20        I, the undersigned, declare:

21        I am employed in the County of San Francisco, State of California.  I am over the age of

22 eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San

23 Francisco, California 94104.

24
25        On July 11, 2008, I served the following document(s) on the parties to this action, addressed as

26 follows, in the manner described below:

27 ///

28                              **-1-**

P:\CLIENTS\SHOPW\COFAB\Pleadings\2008\Motion to Compel\C07-2500 JSW Proof of Service 071008.doc

1    ▪    **Notice of Motion to Compel Discovery Responses**

2    ▪    **Memorandum of Points and Authorities in Support of Plaintiff's Motion to
3         Compel Discovery Responses**

4    ▪    **Declaration of Shaamini A. Babu in Support of Plaintiff's Motion to Compel
         Discovery Responses**

5

6    By First Class U.S. Mail, being familiar with the practice of this office for the collection and the

7    processing of correspondence for mailing with the United States Postal Service, and deposited in the

8    United States Mail copies of the same to the business addresses set forth below, in a sealed envelope

9    fully prepared.

10   *Addressed to:*

11
        **Cofab Steel Corporation**          **Arcmatic Integrated Systems, Inc.**
12      **c/o Charles A. Bock**              **1971 Broadway Street**
        **100 Tartan Way**                   **Vallejo, CA 94589**
13      **Fairfield, CA 94534**

14      **Charles A. Bock**                  **Irma Bock**
        **100 Tartan Way**                   **100 Tartan Way**
15      **Fairfield, CA 94534**              **Fairfield, CA 94534**

16
        I declare under penalty of perjury that the foregoing is true and correct and that this declaration
17
     was executed on this 11th day of July, 2008, at San Francisco, California.

18

19
                                    _____/s/_____
20                                              Vanessa de Fábrega

21

22

23

24

25

26

27

28
                                              -2-

                                                          **PROOF OF SERVICE**
                                                          **Case No.: C 07-2500 JSW**