United States District Court<br>For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.,

        No. C 07-02500 JSW

    Plaintiffs,

    v.

**ORDER OF REFERRAL**

COFAB STEEL CORP., et al.,

    Defendants.
_____/

       In violation of this Court's Standing Order, on July 11, 2008, Plaintiffs filed a motion to compel discovery responses, and noticed it to be heard on August 8, 2008. Plaintiffs filed this motion in violation of this Court's Standing Order regarding discovery disputes, which requires that all requests for discovery relief must be summarized jointly by the parties in a letter brief in no longer than four pages. (Standing Order ¶ 7.) The joint letter brief must attest that prior to filing the request for relief counsel met and conferred *in person*, and must concisely summarize those remaining issues that counsel were unable to resolve. (*Id.*) Accordingly, the Court STRIKES Plaintiffs' motion to compel discovery responses.

       The Court FURTHER ORDERS that pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute

///
///
///

1  filed on July 11, 2008 and for resolution of all discovery matters.  The parties will be advised of
2  the date, time and place of appearance, if any, by notice from the assigned magistrate judge.
3  **IT IS SO ORDERED.**

5  Dated: July 14, 2008

6  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

8  cc: Wings Hom