# SALTZMAN & JOHNSON
## LAW CORPORATION

RICHARD C. JOHNSON
ISAIAH B. ROTER
PHILIP M. MILLER
RUSSELL L. RICHEDA
MURIEL B. KAPLAN
MICHELE R. STAFFORD
KRISTEN McCULLOCH
SHAAMINI A. BABU

44 MONTGOMERY STREET, SUITE 2110
SAN FRANCISCO, CA 94104
PHONE: (415) 882-7900
FAX: (415) 882-9287
email@sjlawcorp.com

WARREN H. SALTZMAN
(1925-1988)

JULIE JELLEN, PARALEGAL
VANESSA DE FÁBREGA, PARALEGAL

July 25, 2008

Chambers of the Honorable Bernard Zimmerman
Magistrate Judge
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102-3483

**Re:**   ***Shop Ironworkers Local 790 Pension Plan, et al. v. Cofab Steel Corporation, et al.***
**USDC Case No.: C07-2500 JSW (BZ)**

Dear Judge Zimmerman:

This office represents the Plaintiffs in the above referenced action. On behalf of the Plaintiffs, we filed a Motion to Compel Discovery Responses ("Motion") with the District Court on July 11, 2008. In response, the Court referred this matter to you pursuant to the terms of the Standing Order which requires all discovery disputes in the action to be resolved by a magistrate judge.

The Defendants have not satisfied any portion of the Judgment in the amount of $951,793.76 entered against them on November 9, 2007. Further, Defendants have failed to provide any responses to Plaintiffs' discovery requests served in April and May 2008 as more fully described in the Motion. None of the defendants have responded to the meet and confer letters that we sent to each of them on June 30, 2008, wherein we requested to resolve this matter without the Court's intervention. In fact, we also copied Richard T. Bowles of the law office of Bowles & Verna on the correspondence due to the fact that Mr. Bowles was designated as a registered agent for Defendant Cofab Steel Corporation ("Cofab"). However, Bowles & Verna advised Plaintiffs' counsel that although the firm previously represent Cofab, it no longer did and was unaware of the current contact information for its President, Defendant Charles Bock.

As counsel for Plaintiffs, we have made every attempt to locate the Defendants in order to obtain information that will assist us in satisfying the Judgment. Our attempts have been unsuccessful because Defendants fail to respond to our correspondence and pleadings filed with the Court (i.e. the Motion). At this time, we have no other means of contacting the Defendants and therefore, it is impossible for us to meet and confer with any of them in person as required by Standing Order, ¶7. As such, we were forced to file the Motion and serve it on Defendants at their last known addresses.

Due to Defendants' complete disregard of the law and the Court's Judgment, we require the Court to intervene at this time. We would like to obtain an order compelling each Defendant

The Honorable Bernard Zimmerman
July 25, 2008
Page 2 of 2

to immediately respond to Plaintiffs' discovery responses so that our clients can recover all sums to which they are entitled as soon as possible.  Please provide us with the date and time of the hearing, if any, for the Motion.

     Should you require additional information, please feel free to contact me.  Thank you for your attention to this matter.

<div style="margin-left:40%">
Sincerely,

Shaamini A. Babu
</div>

SAB:vdef