1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10

11 | SHOP IRONWORKERS LOCAL 790    )
   | PENSION PLAN, et al.,         )
12 |                               )     No.  C07-2500 JSW (BZ)
   |           Plaintiff(s),       )
13 |                               )
   |      v.                       )     **INITIAL DISCOVERY ORDER**
14 |                               )
   | CONFAB STEEL CORPORATION, et  )
15 | al.,                          )
   |                               )
16 |           Defendant(s).       )
   | _____)
17

18        All discovery in this matter has been referred to United
19   States Magistrate Judge Bernard Zimmerman.
20        In the event a discovery dispute arises, the parties
21   shall meet in person or, if counsel are outside the Bay Area,
22   by telephone and make a good faith effort to resolve their
23   dispute.  Exchanging letters or telephone messages about the
24   dispute is insufficient.  The Court will not read subsequent
25   positioning letters; parties shall instead make a
26   contemporaneous record of their meeting using a tape recorder
27   or a court reporter.
28        In the event they cannot resolve their dispute, the

1  parties must participate in a telephone conference with the
2  Court **before** filing any discovery motions or other papers.
3  The party seeking discovery shall request a conference in a
4  letter **filed electronically** not exceeding two pages (with no
5  attachments) which briefly explains the nature of the action
6  and the issues in dispute.  Other parties shall reply in
7  similar fashion within two days of receiving the letter
8  requesting the conference.  The Court will contact the parties
9  to schedule the conference.
10      After the conference with the Court, if filing papers is
11 deemed necessary, they should be filed **electronically** with the
12 Clerk's Office, with **one hard copy delivered directly to**
13 **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**
14 Dated:  July 28, 2008

                                    _____
                                          Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790\INITIAL DISCOVERY ORDER.wpd