UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION PLAN, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>COFAB STEEL CORPORATION, et al.,<br><br>    Defendant(s). | No.  C07-2500 JSW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

In response to plaintiffs' letter dated July 25, 2008, **IT IS HEREBY ORDERED** that a telephone conference to discuss the matters raised in the letter is scheduled for **Monday, August 11, 2008 at 1:30 p.m.**  Counsel for the plaintiffs shall make every effort to get a representative of the defendants on the line and call the court at **415-522-4093**.

Dated:   August 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\TEL CONFERENCE ORDER1.wpd

1