UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790　)
PENSION PLAN, et al.,　　　　)
　　　　　　　　　　　　　　　)　　No.　C07-2500 JSW (BZ)
　　　　Plaintiff(s),　　　　)
　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　)　　**BRIEFING ORDER**
　　　　　　　　　　　　　　　)
CONFAB STEEL CORPORATION, et)
al.,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendant(s).　　　　)
_____)

　　　Judge White has referred plaintiffs' motion to compel and all discovery disputes in this matter to me. Following a telephone conference today at which plaintiffs and defendants Charles and Irma Bock specially appeared, **IT IS HEREBY ORDERED** in the event the parties cannot resolve the dispute informally, any opposition to plaintiffs' motion shall be filed by **Wednesday, September 3, 2008**. A reply, if necessary, shall be filed by **Wednesday, September 10, 2008**. The matter will be heard on **Wednesday, September 17, 2008** at **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

1

Avenue, San Francisco, California 94102.

    Counsel for plaintiff is ordered to serve a copy of this order on counsel for the Bocks by **Friday, August 15, 2008.**

Dated: August 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\BRIEFING ORDER.wpd