RICHARD C. JOHNSON (SBN 40881)
MICHELE R. STAFFORD (SBN 172509)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-7900 – Facsimile
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>   Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK, AND IRMA BOCK<br><br>   Defendants. | CASE NO.: C 07-2500 JSW (BZ)<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 12, 2008, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**BRIEFING ORDER**

-1-

**PROOF OF SERVICE**
**Case No.:** C 07-2500 JSW (BZ)

P:\CLIENTS\SHOPW\COFAB\Pleadings\2008\Motion to Compel\C07-2500 JSW (BZ) Proof of Service 081208.doc

-2-

First Class U.S. Mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**Robert H. McConnell, Esq.**
**1206 Georgia Street**
**Vallejo, California 94590**

**Arcmatic Integrated Systems, Inc.**
**1971 Broadway Street**
**Vallejo, CA 94589**

**Cofab Steel Corporation**
**c/o Charles Bock**
**100 Tartan Way**
**Fairfield, California 94534**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega