UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION PLAN, et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>COFAB STEEL CORPORATION, et al.,<br><br>       Defendant(s). | No.  C07-2500 JSW (BZ)<br><br>**AMENDED BRIEFING ORDER**<br>(Correcting name of defendant to COFAB Steel Corporation) |

    Judge White has referred plaintiffs' motion to compel and all discovery disputes in this matter to me.  Following a telephone conference today at which plaintiffs and defendants Charles and Irma Bock specially appeared, **IT IS HEREBY ORDERED** in the event the parties cannot resolve the dispute informally, any opposition to plaintiffs' motion shall be filed by **Wednesday, September 3, 2008**.  A reply, if necessary, shall be filed by **Wednesday, September 10, 2008**.  The matter will be heard on **Wednesday, September 17, 2008** at **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

1

Avenue, San Francisco, California 94102.

    Counsel for plaintiff is ordered to serve a copy of this order on counsel for the Bocks by **Friday, August 15, 2008.**

Dated: August 12, 2008

                               /s/ Bernard Zimmerman
                        Bernard Zimmerman
               United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\AMENDED BRIEFING ORDER CORRECTING DEF'S NAME.wpd