# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Monday, August 11, 2008 @ 1:30 p.m.

TIME: 20 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Shop Ironworkers v. Cofab Steel Corp. | C07-2500 JSW (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| Michele R. Stafford, et al. | McConnell/special appearance for Bocks | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 23-08

## PROCEEDINGS

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☒ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☐ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY:   ☐ PLAINTIFF   ☐ DEFENDANT   ☒ COURT

CASE CONTINUED TO: _____

**NOTES**