RICHARD C. JOHNSON (SBN 40881)
MICHELE R. STAFFORD (SBN 172509)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-7900 – Facsimile
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,

Plaintiffs,

v.

COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK, AND IRMA BOCK,

Defendants.

CASE NO.: C07-2500 JSW

**REQUEST FOR ISSUANCE OF RENEWED WRIT OF EXECUTION; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

TO THE CLERK OF THE COURT:

I, Michele R. Stafford, declare under penalty of perjury that:

1. I am the attorney for the plaintiffs in the above-entitled action.

2. On November 9, 2007, within ten years past, a Judgment was entered in favor of plaintiffs and against defendants in the total amount of **$951,793.76**. A true and accurate copy of the Judgment is attached hereto as *Exhibit A*.

-1-

3. On November 15, 2007, the Court issued a Writ of Execution in the amount of $951,793.76 plus $105.61 (4.05%) per annum interest from November 19, 2007. A true and accurate copy of that Writ of Execution is attached hereto as *Exhibit B*.

4. That Writ expired on or about June 15, 2007, 180 days after issuance.

5. One levy yielded $1,509.58, which has been credited as item 14 on the Renewed Writ of Execution attached hereto for issuance by the Court.

6. No other amounts have been paid or recovered to satisfy any portion of the judgment.

7. The corporate defendants are not infants or incompetent persons, nor are the individual defendants infants or incompetent persons or in the military service of the United States.

WHEREFORE, it is prayed that a Renewed Writ of Execution be promptly issued against Cofab Steel Corporation, Arcmatic Integrated Systems, Inc., Charles A. Bock, and Irma Bock, for $950,284.18 plus $105.61 (4.05%) p/d interest from November 9, 2007 until satisfied, and that the Court retain jurisdiction over this matter.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Dated: August 12, 2008

SALTZMAN & JOHNSON
LAW CORPORATION

Michele R. Stafford
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al., | |
| Plaintiffs, | No. C 07-02500 JSW |
| v. | **JUDGMENT** |
| COFAB STEEL CORP., et al., | |
| Defendants. | |

Pursuant to this Court's Order adopting Magistrate Judge Zimmerman's Report and Recommendation re: Plaintiffs' motion for default judgment and granting default judgment in favor of Plaintiffs, judgment is HEREBY ENTERED in favor of Plaintiffs and against Defendants in the amount of (1) $905,816.10 in damages, (2) $42,354.16 in prejudgment interest, and (3) $3623.50 in attorneys' fees and costs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 9, 2007

Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE



EXHIBIT A

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Michele R. Stafford (SBN: 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, California 94105<br>TELEPHONE NO.: (415) 882-7900    FAX NO. (Optional): (415) 882-9287<br>E-MAIL ADDRESS (Optional): mstafford@sjlawcorp.com<br>ATTORNEY FOR (Name): Shop Ironworkers Local 790 Pension Trust, et al.<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Northern District of California

PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al.

DEFENDANT: Cofab Steel Corporation, et al.

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                        [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C07-2500 JSW |
|---|---|---|

1. To the Sheriff or Marshal of the County of: United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Shop Ironworkers Local 790 Pension Trust, et al.
   is the [✓] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):

   ┌─────────────────────────────┐
   │ Cofab Steel Corporation     │
   │ 1971 Broadway Street        │
   │ Vallejo, CA 94589           │
   └─────────────────────────────┘

   ┌─────────────────────────────┐
   │ Arcmatic Integrated Systems, Inc. │
   │ 1971 Broadway Street        │
   │ Vallejo, CA 94589           │
   └─────────────────────────────┘

   [✓] Additional judgment debtors on next page
5. Judgment entered on (date): November 9, 2007
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.
   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 951,793.76
12. Costs after judgment (per filed order or memo CCP 685.090) ............. $
13. Subtotal (add 11 and 12) ......... $
14. Credits ........................... $
15. Subtotal (subtract 14 from 13) ... $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ... $
17. Fee for issuance of writ ......... $
18. Total (add 15, 16, and 17) ....... $ 951,793.76
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of ....... $ 105.61 (4.05% p/a) from 11/9/07
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) .......... $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): NOV 1 5 2007    Clerk, by HILARY JACKSON, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

EXHIBIT B

Page 1 of 2
Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010, Government Code, § 6103.5
www.courtinfo.ca.gov

EJ-130

| PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Cofab Steel Corporation, et al. | C07-2500 JSW |

— Items continued from page 1—

21. [✓] **Additional judgment debtor** *(name and last known address):*

Charles A. Bock
1971 Broadway Street
Vallejo, CA 94589

Irma Bock
100 Tartan Way
Fairfield, CA 94534

22. [ ] **Notice of sale** has been requested by *(name and address):*

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name and address of joint debtor:

   a. on *(date):*
   b. name and address of joint debtor:

   c. [ ] additional costs against certain joint debtors *(itemize):*

24. [ ] *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:
   a. [ ] Possession of real property: The complaint was filed on *(date):*
      **(Check (1) or (2)):**
      (1) [ ] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
          The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
          (a) $                was the daily rental value on the date the complaint was filed.
          (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
              dates *(specify):*
   b. [ ] Possession of personal property.
      [ ] If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   c. [ ] Sale of personal property.
   d. [ ] Sale of real property.
   e. Description of property:

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2006]                **WRIT OF EXECUTION**                Page 2 of 2