| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shop Ironworkers Local 790 Pension Trust, et al. | C07-2500 JSW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Cofab Steel Corporation, et al. | |

FILED 08 AUG 22 PM 3:15

CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Wells Fargo Bank
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  1298 East 14th Street, San Leandro, California 94577

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery St., Suite 2110
San Francisco, California 94104

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please levy on any and all accounts, including but not limited to accounts designated as "private" or "private banking," in any and all branches of Wells Fargo Bank, in the names of judgment debtors Cofab Steel Corporation and/or Arcmatic Integrated Systems, Inc. and/or Charles A. Bock and/or Irma Bock, until writ amount of $950,284.18, plus interest of $105.61 per diem beginning 11/9/07, is satisfied. **SPECIAL INSTRUCTIONS**: Make checks payable to "**SHOP IRONWORKERS LOCAL 790 TRUST FUNDS**", c/o U.S. Marshals Service, P.O. Box 36056, San Francisco, CA 94102.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 415-882-7900 | DATE 8/11/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 8/12/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date / Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $45.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 8/12/08 - RPS to serve, 8/12/08 - Notice of Levy, Writ & MOE served; Debtors copies mailed

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| ATTORNEY NAME<br>Michele R. Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite #2110<br>SAN FRANCISCO, CA  94104<br><br>ATTORNEY FOR **Judgment Creditor** | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| COURT<br>**UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA** | | |
| SHORT NAME OF CASE<br>**Shop Ironworkers vs. Cofab Steel** | | |
| **PROOF OF SERVICE – Judgment Debtor** | LEVYING OFFICER FILE NO.:<br>07-2500 | COURT CASE NUMBER:<br>C07-2500 JSW |

I, Brandon Correia, declare:

I am a Registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the NOTICE OF LEVY (to Judgment Debtor), NOTICE OF LEVY (to Wells Fargo Bank), WRIT OF EXECUTION and EXEMPTION FROM THE ENFORCEMENT OF JUDGMENTS (to Individuals) to:

| | | |
|---|---|---|
| Judgment Debtor: | Cofab Steel Corporation | |
| Address: | 100 Tartan Way<br>Fairfield, CA 94534 | |
| Judgment Debtor: | Charles A. Bock | |
| Address: | 100 Tartan Way<br>Fairfield, CA 94534 | |
| Judgment Debtor: | Irma Bock | |
| Address: | 100 Tartan Way<br>Fairfield, CA 94534 | |
| Judgment Debtor: | Arcmatic Integrated Systems, Inc. | |
| Address: | 1971 Broadway Street<br>Vallejo, CA 94589 | |

**Date of Mailing:** August 12th, 2008
**Place of Mailing:** San Francisco, CA
**Manner of Service:** Via First Class Mail.

---

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on **August 13th**, 2008 at San Francisco, California.

Godspeed Courier Services Inc.
2130 Folsom St.
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: Brandon Correia
Title: RPS, San Francisco #1057

# PROOF OF SERVICE

| ATTORNEY NAME<br>Michelle R. Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite 2110<br>SAN FRANCISCO, CA 94104 | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| ATTORNEY FOR: Judgment Creditor | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT NAME OF CASE<br>Shopiron v. Cofab Steel | | |
| **PROOF OF SERVICE - GARNISHEE**<br>(Bank Levy) | Levying Officer File Number:<br>C07-2500 | COURT CASE NUMBER:<br>C07-2500 JSW |

I, Tim Sullivan, declare:

I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

**I delivered a copy of the NOTICE OF LEVY, WRIT OF EXECUTION, and MEMORANDUM OF GARNISHEE (3 Copies) to:**

                                       Garnishee:    Wells Fargo Bank
                                                                   1298 East 14th Street
                                                                   San Leandro, California 94577

**Date of Service:**    August 12th 2008
**Time of Service:**    5:00 pm

**Manner of Service:** Personal Service to Kay Kelly, Assistant Manager and a person authorized to accept service.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on August 13th 2008 at San Francisco, California.

**Godspeed Courier Services Inc**
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature: _____
Name: Tim Sullivan
Title: RPS, San Francisco #1053

## PROOF OF SERVICE