**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **9/17/08**                                               Time: 10:00a.m.

**C -07-2500 JSW (BZ)**

**Shop Ironworkers Local 790 Pension Plan, et al.**   v **Cofab Steel Corp., et al.**

Attorneys:    Pltf. Michele Stafford and Shaamini A. Babu    Deft. - not present

Deputy Clerk: **Simone Voltz**              Reporter:  **Juanita Gonzalez**

**PROCEEDINGS:**                                                **RULING:**

1. Plaintiff's Motion to Compel                              Held
2. _____    _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Court orders that the individual defendants respond to up to 10 Interrogs and up to 25 Discovery Requests.

( x ) ORDER TO BE PREPARED BY:    Pltf_____ Deft_____ Court_x_

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                                            Type of Trial: ( )Jury    ( )Court
Notes: _____