UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION PLAN, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>COFAB STEEL CORPORATION, et al.,<br><br>　　　　Defendant(s). | No.  C07-2500 JSW (BZ)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES** |

**IT IS HEREBY ORDERED** that plaintiffs' Motion to Compel Discovery Responses is **GRANTED** as follows:

　　1.　Plaintiffs may serve the proposed interrogatories and requests for production upon the named judgment debtors; however, the interrogatories and document requests shall be modified such that the amount of $1000 shall be substituted for the amount of $250 appearing in the interrogatories and document requests.

　　2.　The judgment debtors shall respond to the respective discovery requests within thirty (30) days from the date of

1  service of the requests.
2      3.  Plaintiffs shall serve a copy of this Order on each
3  judgment debtor.
4      4.  Plaintiffs' request for attorneys' fees and costs is
5  set for hearing on **December 17, 2008 at 10:00 a.m.** in
6  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
7  Avenue, San Francisco, California 94102.  Any opposition shall
8  be filed by **November 17, 2008**.  Any reply shall be filed by
9  **December 1, 2008.**
10 Dated: October 7, 2008
11                              _____
                                 Bernard Zimmerman
12                               United States Magistrate Judge
13
14 G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\ORDER GRANTING
   PLAINTIFF'S MOTION TO COMPEL.wpd

2