RICHARD C. JOHNSON (SBN: 40881)
MICHELE R. STAFFORD (SBN: 172509)
SHAAMINI A. BABU (SBN: 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Telephone:  (415) 882-7900
Facsimile:  (415) 882-9287
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC., CHARLES A. BOCK and IRMA BOCK,<br><br>Defendants. | CASE NO.: C07-2500 JSW (BZ)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:       October 22, 2008<br>Time:      10:00 a.m.<br>Location:  Ctrm. G,  15th Floor<br>Judge:     Magistrate Judge<br>                 Bernard Zimmerman |

Plaintiffs' counsel of record respectfully request to appear by telephone for the hearing regarding Plaintiffs' Request for Clarification of Tentative Ruling currently scheduled for October 22, 2008, at 10:00 a.m. before Magistrate Judge Bernard Zimmerman.

1.      To date, Defendant CHARLES A. BOCK, Defendant IRMA BOCK, and non-party Wells Fargo Bank have not filed a response to Plaintiffs' Notice of Opposition to Claim of Exemption or a response to the Tentative Ruling issued by this Court on October 8, 2008.

1

REQUEST FOR TELEPHONIC APPEARANCE
CASE NO.: C07-2500 JSW (BZ)

2. It is uncertain whether Plaintiffs will fully recovering on the Judgment of $950,284.18 in this action. The hearing on October 22, 2008, relates to a levy involving only the sum of $4,692.38 which is at dispute. Accordingly, Plaintiffs counsel respectfully request that the Court allow Plaintiffs' counsel to appear by phone in order to minimize attorneys' fees and costs.

Date: October 16, 2008	SALTZMAN & JOHNSON
	LAW CORPORATION

	By:	_____/s/_____
		Shaamini A. Babu
		Attorneys for Plaintiffs

Dated: October 20, 2008

**DENIED**
/s/ Bernard Zimmerman
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

REQUEST FOR TELEPHONIC APPEARANCE
CASE NO.: C07-2500 JSW (BZ)
P:\CLIENTS\SHOPW\COFAB\POST-JUDGMENT\Levy Package\2008 Levies\Wells Fargo 081108\Motion for Order to Determine Claim of Exemption\C07-2500 JSW Request for Telephonic Appearance 101608.doc