UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790 )
PENSION PLAN, et al., )
                               ) No.  C07-2500 JSW (BZ)
        Plaintiffs, )
                               )
  v. ) **SCHEDULING ORDER**
                               )
COFAB STEEL CORPORATION, et )
al., )
                               )
        Defendants. )
                               )

      Pursuant to a referral from Judge White, **IT IS HEREBY ORDERED** that plaintiffs' motion to amend judgment is scheduled for hearing on **February 18, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any opposition to plaintiffs' motion shall be filed by **Wednesday, January 21, 2009**.  A reply, if necessary, shall be filed by **Wednesday, January 28, 2009.**

      Plaintiffs are ordered to serve a copy of this order on defendants **forthwith.**

                                               Bernard Zimmerman
                                         United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\MOT TO AMEND JUDGMENT SCHEDULING AND BRIEFING ORDER.wpd

1