UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION PLAN, et al., | |
| Plaintiff(s), | No.  C07-2500 JSW (BZ) |
| v. | **ORDER** |
| COFAB STEEL CORPORATION, et al., | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that plaintiffs shall file a declaration containing any portion of the settlement agreement entered into by the parties which specifically provides that in the event defendants default on settlement payments, plaintiffs would be entitled to any resulting attorneys fees and costs.  Plaintiffs shall submit this declaration by **Monday, December 1, 2008.**

Dated:  November 24, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\DECLARATION REQUEST ORDER.wpd

1