UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790 )
PENSION PLAN, et al., )
                                   )     No.  C07-2500 JSW (BZ)
        Plaintiff(s),   )
                                   )
    v.                             )     **ORDER PARTLY GRANTING**
                                   )     **PLAINTIFFS' REQUEST FOR**
COFAB STEEL CORPORATION, et )     **ATTORNEYS' FEES AND DENYING**
al., )     **PLAINTIFFS' SUPPLEMENTAL**
                                   )     **REQUEST FOR ATTORNEYS' FEES**
        Defendant(s).   )
                                   )

     Plaintiffs' motion for an award of attorneys' fees came on for hearing on December 17, 2008.  Michelle Stafford and Shaamini Babu appeared for the plaintiff.  No one appeared for the defendants nor did defendants file opposition.

     For the reasons explained on the record, plaintiffs' motion is **GRANTED** to the extent that they are awarded $9,629.00 in attorneys' fees and $3,569.27 in costs for proceedings to date.

     Plaintiffs' supplemental request for fees is **DENIED** without prejudice to being renewed.  If plaintiffs choose to renew, among other things, they need to explain why so many

1

1  timekeepers are billing to a matter which is proceeding by
2  default, and why two attorneys needed to show up at
3  yesterday's unopposed hearing.  They also need to provide more
4  detailed time records so the court can determine whether the
5  requested fees are reasonable and cost effective.  For
6  example, the court needs to be able to determine the fees and
7  costs plaintiffs incurred to obtain the October 29, 2008 order
8  permitting it to collect $642.38 from Wells Fargo.

9      Finally, the court suggests plaintiffs consider whether
10 it is productive to spend the time and money to seek interim
11 fee awards, given the size of the uncollected judgment.

12 Dated:   December 18, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\ORDER GRANTING PLTF ATTY FEES AND DENYING SUPPLEMENTAL REQST FOR FEES.wpd

2