IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.,

    Plaintiffs,

v.

COFAB STEEL CORP., et al.,

    Defendants.
                                        /

No. C 07-02500 JSW

**ORDER SETTING BRIEFING SCHEDULE**

       This matter is set for a hearing on March 6, 2009 on the motion to dismiss for lack of subject matter jurisdiction filed by Arcmatic Welding Systems, Inc. and William Bong. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than February 10, 2009 and a reply brief shall be filed by no later than February 17, 2009.

       If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

       The Court has received the parties' joint request to continue hearing dates. To the extent the parties seek to continue the motion to amend judgment which is currently scheduled to be

///

///

///

heard by Judge Zimmerman on February 18, 2009, the parties need to present such request directly to Judge Zimmerman.

**IT IS SO ORDERED.**

Dated: January 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE