RICHARD C. JOHNSON (SBN 40881)
ISAIAH B. ROTER (SBN 82743)
MICHELE R. STAFFORD (SBN 172509)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2100
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 (fax)
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK and IRMA BOCK,<br><br>Defendants. | CASE NO.: C07-2500 JSW<br><br>**REQUEST TO VACATE DEBTOR'S EXAM OF CHARLES BOCK; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**<br><br>Date:    January 29, 2009<br>Time:   10:00 a.m.<br>Ctrm:   G, 15th Floor<br>Judge:  The Honorable Bernard Zimmerman |

I, Michele R. Stafford, declare:

1.   I am an associate at Saltzman & Johnson Law Corporation, attorneys of record for Judgment Creditors SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al. ("Judgment Creditors") in the current matter.

2.   Plaintiffs in this matter have just been informed by Charles Bock's attorney, Robert McConnell, Esq., that Judgment Debtors Charles Bock and Irma Bock filed Chapter 7 Bankruptcy on January 27, 2009 in the U.S. Bankruptcy Court, Eastern District of California, Case No. 2009-21332.

1  Attached hereto as *Exhibit* A and incorporated herein by reference is a true and correct copy of
2  Charles Bock and Irma Bock's Voluntary Petition carrying the Eastern District Bankruptcy Court's
3  filing stamp.  Judgment Creditors are therefore automatically stayed from proceeding with the
4  Debtor's Exam of Charles Bock, currently on calendar for January 29, 2009 at 10:00 a.m. before the
5  Honorable Bernard Zimmerman.

6       3.   Accordingly, Judgment Creditors respectfully request that the Debtor's Exam of
7  Charles Bock, currently on calendar for January 29, 2009, at 10:00 a.m., be taken off calendar.

8       I declare under penalty of perjury under the laws of California that the foregoing is true and
9  correct, and that this declaration is executed on January 28, 2009.

                                    _____/S/_____
                                    Michele R. Stafford

IT IS SO ORDERED.

       The Debtor's Exam of Charles Bock, currently on calendar for January 29, 2009, at 10:00
a.m., is hereby taken off calendar.

Dated:___January 28, 2009___          _____[signature]_____
                                      THE HONORABLE BERNARD ZIMMERMAN
                                      MAGISTRATE JUDGE
                                      UNITED STATES DISTRICT COURT

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On January 28, 2009, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**REQUEST TO VACATE DEBTOR'S EXAM OF CHARLES BOCK; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

by First Class U.S. Mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared:

**Robert H. McConnell, Esq.**
**1206 Georgia Street**
**Vallejo, California 94590**
**Attorney for Charles and Irma Bock**
**Fax: 707-644-1305**

**Charles A. Bock**
**100 Tartan Way**
**Fairfield, California 94534**

**Irma Bock**
**100 Tartan Way**
**Fairfield, California 94534**

**Cofab Steel Corporation**
**c/o Charles A. Bock**
**100 Tartan Way**
**Fairfield, California 94534**

**Arcmatic Integrated Systems, Inc.**
**1175 Nimitz Ave., Mare Island**
**Vallejo, California 94592**

**Ronald D. Foreman, Esq.**
**Foreman and Brasso**
**930 Montgomery Street, Suite 600**
**San Francisco, CA 94133**
**Attorneys for Arcmatic Welding Systems, Inc., and William Bong**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of January, 2009, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**REQUEST TO VACATE DEBTOR'S EXAM RE CHARLES BOCK**
**Case No.: C 07-2500 JSW**

P:\CLIENTS\SHOPW\COFAB\POST-JUDGMENT\Debtor's Exam\Charles Bock\C07-2500 JSW (BZ) Vacate Debtor's Exam 012809.doc