UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790  )
PENSION PLAN, et al.,        )
                             )      No.  C07-2500 JSW (BZ)
            Plaintiff(s),    )
                             )
     v.                      )      **BRIEFING ORDER**
                             )
COFAB STEEL CORPORATION, et  )
al.,                         )
                             )
            Defendant(s).    )
_____ )

　　　**IT IS HEREBY ORDERED** that by February 4, 2009 plaintiffs shall file a brief of no more than 5 pages addressing the question of whether the automatic stay referenced in plaintiffs' Request to Vacate the Debtor's Exam of Charles Bock also stays their Motion to Amend Judgment, which Judge White has referred to me.

　　　In the event I conclude that the stay does not apply to the Motion to Amend Judgment, and in view of the parties joint request, the hearing is continued to **March 18, 2009.** Plaintiffs reply is now due **February 11, 2009.**

Dated:  January 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\BRIEFING ORDER RE MOT TO
AMEND.wpd

1