United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.,

Plaintiffs,

v.

COFAB STEEL CORP., et al.,

Defendants.
_____________________________________/

No. C 07-02500 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Shop Ironworkers Local 790 Pension Trust, et al. v. Cofab Steel Corproation, et. al.*, N.D. Civ. No. 06-4067-MMC.

In light of this referral order, the Court HEREBY VACATES the hearing on the motion to dismiss for lack of subject matter jurisdiction filed by Arcmatic Welding Systems, Inc. and William Bong.

**IT IS SO ORDERED.**

Dated: February 25, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge Maxine M. Chesney