IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.,

    Plaintiffs,

v.

COFAB STEEL CORP., et al.,

    Defendants.

No. C 07-02500 JSW

**ORDER RE HEARING**

The Court has received the letter dated February 26, 2009 from Ronald D. Foreman. In the Sua Sponte Referral Order the Court vacated the hearing on the pending motion to dismiss. There will be no hearing on March 6, 2009.

**IT IS SO ORDERED.**

Dated: February 26, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE