UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790 PENSION PLAN, et al.,

    Plaintiff(s),

v.

COFAB STEEL CORPORATION, et al.,

    Defendant(s).

No. C07-2500 JSW (BZ)

**ORDER CONTINUING MAY 20 HEARING**

In light of the counter-motion to dismiss for lack of personal jurisdiction currently pending before Judge White, the hearing on the motion to amend presently set for May 20, 2009 is **CONTINUED** to **June 3, 2009.**

Dated: May 18, 2009

                              Bernard Zimmerman
                  United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790 V. COFAB\ORDER CONTINUING MAY 20 HEARING.wpd

1