RICHARD C. JOHNSON (SBN 40881)
MURIEL B. KAPLAN (SBN 124607)
MICHELE R. STAFFORD (SBN 172509)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK,<br><br>Defendants. | Case No.: C 07-2500 JSW (BZ)<br><br>**REQUEST FOR 14-DAY CONTINUANCE OF HEARING ON MOTION TO AMEND JUDGMENT;**<br><br>*OR, ALTERNATIVELY*, **REQUEST TO VACATE AND RESET;**<br><br>**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**<br><br>Date: June 23, 2009<br>Time: 10:00 a.m.<br>Ctrm: G, 15th Floor<br>Judge: Honorable Bernard Zimmerman |

I, Michele R. Stafford, declare as follows:

1. I am a shareholder of Saltzman & Johnson Law Corporation, attorneys for Plaintiffs in this action.

2. As of this filing, the Honorable Jeffrey White has not yet ruled on the matter of personal jurisdiction, in response to Defendant Arcmatic 2's Counter-Motion to Dismiss Due to Lack of Jurisdiction. Absent a ruling by Judge White, the Motion to Amend, currently set for hearing this

Wednesday, June 23, 2009, at 10:00 a.m., cannot go forward as the issue of personal jurisdiction has not been decided.

3. Plaintiffs respectfully request that the Hearing on Plaintiffs' Motion to Amend Judgment by continued for another fourteen (14) days, to allow time for Judge White's ruling to be issued, and for both parties to adequately and appropriately prepare for the Motion to Amend, if it is heard, in light of Judge White's ruling.

4. Alternatively, due to the multiple continuances that have occurred already, Plaintiffs request that the Hearing date be taken off calendar, to be reset after the ruling is received from Judge White.

It is further requested that the Court shall retain jurisdiction over this matter.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration is executed on June 18, 2009 in San Francisco, California.

_____/S/_____
Michele R. Stafford

IT IS SO ORDERED.

~~The Hearing on Plaintiffs' Motion to Amend, presently set for June 23, 2009, is hereby continued to _____ at _____ a.m.~~

~~OR~~

The Hearing on Plaintiffs' Motion to Amend, presently set for June 23, 2009, is hereby vacated, to be reset after Judge White issues his ruling on the matter of personal jurisdiction.

Date: June 22, 2009

_____
Magistrate Judge Bernard Zimmerman
United States District Court

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 18, 2009, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR 14-DAY CONTINUANCE OF HEARING ON MOTION TO AMEND JUDGMENT; *OR, ALTERNATIVELY*, REQUEST TO VACATE AND RESET; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

by First Class U.S. Mail, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared:

| | |
|---|---|
| **Cofab Steel Corporation**<br>**c/o Charles A. Bock**<br>**100 Tartan Way**<br>**Fairfield, California 94534** | **Robert H. McConnell, Esq.**<br>**1206 Georgia Street**<br>**Vallejo, California 94590**<br>**Attorney for Charles and Irma Bock** |
| **Arcmatic Integrated Systems, Inc.**<br>**1175 Nimitz Ave., Mare Island**<br>**Vallejo, California 94592** | **Ronald D. Foreman, Esq.**<br>**Foreman & Brasso**<br>**930 Montgomery Street, Suite 600**<br>**San Francisco, California 94133**<br>**Attorneys for Arcmatic Welding Systems, Inc. and William Bong**<br>**Fax: (415) 781-8030** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 18th day of June, 2009, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega