IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790
PENSION TRUST, et al.,

    Plaintiffs,

v.

COFAB STEEL CORP., et al.,

    Defendants.
_____/

No. C 07-02500 JSW

**ORDER OF REFERRAL ON MOTION TO DISMISS**

The issue of whether Plaintiffs may amend judgment is now pending before Magistrate Judge Zimmerman on a referral to prepare a report and recommendation. Arcmatic Welding Systems, Inc. and William Bong filed a motion to dismiss to contest Plaintiffs' ability to collect the judgment against them and thus oppose the motion to amend judgment. Therefore, pursuant to Local Rule 72-1, Arcmatic Welding Systems, Inc. and William Bong's motion to dismiss is HEREBY REFERRED to Magistrate Judge Zimmerman to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: September 9, 2009

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE

cc:    Wings Hom